IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:25-cv-970 |
| | ) | |
| vs. | ) | Circuit Court of the 11th Judicial |
| | ) | Circuit, St. Charles County, |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) | Missouri |
| | ) | Case No. 2411-CC01335 |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendants, Wentzville R-IV School District, by and through their attorneys, TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 hereby removes the above-captioned case from the Eleventh Judicial Circuit Court of St. Charles County, State of Missouri, to the United States District Court for the Eastern District of Missouri.  In support of this removal, Defendants state the following to the Court:

1.     On October 31, 2024, Plaintiff SJB Industrial Supply, LLC, ("Plaintiff") filed a Petition ("Petition") in the Eleventh Judicial Circuit Court of St. Charles County, Missouri, Case No. 2411-CC01335.

2.     Defendant Wentzville R-IV School District was served with a copy of the Petition on November 7, 2024.

3.     On June 12, 2025, Plaintiff filed an Unopposed Motion for Leave to File its First Amended Petition asserting new claims creating a basis for federal jurisdiction question.

4.      On June 24, 2025, the Court in the Eleventh Judicial Circuit Court of St. Charles County, Missouri granted Plaintiff's Unopposed Motion for Leave and simultaneously deemed Plaintiff's Amended Petition filed.

5.      This Notice of Removal is timely under 28 U.S.C. § 1446 (b) as this Notice is being filed "within 30 days after receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief."

6.       Pursuant to 28 U.S.C. § 1446 (a), attached to this Notice of Removal is a copy of the original St. Charles County, Missouri, State Court File, attached hereto as **Exhibit A**.

7.      Defendants have not filed an Answer or otherwise responded to Plaintiff's Amended Petition in the Circuit Court of St. Charles County, Missouri.

8.      Pursuant to 28 U.S.C. § 1331, and as explained further below, this Court has original jurisdiction over the instant action based on Plaintiff's claims arising under the Fifth and Fourteenth Amendment of the United States Constitution. *See* Amended Petition, ¶¶ 53-56.

9.      The Court has supplemental jurisdiction over Plaintiff's claims deemed to arise under the laws of the state of Missouri pursuant to 28 U.S.C. § 1367.

10.     Venue of this removal is proper under 28 U.S.C. § 1441 (a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

11.     This action is not an action described in 28 U.S.C. § 1445 (a) through (d).

12.     Pursuant to 28 U.S.C. § 1446 (d), a true and accurate copy of this Notice of Removal will be filed with the Clerk of the Eleventh Judicial Circuit Court, St. Charles County, Missouri, as Notice to Clerk of Filing Removal**.**

13.    Defendant, by this Notice, has satisfied all jurisdictional requirements for the removal of this action from the Eleventh Judicial Circuit Court of St. Charles County, Missouri, to the United States District Court for the Eastern District of Missouri.

14.    Also filed with this Notice of Removal is the Civil Cover Sheet and the Original Case Form.

WHEREFORE, Defendant gives notice that the above-captioned action is hereby removed to the United States District Court for the Eastern District of Missouri, for the reasons set forth above.

Respectfully submitted,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.

By: */s/ Mandi D. Moutray*
Celynda L. Brasher, #38243MO
Mandi D. Moutray, #66096MO
Reid S. Simpson,#73943MO
34 N. Meramec Avenue, Suite 600
St. Louis, MO  63105
(314) 880-3600
(314) 880-3601 (facsimile)
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
rsimpson@tuethkeeney.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was sent via the

Court's electronic filing system on this 1st day of July 2025 upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com

*Attorney for Plaintiff*

*/s/ Mandi D. Moutray*