**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries    ⌄

**10/31/2024**

Pet Filed in Circuit Ct

Petition; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11.
    **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
**Motion Special Process Server**
Request for Appointment of Process Server.
    **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
    **Associated Entries: 11/06/2024 -**
**Order - Special Process Server**
**Filing Info Sheet eFiling**

**11/05/2024**

Summons Issued-Circuit
    **2411-CC01335_24-SMCC-2726_SUMMONS CIVIL CASE-TO DFT-RES_SMCC_2024-Nov-05_FINAL.pdf**


Document ID: 24-SMCC-2726, for WENTZVILLE R-IV SCHOOL DISTRICT SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. AMC
**Judge/Clerk - Note**
SPECIAL PROCESS SERVER CANNOT BE APPROVED AT THIS TIME. BEGINNING MAY 1, 2024, EVERY REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER MUST HAVE AN AFFIDAVIT ATTACHED STATING THE SERVER QUALIFIES PER THE RULE. THE AFFIDAVIT AND NOTICE ARE ON THE COURTS WEBSITE. ALSO NEED THE MOTION FOR SPECIAL PROCESS SERVER FORM FOR OUR COUNTY . AMC

**11/06/2024**

**Affidavit Filed**
Special Process Server Affidavit.
    **Filed By:** BRIAN EDWARD MCGOVERN
    **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
Entry of Appearance Filed
    **Entry of Appearance**


Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** TYLER STEVEN MANUEL
    **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
**Order - Special Process Server**

    **Associated Entries: 10/31/2024 -**
**Motion Special Process Server**
    **+**
**Summons Withdrawn**
Document ID - 24-SMCC-2726; Served To - WENTZVILLE R-IV SCHOOL DISTRICT; Server - ; Served Date - 06-NOV-24; Served Time - 15:36:00; Service Type - Special Process Server; Reason Description - Recalled/Withdrawn; Service Text - SUMMONS RECALLED FOR NO SIGNATURE
Alias Summons Issued
    **SUMMONS CIVIL CASE-TO DFT-RES_SMCC_24-SMCC-2738_S48965_06-NOV-2024_FINAL**


    **ALT DIS RES_FINAL**


Document ID: 24-SMCC-2738, for WENTZVILLE R-IV SCHOOL DISTRICT. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. HMB

**11/11/2024**

Document ID - 24-SMCC-2738; Served To - WENTZVILLE R-IV SCHOOL DISTRICT; Served Date - 11/07/2024; Served Time - 14:54:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED TO BRIAN BISHOP- INTEREM SUPERINTENDENT

**Affidavit Special Process Serv**
Affidavit of Service upon Defendant; Electronic Filing Certificate of Service.
    **Filed By:** TYLER STEVEN MANUEL
    **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC

**12/03/2024**

Entry of Appearance Filed
  **Entry of Appearance on behalf of Defendant CLB**

Entry of Appearance on behalf of Defendant CLB; Electronic Filing Certificate of Service.
    **Filed By:** CELYNDA L. BRASHER
    **On Behalf Of:** WENTZVILLE R-IV SCHOOL DISTRICT
Entry of Appearance Filed
Entry of Appearance on behalf of Defendant MDM; Electronic Filing Certificate of Service.
    **Filed By:** MANDI DIANE MOUTRAY
Entry of Appearance Filed
Entry of Appearance on behalf of Defendant SMO; Electronic Filing Certificate of Service.
    **Filed By:** SHANNON ORBE
    **On Behalf Of:** WENTZVILLE R-IV SCHOOL DISTRICT

**12/09/2024**

Motion for Extension of Time
Defendants Consent Motion for Extension of Time to File Answer to Plaintiffs Petition; Proposed Order; Electronic Filing Certificate of Service.
    **Filed By:** MANDI DIANE MOUTRAY
    **On Behalf Of:** WENTZVILLE R-IV SCHOOL DISTRICT
    **Associated Entries:** 12/16/2024 -
**Order Granting Ext of Time**
    +

**12/16/2024**

**Order Granting Ext of Time**
ODER FOR EXTENSION OF TIME AS PER MEMO. DGP/gdb
    **Filed By:** DANIEL G PELIKAN
    **Associated Entries:** 12/09/2024 -
**Motion for Extension of Time**
    +

**12/31/2024**

**Judge Assigned**
JUDGE DWAYNE JOHNSON IS ASSIGNED TO THIS CASE AS THE DIVISION SEVEN JUDGE PER THE ORDER OF JUDGE ASSIGNMENTS AND INDIVIDUALIZED DOCKET PLAN

**01/06/2025**

Motion for Extension of Time
Defendants Second Consent Motion for Extension of Time; Electronic Filing Certificate of Service.
    **Filed By:** MANDI DIANE MOUTRAY
    **On Behalf Of:** WENTZVILLE R-IV SCHOOL DISTRICT

**01/13/2025**

Answer Filed

**Exhibit A**

**Electronic Filing Certificate of Service**

Defendants Answer, Affirmative Defenses and Counterclaim to Plaintiffs Petition; Exhibit A; Electronic Filing Certificate of Service.
    **Filed By:** MANDI DIANE MOUTRAY
    **On Behalf Of:** WENTZVILLE R-IV SCHOOL DISTRICT

**02/11/2025**
    Cert Serv Req Prod Docs Things
    **Certificate of Service - Plfs 1st discovery requests dir to Defendant**

    Certificate of Service - Plfs 1st discovery requests dir to Defendant; Electronic Filing Certificate of Service.
        **Filed By:** BRIAN EDWARD MCGOVERN
        **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
    Entry of Appearance Filed
    Entry of Appearance; Electronic Filing Certificate of Service.
        **Filed By:** ALEXANDER JAMES LINDLEY
        **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
    Answer Filed
    Answer and Affirmative Defenses to Counterclaim; Electronic Filing Certificate of Service.
        **Filed By:** ALEXANDER JAMES LINDLEY
        **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
    Motion to Strike
    Motion to Strike Affirmative Defenses; Electronic Filing Certificate of Service.
        **Filed By:** ALEXANDER JAMES LINDLEY
        **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC
    Motion to Strike
    Motion to Strike Punitive Damages Claim; Electronic Filing Certificate of Service.
        **Filed By:** ALEXANDER JAMES LINDLEY
        **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC

**04/04/2025**
    Cert Serv Req Prod Docs Things
    Certificate of Service; Electronic Filing Certificate of Service.
        **Filed By:** MANDI DIANE MOUTRAY
        **On Behalf Of:** WENTZVILLE R-IV SCHOOL DISTRICT

**05/30/2025**
    Motion for Sub of Counsel
    Entry of Appearance and Substitution of Counsel; Electronic Filing Certificate of Service.
        **Filed By:** REID STEVEN SIMPSON
        **On Behalf Of:** WENTZVILLE R-IV SCHOOL DISTRICT

**06/12/2025**
    Motion for Leave
    Plaintiffs Unopposed Motion for Leave to File its First Amended Petition; Exhibit 1; Exhibit 2; Electronic Filing Certificate of Service.
        **Filed By:** ALEXANDER JAMES LINDLEY
        **On Behalf Of:** SJB INDUSTRIAL SUPPLY, LLC

**06/24/2025**
    **Order Granting Leave**
    ORDER GRANTING MOTION FOR LEAVE AS PER MEMO. DJ/gdb
        **Filed By:** DWAYNE ALLEN JOHNSON
    **Amended Motion/Petition Filed**
    AMENDED PETITION

**2411-CC01335**

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,                    )
                                               )
        Plaintiff,                             )    Cause No.
                                               )
v.                                             )    Division
                                               )
WENTZVILLE R-IV SCHOOL DISTRICT,               )
                                               )
    Serve:  Brian Bishop                       )
            Interim Superintendent             )
            280 Interstate Drive               )
            Wentzville, MO 63385               )
                                               )
        Defendant.                             )

## PETITION

COMES NOW Plaintiff SJB Industrial Supply, LLC ("SJB Industrial"), by and through its

undersigned counsel, and for its Petition against Defendant Wentzville R-IV School District

("Wentzville School District") in the above-captioned cause of action, states to the Court as follows:

### JURISDICTION AND VENUE

1.     Plaintiff SJB Industrial is a limited liability company in good standing with the

Missouri Secretary of State with its principal place of business in St. Charles County, Missouri.

2.     Defendant Wentzville School District is a political subdivision of the State of Missouri

that maintains its principal place of business in St. Charles County, Missouri which consists of

approximately twenty two (22) schools, and various administrative buildings.

3.     Plaintiff SJB Industrial was first damaged by the actions of Defendant Wentzville

School District alleged herein in St. Charles County, Missouri.  Further, the parties entered into

contracts in St. Charles County, Missouri

4.     Jurisdiction and venue are proper in this Court pursuant to R.S.Mo. § 508.010.4.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

## BACKGROUND

5.     On or about May 29, 2019, Defendant Wentzville School District released a Request for Bid ("RFB") for a three-year contract for custodial supplies, with the option to extend for an additional two years (the "Custodial Supplies Bid"). A true and accurate copy of the Custodial Supplies Bid is attached hereto as **Exhibit 1** and incorporated herein by reference.

6.     In response to Defendant Wentzville School District's May 29, 2019 RFB, Plaintiff SJB Industrial submitted its bid proposal for the Custodial Supplies Bid pursuant to the RFB.

7.     On or about June 11, 2019, Hasan Nasufovic, then Director of Custodial Services for Defendant Wentzville School District, sent a correspondence to the Wentzville School District Board of Education (the "Board") recommending that Plaintiff SJB Industrial be awarded the Custodial Supplies Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 2** and incorporated herein by reference.

8.     On or about June 20, 2019, the Board memorialized its approval of Mr. Nasufovic's recommendation that Plaintiff SJB Industrial be awarded the Custodial Supplies Bid contract through a consent agenda in the Board minutes. *See* June 20, 2019 Board minutes, pg. 8, a true and accurate copy of the Board minutes are attached hereto as **Exhibit 3** and incorporated herein by reference.

9.     On or about March 10, 2021,  Defendant Wentzville School District released a RFB for a three-year contract for cleaning chemicals, with the option to extend the contract for an additional two years (the "Cleaning Chemicals Bid"). A true and accurate copy of the Cleaning Chemicals Bid is attached hereto as **Exhibit 4** and incorporated herein by reference.

10.     In response to Defendant Wentzville School District's March 10, 2021 RFB, Plaintiff SJB Industrial submitted its bid proposal for the Cleaning Chemicals Bid pursuant to the RFB.

11.     On or about May 13, 2021, Diana Moore, then Director of Custodial Services for Defendant Wentzville School District, sent a correspondence to the Board recommending that Plaintiff SJB Industrial be awarded the Cleaning Chemicals Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 5** and incorporated herein by reference.

12.     On or about May 20, 2021, the Board memorialized its approval of Ms. Moore's recommendation that Plaintiff SJB Industrial be awarded the Cleaning Chemicals Bid contract through a consent agenda in the Board minutes. *See* May 20, 2021 Board minutes, pg. 8, a true and accurate copy of which are attached hereto as **Exhibit 6** and incorporated herein by reference.

13.     On or about April 6, 2022, Defendant Wentzville School District released a RFB for the 2022-2023 school year for ware wash, chemical, and 3-compartment sink chemicals (the "Ware Wash Bid"). A true and accurate copy of the Ware Wash Bid is attached hereto as **Exhibit 7** and is incorporated herein by reference.

14.     In response to Defendant Wentzville School District's April 6, 2022 RFB, Plaintiff SJB Industrial submitted its bid proposal for the Ware Wash Bid pursuant to the RFB.

15.     On or about June 1, 2022, Gwen Doyle, then Director of Child Nutrition Services for Defendant Wentzville School District, sent a correspondence to the Board recommending that Plaintiff SJB Industrial be awarded the Ware Wash Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 8** and incorporated herein by reference.

16.     On or about June 16, 2022, the Board memorialized its approval of Ms. Doyle's recommendation that Plaintiff SJB Industrial be awarded the Ware Wash Bid contract through a consent agenda in the Board minutes. *See* June 16, 2022 Board Minutes, pg. 6, a true and accurate copy of which are attached hereto as **Exhibit 9** and incorporated herein by reference.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

## COUNT I
## BREACH OF CONTRACT (CUSTODIAL SUPPLIES BID)

17.    Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

18.    On or about June 11, 2019, Defendant Wentzville School District announced (via its Director of Custodial Services – Mr. Hasan Nasufovic) that Plaintiff SJB Industrial was being awarded its Custodial Supplies Bid contract for a three (3) year duration with an option to extend for an additional two (2) years. *See* **Exhibits 2** and **3**.

19.    The Custodial Supplies Bid contract covered items such as trash liners, toilet paper, hand soap, roll towels, etc. for use through Defendant Wentzville School District's facilities.

20.    Plaintiff SJB Industrial was the lowest bidder at an annual cost of $276,602.94 amongst a total of nine (9) companies that submitted qualified bids for the Custodial Supplies Bid contract.

21.    Upon expiration of the three-year original term of the Custodial Supplies Bid contract around June 2022, Defendant Wentzville School District continued to order supplies covered by this contract and therefore extended the contract for an additional two years through at least June 2024.

22.    On October 6, 2023, Mr. Joshua M. Schaffer (then Executive Director of Facilities for Defendant Wentzville School District) sent Plaintiff SJB Industrial the correspondence attached hereto as **Exhibit 10** which notified it that Defendant Wentzville School District would "no longer conduct any form of business with SJB, including but not limited to purchasing supplies, equipment, and repair services." *See* **Exhibit 10.** There was no jurisdiction for this decision.

23.    Given that the Custodial Supplies Bid contract ran until at least June 2024, Defendant Wentzville School District breached the Custodial Supplies Bid contract with Plaintiff

SJB Industrial without cause or good reason.  Specifically, plaintiff, SJB Industrial received no notice that the goods and services provided in connection therewith were deficient or non-conforming in any manner.

24.    Rather, it appears that Mr. Schaffer acted irrationally and without justification, and solely out of personal animus toward the owner of Plaintiff SJB Industrial (i.e. Mr. Scott Boettler) when making the decision to terminate the Custodial Supplies Bid contract.

25.    Plaintiff SJB Industrial has suffered damages as a direct and proximate result of Defendant Wentzville School District's unauthorized breach it its Custodial Supplies Bid contract in the form of the lost profits that it would have earned by virtue of the sale of additional supplies under this contract until its expiration in June 2024.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

<u>COUNT II</u>
**BREACH OF CONTRACT (CLEANING CHEMICALS BID)**

26.    Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

27.    On or about May 13, 2021, Defendant Wentzville School District announced (via its Director of Custodial Services – Ms. Diana Moore) that Plaintiff SJB Industrial was being awarded its Cleaning Chemicals Bid contract for a three (3) year duration with an option to extend for an additional two (2) years.  *See* **Exhibits 5** and **6**.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

28.    The Cleaning Chemicals Bid contract covered items such as glass cleaner, general purpose cleaner, and pH neutral floor cleaner for use through Defendant Wentzville School District's facilities.

29.    Plaintiff SJB Industrial was the lowest bidder at a total of $38,836.20 amongst a total of nine (9) companies that submitted qualified bids for the Cleaning Chemicals Bid contract.

30.    On October 6, 2023, Mr. Joshua M. Schaffer (the Executive Director of Defendant Wentzville School District) sent Plaintiff SJB Industrial the correspondence attached hereto as **Exhibit 10** which notified it that Defendant Wentzville School District would "no longer conduct any form of business with SJB, including but not limited to purchasing supplies, equipment, and repair services." *See* **Exhibit 10**.  However, no specific reason or substantiation was provided for this decision.

31.    Given that the Cleaning Chemicals Bid contract ran until June 1, 2024, Defendant Wentzville School District breached the Cleaning Chemicals Bid contract with Plaintiff SJB Industrial without cause or any notice that the goods and services provided in connection therewith were deficient or non-conforming in any manner.

32.    Rather, it appears that Mr. Schaffer acted irrationally and solely out of personal animus toward the owner of Plaintiff SJB Industrial (i.e. Mr. Scott Boettler) when making the decision to terminate the Cleaning Chemicals Bid contract.

33.    Plaintiff SJB Industrial has suffered damages as a direct and proximate result of Defendant Wentzville School District's unauthorized breach it its Cleaning Chemicals Bid contract in the form of the lost profits that it would have earned by virtue of the sale of additional supplies under this contract until its expiration on June 1, 2024.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

<u>COUNT III</u>
**BREACH OF CONTRACT (ALL BIDS)**

34.    Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

35.    Between approximately May 1, 2023 and October 10, 2023, Defendant Wentzville School District requested and Plaintiff SJB Industrial provided certain custodial and other supplies pursuant to the Custodial Supplies Bid, Cleaning Chemicals Bid, and Ware Wash Bid that it had previously bid and was awarded to become a supplier to the school district.

36.    Between these same dates, Plaintiff SJB Industrial also rented certain pieces of industrial equipment to Defendant Wentzville School District at its request and direction.

37.    After providing the equipment and supplies referenced above, Plaintiff SJB Industrial sent invoices 4840, 4839, 4549, 4693, 4767, 4795, 4796, 4794, 4801, and 4807 to Defendant Wentzville School District which detailed the precise goods and equipment rentals had been provided to it, true and accurate copies of which are attached hereto as **Exhibit 11** and incorporated by reference.

38.    These invoices totaled $41,818.79 and Plaintiff SJB Industrial has demanded payment for this amount, but Defendant Wentzville School District has failed and refused to pay this amount.

7

39.     Accordingly, Defendant Wentzville School District has breached its contracts with Plaintiff SJB Industrial, and this breach is the direct and proximate result of Plaintiff SJB Industrial's damages.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

## COUNT IV

### BREACH OF CONTRACT (ALL BIDS)

40.     Plaintiff SJB Industrial incorporates herein all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

41.     In connection with the Custodial Supplies Bid contract, Cleaning Chemicals Bid contract, and Ware Wash Bid contract between Plaintiff SJB Industrial and Defendant Wentzville School District referenced infra, Plaintiff SJB Industrial purchased ancillary items such as dispensing units for these supplies in furtherance of Plaintiff SJB Industrial's performance of the aforementioned contracts.

42.     Specifically, Plaintiff SJB Industrial purchased and installed the following dispensing units at schools and other buildings owned and operated by Defendant Wentzville School District for the Custodial Supplies Bid contract:

| Item | Number |
|------|--------|
| a.   Roll Towel dispensers | 3,380 |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

    b.   Toilet paper dispensers   2,236

    c.   Hand soap dispensers   4,264

    d.   Sanitizer dispensers   5,000

43.    Further, Plaintiff SJB Industrial purchased and installed the following dispensing units at schools and other buildings owned and operated by Defendant Wentzville School District for the Ware Wash Bid contract:

    a.   Zep chemical dispensers:   157

    b.   Warewash pumps:   21

    c.   3-sink dispensers:   21

44.    Additionally, Plaintiff SJB Industrial provided Defendant Wentzville School District with 14 propane tanks that cost it a total of $2,099.72.

45.    After providing the equipment and services referenced above, Defendant Wentzville School District failed and refused to either provide payment to Plaintiff SJB Industrial or to return the aforementioned equipment to Plaintiff SJB Industrial.

46.    Accordingly, Defendant Wentzville School District has breached its contracts with Plaintiff SJB Industrial, and these breaches are the direct and proximate result of Plaintiff SJB Industrial's damages.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

By:    /s/ *Brian E. McGovern*

Brian E. McGovern, #34677
bmcgovern@mlklaw.com
Tyler S. Manuel, #74927
tmanuel@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
Phone: 314-392-5200
Fax:    314-392-5221

*Attorneys for Plaintiff*

**2411-CC01335**
**EXHIBIT 1**

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**W S D  WENTZVILLE SCHOOL DISTRICT**

REQUEST FOR BID (RFB)
# SIX SPECIFIC CUSTODIAL SUPPLY ITEMS

RFB-C-JUN319-116
Release Date: May 29, 2019

**Project Manager:** Hasan Nasufovic
**Title:** Director of Purchasing
**Phone #:** 363-327-3858 ext. 21327
**E- mail:** hasannasufovic@wsdr4.org
**Bid-Number:** RFB-C-JUN319-116

**UPLOAD BID DOCUMENT TO VENDOR REGISTRY:** June 6, 2019 by 1:00 PM CST

The vendor hereby declares understanding, agreement and certification of compliance to provide the items and/or services, at the prices quoted, in accordance with all terms and conditions, requirements and specifications of the original Request for Bid (RFB) and as modified by any addendum thereto. All Bids must be complete and properly executed by the vendor and received by the date and time noted above to be considered.

This **REQUEST FOR BID** contains the following:

> **GEN - GENERAL INFORMATION FOR VENDORS/BIDDERS** -- The section referred to as "General Information for Vendors/Bidders" contains general information about the District's business and Bid procedures. Not all General Information for Vendors/Bidders will pertain to each bid or proposal, but is provided as information for the current bid and possible future bids.
> **SPEC – "SPECIFIC PROJECT SPECIFICATIONS FOR VENDORS/BIDDERS"** -- The section referred to as "Specific Project Specifications for Vendors/Bidders" contains information specific to the goods and/or services in the Request for Bid. Specifications are more detailed than the "General Information for Vendors/Bidders".

pg. 1

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

## GENERAL INFORMATION FOR VENDORS/BIDDERS

**GEN-1**   **GENERAL INFORMATION**

1. To receive this Bid or to be notified of Addendums, Vendors/Bidders MUST register through "VENDOR REGISTRY" at http://www.wentzville.k12.mo.us (Departments/Finance & Facilities/Purchasing).
2. It shall be the vendor's sole responsibility to insure their Bid Documents have been uploaded to Vendor Registry. Late Bids will be unable to be uploaded through the site.
3. Any agreement made with the District and the awarded vendor will be made under the laws of the state of Missouri, and for all purposes shall be construed in accordance with the laws of said state without regard to principles of conflicts of law. The agreement will also require that venue for any disputes arising out of the agreement will be in the Circuit Court of St. Charles County, Missouri.
4. Throughout this document the terms "RFP", "RFQ" and "RFB" are to be used interchangeably.
5. Throughout this document the term "District" refers to the Wentzville R-IV School District (WSD).
6. Listed under "Specific Project Specifications for Vendors/Bidders" are items for which Wentzville RIV School District is seeking Bids for a specified period of time or project.

**GEN-2**   **FINANCIAL ABILITY**

1. The District reserves the right to require the successful vendor to file proof of his ability to properly finance and execute the agreement, together with his record of successful completion of similar agreements. The District reserves the right to defer the acceptance of any Bid and the execution of an agreement for a period not exceeding ninety (90) days after the date of opening the Bids.

**GEN-3**   **COMPANY REFERENCES, SUBCONTRACTING AND WARRANTIES**

1. The District may request at least three (3) references, preferably educational institutions, whom you have supplied similar equipment and services. The names, titles and telephone numbers of contacts for each reference should be given. Unless you specify otherwise, District officials will be free to contact these references.
2. See Specific Project Specifications for Vendors/Bidders for subcontracting requirements. No subcontracting shall be permitted without prior written approval by the District. In addition, no changes in subcontractors will be permitted without prior written approval by the District.
3. See Specific Project Specifications for Vendor/Bidders for specific warranty requirements.

**GEN-4**   **ADDENDUMS**

7. Should the vendor need clarification on stated specifications or has questions of interpretation of any specifications, the vendor shall submit through Vendor Registry any clarification or question by "Request for Additional Information" date listed in the RFB. All responses to questions or clarifications along with any bid addendums will be posted through Vendor Registry.
8. To receive notification of Addendums, Vendors/Bidders MUST register through "VENDOR REGISTRY" at http://www.wentzville.k12.mo.us (Departments/Finance & Facilities/Purchasing).

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

9.  It is the vendor's responsibility to verify if any addendums have been brought forth. Vendor must register through Vendor Registry to receive notifications of addendums.
10. All addendums will become part of the Bid document.
11. Should the vendor fail to accurately respond to the specifications of an RFB and/or omit required RFB information, the District reserves the right to disqualify the RFB based on irregularities. It shall be each vendor's responsibility to obtain and verify all the information required on RFB held within, prior to the submission of stated RFB. No objections with regard to the application, meaning, or interpretation of any or all of the specifications and/or the general information will be considered after the closing date and time of this RFB.

**GEN-5    BID RESPONSES**

See "SPECIFIC PROJECT SPECIFICATIONS FOR VENDORS/BIDDERS" for how to respond to Bid, it will be one of two ways:
1.  "Sealed Envelope"
2.  "Vendor Registry"

**GEN-6    EVALUATION**

1.  Upon receipt and after opening, all Bids will be evaluated by the District. No decision as to vendor recommendation will be made at the scheduled opening. Additional information necessary to the evaluation process will be requested from the vendor, where appropriate.
2.  The District may inspect the vendor's facilities to ensure that the vendor can provide the necessary services specified under this agreement.
3.  Sufficient inventory of specified items may be required to be maintained by the vendor during the agreement period in order to meet the requirements of the District. Vendor's commitment to maintain a supply of items currently used by the District may be a consideration when evaluating the Bid.

**GEN-7    BASIS OF AWARD**

1.  The District's policy is to award a Bid based upon the "lowest and responsible" Bid. However, the District will also strive to select equipment, supplies and services, which best fulfill the District's overall needs. In making the award, the District will take the following factors into consideration:
    - Extent to which services and/or items meet or exceed specifications and function;
    - Vendor's ability to supply all or most items/services required;
    - Vendor's ability to maintain a sufficient supply of items needed by the District;
    - Any prior experience or history between the District and vendor;
    - Financial strength of the company;
    - The price proposed by the vendor;
    - Other factors deemed significant by District officials.
2.  The District reserves the right to reject a Bid for any reason; to accept any Bid which it deems to be in its best interest; and to reject all Bids and solicit new Bids. The District reserves the right to waive any technicalities and requirements in this Specifications and Bid Form.
3.  The District reserves the right to discontinue any agreement with the vendor by giving written thirty-day notice if circumstances warrant such action. Examples of such circumstances include, but shall not be limited to: budget/financial

considerations; vendor service/product no longer required; and unsatisfactory vendor performance (see GEN-9), etc.

**GEN-8        POOR OR NONPERFORMANCE**

1. During the term of the contract, the District may terminate the contract for nonperformance, poor performance, late delivery, or other cause. The decision to terminate rests solely with the District and/or its duly appointed representative. In the event of termination, the District shall give the vendor written notice thirty (30) days prior to termination. The District may thereafter procure products or services from other vendors.
2. The vendor takes all responsibility for substandard or defective materials and will replace all items as determined by the District.

**GEN-9        DOMESTIC PRODUCTS PROCUREMENT**

1. The District encourages its staff to purchase or lease products manufactured, or produced in the United States and for contractors and subcontractors of the District to do the same when providing goods and services to the District.
2. It is also the policy of the District to give preference to commodities manufactured, mined, produced or grown within the state of Missouri and to give preference to all firms, corporations, or individuals doing business as Missouri firms, corporations, or individuals, when quality, price and delivery are approximately the same. (Legal Reference Section 171.181 RSMo.)
3. The Board of Education may make awards to local businesses located within the WSD and paying property taxes received by WSD. The WSD Board of Education may grant such local businesses a 2% advantage not to exceed $500 per invitation. (Financial Operation - Board Policy 3180).

**GEN-10       BILLING AND PAYMENT**

1. For awarded Bids that require the purchase of "goods", all shipments must be accompanied by a packing list giving a complete description of items, total quantity of items, and total number of containers in the shipment. Packing list should also show District purchase order number, quantity and item(s) shipped along with proper shipping address. The invoice should be sent to 280 Interstate Drive, Wentzville, MO 63385 and include the purchase order number, quantity and item(s) shipped with price(s).
2. Invoice payments are subject to the WSD Board of Education approval and will be made in accordance with WSD payment cycles.

**GEN-11       DELIVERY**

1. For awarded Bids that require the delivery of "goods", the purchase order will specify delivery requirements.

**GEN-12       PRICE**

1. Price(s) will be mandated by the RFB specifications and the length that prices will stay in effect will be mandated by the RFB specifications.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**GEN-13    COLLUSION CLAUSE**

By submission of this Bid, each vendor, anyone signing on behalf of a vendor, and in the case of a joint Bid, each party thereto, certifies under penalty of perjury, that to the best of his knowledge and belief:

1. The prices of this Bid have been arrived at independently without collusion, consultation, communication or agreement, for the purpose of restricting competition, as to any matter relating to such prices with any other vendor or competitor; Unless otherwise required by law, the prices which have been quoted in this Bid have not been knowingly disclosed by the vendor prior to opening, directly or indirectly, to any other vendor or to any competitor; and no attempt has been made, or will be made, by the vendor to induce any other person, partnership or corporation to submit or not to submit a Bid for the purpose of restricting competition.

**GEN-14    TAX EXEMPT STATUS**

1. The vendor shall pay sales, consumer, use and similar taxes for the work or portions thereof provided by the vendor which are legally enacted when Bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect.

2. As set forth in 144.062 RSMo and 144.030 RSMo, contractors who purchase materials and/or supplies "for the purpose of constructing, repairing, or remodeling facilities for" the District are exempt from paying sales tax. The official State Tax exemption certificate will be furnished to the contractor. The quoted phrase was taken directly from the statute.

**GEN-15    "OR EQUAL"**

1. Whenever material, article or piece of equipment is identified in the specifications by reference to manufacturers' trade name(s) etc., it is intended merely to establish a standard; and any material, article, or equipment of other manufacturers and vendors which will perform the duties imposed will be considered equal provided the material, article or equipment so proposed is, in the opinion of the Purchasing Office or using department, of equal substance and function. However, in some instances, the District will insist on specific brand names to meet District needs and requirements and will not permit "substitutes" or "or equals."

2. See Specific Project Specifications for Vendors/Bidders for substitution requests.

**GEN-16    TOBACCO FREE ENVIRONMENT**

1. WSD has adopted a tobacco free policy effective July 1, 1997. No tobacco products may be used in the facilities or on the grounds.

**GEN-17    INDEMNIFICATION**

1. To the fullest extent permitted by the law the Vendor shall indemnify, defend with legal counsel acceptable to the District, and hold harmless the District, its Board of Education, Board Members, agents and employees from and against claims, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from personal injury, bodily injury, sickness, disease, or death, failure to make payment to suppliers, or injury to or destruction of tangible property, but only to the extent caused by the acts or omissions of the Vendor, or anyone directly or

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

indirectly employed by the Vendor, or anyone for whose acts the Vendor may be liable.

2. By responding to this RFB, all vendors acknowledge and agree that the District cannot and will not agree to indemnify, defend or hold harmless the vendor in any manner.

**GEN-18      SECURITY IDENTIFICATION BADGES (relates to construction services)**

1. All vendor employees servicing, repairing, delivery within the school buildings will be required to sign-in at the front office and receive a temporary security badge.
2. Construction contractor or subcontractor employees working on project sites will be required to obtain security identification badges before coming to the project site. Badges may be obtained by the District's Executive Director of Facilities, the District's architectural firm or the general contractor.
   For questions concerning security badges contact John Blanton, Executive Director of Facilities at 636-327-3800 ext. 20329.
   a. To obtain a construction security identification badge, the contractor or subcontractor employee shall be required to give their full name, present personal identification verifying their name (e.g., driver's license), give their employer's company name, and present documentation verifying their employment with the company (e.g., business card, identification letter on company letterhead, etc.). During normal working hours, employment confirmation may be made by a confirming telephone call to the company.
   b. Security identification badge must be kept with the contractor or subcontractor employee and prominently displayed while they are on the project site. The security identification badge may be temporarily removed from prominent display if the security identification badge will pose a safety threat to the contractor or subcontractor employee as the employee carries out their work.
   c. If the contractor or subcontractor employee temporarily removes the security identification badge from prominent display for safety purposes, the contractor or subcontractor employee shall promptly present the security identification badge to any employee of the District that requests to see the security identification badge. Failure to promptly present the security identification badge shall be grounds for instant removal of the contractor or subcontractor employee from the project site until the security identification badge can be presented. If the contractor or subcontractor employee fails to present the security identification badge a second time, the District may request the contractor or subcontractor employee to be removed from the project site permanently.
   d. No employee of the vendor shall be authorized to have contact with or otherwise be in the presence of District students without a District employee also being present.

**GEN-19      REQUIRED E-VERIFY COMPLIANCE**

1. Vendors will be required to comply with Section 285.530(2) RSMo. (Cumm. Supp. 2008) regarding enrollment and participation in a federal work authorization program. The vendor represents and warrants that it is in compliance with Section 285.530 at the time of award of this RFB. Vendors will be required to provide a sworn affidavit and supporting documentation affirming participation in a qualified federal work authorization program and that vendor does not knowingly employ any person who is an unauthorized alien in connection with the services to be performed pursuant to any agreement entered into with the District.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

2. FEDERAL WORK AUTHORIZATION PROGRAM ("E-VERIFY") must be filled out and sent in the sealed envelope or scanned through vendor registry.
3. FEDERAL WORK AUTHORIZATION PROGRAM AFFIDAVIT must be filled out and notarized and sent in the sealed envelope or scanned through vendor registry.

**GEN-20    CONSTRUCTION PROJECTS – CONTRACTORS & SUB-CONTRACTORS**

1. Pursuant to Section 292.675 RSMo the construction contractor shall provide a ten (10) hour Occupational Safety and Health Administration (OSHA) construction safety program for their on-site employees which includes a course in construction safety and health approved by OSHA or a similar program approved by the Department of Labor and Industrial Relations which is as stringent as an approved OSHA program within sixty (60) days of beginning work on this project.
2. It shall be mandatory upon the contractor and any subcontractor under him/her to pay not less than the specified rates to all workmen employed by them in the execution of the contract, (see 290.250, RSMo).
3. Contractors and sub-contractors shall forfeit as a penalty to the state, county, city and county district or other political subdivision on whose behalf the agreement is made or awarded one hundred dollars for each workman employed, for each calendar day, or portion thereof, such workman is paid less than the said stipulated rates for any work done under said agreement, by him/her or by any subcontractor under him/her, and the said public body awarding the agreement shall cause to be inserted in the agreement a stipulation to this effect, (see 290.250 RSMo).
4. Contractor must post a legible list of all prevailing wage rates in a prominent and easily accessible place at the worksite by each contractor and subcontractor on the project. Notice must be posted during the full time that any worker is employed on the job, (see section 290.265, RSMo).
5. The WSD will make final payment only after the vendor has filed an affidavit of Compliance with the contracting public body, (see section 290.290 and 290.325, RSMo). Before final payment will be made, the contractor and all subcontractors must file an Affidavit of Compliance with the contracting public body. No payment can be legally made by the public body (WSD) to the contractor(s) until this affidavit is filed in proper form and with the public body (WSD).
6. All workmen must be experienced in this line of work, the job site must be left in a clean first-class condition, and free of debris on a daily basis.
7. The Contractor shall comply with all applicable state laws, municipal ordinances and the rules and regulations of governing authorities. The Contractor shall observe all regulations governing the provisions of the State Worker's Compensation Law. The Contractor shall save and hold harmless the District from and against all liability, claims and demands on account of personal injuries, property loss or damage of any kind whatsoever connected with the performance and agreement entered into with the District.
8. Only Missouri laborers from nonrestrictive states are allowed by law to be employed on Missouri's public works projects when the unemployment rate exceeds 5% for two consecutive months. (See Sections 290.550 through 290.580 RSMo). Therefore, this statute is in effect and will remain in effect as long as this notice is posted. For questions call (573) 751-3403. View the Frequently Asked Questions at ttp://www.dolir.mo.gov/ls/faq/faq_PublicWorksEmployment.asp or view the statute 290.550 – 290.580 RSMo, at http://www.moga.mo.gov/statutes/C290.HTM. Nonrestrictive states, which includes the District of Columbia and the territories, and the words "United States" includes such district and territories, as of January 2008 are: Alabama, American Samoa, Arkansas, Georgia, Guam, Hawaii, Indian, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Nebraska, New Hampshire, New

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Mexico, New York, North Carolina, Northern Mariana Islands, Ohio, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Tennessee, Texas, Utah, Vermont, Virginia, Washington, and Wisconsin.

9. Current (as of release date of RFB/RFP) *Prevailing Wage Order* issued by the Missouri Division of Labor Standards will apply to all construction projects.

### GEN-21    VENDOR REQUIRMENTS – (IF APPLICABLE)

1. The vendor shall possess all current permits and licenses for operation.
2. No vendor staff will not be under the influence of alcohol and/or drugs in the performance of their duties with the District. Rudeness, vulgar or obscene language or inappropriate physical contact will not be tolerated.
3. All employees, contractors and subcontractors working for or associated with the vendor, who will be on any school premises during school hours, must have cleared both a Missouri Highway Patrol and a FBI background check. This may be propriety information and can be kept with the vendor, however the vendor must supply paperwork stating their employees have cleared the checks. No vendor employee, contractor or subcontract will be allowed on any District premises who is a registered sex offender.
4. Should services require vendor's staff to <u>interact</u> with students:
   a. All vendor staff will have an FBI/Highway Patrol Background Check which includes fingerprints. The charge for this process will be paid by the vendor for all staff who will be in District Facilities. Vendor staff who have been convicted of a felony or misdemeanor may not be allowed to provide services to the District.
   b. All vendor staff who provide services to the District will have a TUBERCULIN PPD (Tuberculosis) test performed prior to being scheduled to work. This will be at no charge to the District. Vendor staff who test positive for Tuberculosis may not be allowed to provide services to the District.
   c. All vendor staff will have their name run through the Missouri State Highway Patrol/Missouri Department of Social Services Child Abuse or Neglect Criminal Records check. There is no charge for this service.
   d. It is the <u>total responsibility</u> for the vendor to insure that their above paperwork mentioned is on file with the WSD Human Resource Department. If the appropriate forms are not on file and kept up to date, those individuals will not be allowed to transport students until forms are on file with the WSD Human Resource Department.
5. The vendor shall not offer any gratuities, favors, or anything of monetary value to any official, employee, or agent of the school board: including any committee member for the purpose of influencing consideration of this RFB.
6. It shall be each vendor's responsibility to obtain and verify all the information required on this Bid, prior to the submission of the Bid. No objections with regard to the application, meaning, or interpretation of any or all of the specifications and/or the general information will be considered after the closing date and time of this Bid. No claims of misinterpretation or lack of understanding of any information relating to this Bid will be accepted after closing date and time.
7. Vendors are expected to utilize the Project Manager as the sole representative for ALL information regarding this RFB. Vendors, who contact any other district employee or representative of the District regarding the subject of this RFB, are subject to disqualification.
8. The vendor must have been in business for a minimum of five years.
9. The vendor will not assign any of the rights, duties, or payments arising under any

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

agreement to any third party without the consent of the District.

10. The vendor will disclose if any of the <u>owners</u> of their company are employed by WSD, including persons who may subbed for the district or have retired from the district.

11. It is the intent of this RFB and specifications to select a vendor or vendors to create a working agreement between all parties. The District however is under no obligation to assign, reward or select any vendor for the fulfillment of this RFB.

12. By submitting a RFB, the vendor specifically agrees that the decision of WSD is final and binding and agrees to all contents of this RFB.

13. The vendor will comply with the Fair Labor Standards Act, Fair Employment Practices Act, Equal Opportunity Employment Act, Missouri Human Rights Act and all other applicable Federal and State laws, as well as the applicable Policies and Regulations of the District's Board of Education.

14. Every provision of law and clause required by law to be inserted in any agreement with the District will be deemed to be inserted and the agreement will be read and enforced as though it were included.

15. No vendor will perform service or deliver product without a District purchase order.

16. It is expected that the vendor will provide their best pricing and services on this RFP/RFB. The District will not negotiate with any vendor after the proposals have been read publicly.

## GEN-22   INSURANCE REQUIRMENTS

Vendors, contractors and/or sub-contractors (used interchangeably) shall, at its expense, procure and maintain at a minimum for the duration for any service or project and through the correction period stated in the agreement, except as otherwise set forth herein, the types and amounts of insurance described below or as otherwise required by law on all of its operations, in companies registered to do business in the State of Missouri and having an A.M. Best Rating or A-IX or higher:

1  Workers' Compensation and Employers Liability Insurance:  Shall carry Workers' Compensation Insurance as required by any applicable law or regulation. Employers Liability Insurance shall be in amounts no less than $1,000,000 each accident for bodily injury, $1,000,000 for bodily injury by disease and $1,000,000 each employee for bodily injury by disease. If there is an exposure of injury to Contractor's employees under the U.S. Longshoremen's and Harbor Workers compensation act, the Jones Act or under laws, regulations or statutes applicable to maritime employees, coverage shall be included for such injuries or claims. If the contractor's Employers Liability limits are below those stated above an umbrella liability policy may be used to the requested limit.

2  Commercial General Liability Insurance:  Shall carry Commercial General Liability Insurance written on ISO occurrence for CG 00 01 07 98 or later edition (or a substitute form providing equivalent coverage) and shall cover all operations by or on behalf of the Contractor, providing insurance for bodily injury liability and property damage liability for the limits indicated below and for the following coverage:

   a. Premises and Operations
   b. Products and Completed Operations
   c. Contractual Liability insuring the obligations assumed by the Contractor under this Contract
   d. Personal Injury Liability and Advertising Injury Liability
   e. Except with respect to bodily injury and property damage included within the products and completed operations hazards, the general aggregate limit shall apply separately to the Contractor's project under this Contract. Completed Operations coverage must be maintained for the correction period provided by any agreement with the District.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

3   <u>Limit of Liability:</u> The Commercial General Liability policy limits shall not be less than:
   a.  $1,000,000 Each Occurrence (Combined Single Limit for Bodily Injury and Property Damage)
   b.  $2,000,000 Aggregate for Products/Completed Operations
   c.  $1,000,000 Personal Injury/Advertising Injury
   d.  $2,000,000 General Aggregate (provide endorsement to apply the General Aggregate per project, if available. If not, see Umbrella Liability section).

4   <u>Additional Insured:</u> The District, all of its officers, directors and employees, shall be named as Additional Insured under the Commercial General Liability Insurance using ISO Additional Insured Endorsements CG 20 10 or substitute providing equivalent coverage. If additional insured status is required for a correction period then CG 20 37 or equivalent should also be used. These endorsements must be stated on the Insurance certificate provided to the District and a copy of the endorsements confirming coverage should accompany the insurance certificate.

5   <u>Primary Coverage:</u> Commercial General Liability Policy shall apply as primary insurance and any other insurance carried by the Architect (if applicable) or the District shall be excess only and will not contribute with vendor's insurance. This must be stated on the insurance certificate and a copy of the endorsement confirming coverage should accompany the insurance certificate.

6   <u>Business Automobile Liability Insurance:</u> The policy should be written on ISO form CA 0001, CA 0005, CA 0002, CA 0020 or a substitute form providing equivalent coverage and shall be at least $1,000,000 Combined Single Limit for Bodily Injury and Property Damage each accident and should also cover Automobile Contractual Liability. The policy should name the District and all of its officers, directors and employees as Additional Insureds. The policy shall be endorsed to be primary coverage and any other insurance carried by the District shall be excess only and will not contribute with Contractor's Insurance. To confirm coverage, a copy of the Additional Insured Endorsement and the Primary Insurance Endorsement should accompany the Insurance certificate.

7   <u>Umbrella Excess Liability:</u> Should provide an umbrella excess liability policy that will provide a minimum of $2,000,000 per occurrence/ $2,000,000 aggregate over the above listed coverage's. This policy should "follow-form" of the underlying policies and comply with all insurance requirements of those policies. If the General Aggregate of the Commercial General Liability policy does not apply per project, the limits should be $3,000,000 per occurrence/ $3,000,000 aggregate.

8   <u>Waiver of Subrogation:</u> The Commercial General Liability and Automobile Liability policies shall each contain a waiver of subrogation in favor of the District and its officers, director and employees.

9   <u>Certificates of Insurance:</u> As evidence of the Insurance, limits and endorsements required, a standard ACORD or equivalent Certificate of Insurance executed by a duly authorized representative of each insurer shall be furnished by the vendor to the District and Architect (if applicable) before any work is commenced by the vendor. The District shall have the right, but not the obligation, to prohibit vendor, contractor or any subcontractor from entering the project site until such certificates are received and approved by the District. With respect to insurance to be maintained after final payment, an additional certificate (s) evidencing such coverage shall be promptly provided to the District as a precondition to final payment. The Certificate of Insurance shall provide that there will be no cancellation or reduction of coverage without 30 days prior written notice to the District. Failure to maintain the insurance required herein may result in termination of any agreement at District's option.  In the event the vendor does not comply with the requirements of this section, the District shall have the right, but not the obligation, to provide insurance coverage to protect the District and Architect (if applicable), and charge the vendor for the cost

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

of that insurance. The required insurance shall be subject to the approval of the Architect (if applicable), but any acceptance of insurance certificates by the Architect (if applicable) or District shall in no way limit or relieve the vendor, contractor or any subcontractor of their duties and responsibilities in the agreement.

0. **Copies of Policies:** Shall furnish a certified copy of any and all insurance policies required under this Contract within ten (10) days of the District's written request for said policies.

1. **Subcontractors:** Vendor shall cause each subcontractor to purchase and maintain insurance of the types and amounts specified herein. Limits of such coverage may be reduced only upon written agreement of Owner. Contractor shall provide to Owner copies of certificates evidencing coverage for each subcontractor, subcontractors' commercial/general liability and business automobile liability insurance shall name the District and its Architect (if applicable) as Additional Insureds and have the Waiver of Subrogation endorsement added.

2. **Other Insurance:** The District may require insurance coverage in excess of the types and amounts required in this Exhibit. Vendor shall attempt in good faith to obtain quotes for such additional coverage and provide them to the District for review. Vendor shall purchase any such additional insurance as may be requested by the District in writing. The District shall pay any additional premium for such additional coverage.

**GEN-23    GOVERNING LAW, JURISDICTION AND VENUE**

1. The agreement shall be governed and interpreted in all respects according to the laws of the State of Missouri. In the event either party must bring a legal or equitable action to enforce any of its rights under the agreement, the venue for such actions shall be the Circuit Court of St. Charles County, Missouri.

**GEN-24    CONFIDENTIALITY**

1. To the extent that is applicable, the vendor will observe the confidentiality of and protect student information in accordance with applicable law, including but not limited to the Family Educational Rights and Privacy Act, (FERPA), 10 U.S.C. § 1232g, and the Health Insurance Portability and Accountability Act (HIPAA), and will indemnify the District for any damages suffered by it, by reason of vendor's failure to do so.

**GEN-25    BID BONDS & PERFORMANCE/PAYMENT BONDS**

1. Bid Bonds and/or Performance/Payment Bonds, if required will be stated in the Specific Project Specifications for Vendor/Bidders.

**GEN-26    AGREEMENT SPECIFICATIONS**

1. No compensation will be given to the vendor that is over and above the rates provided in the RFB without prior written approval from WSD authorized representative.
2. Upon receipt of an invoice from the vendor, WSD shall have up to 45 days to provide payment for the same unless an objection to the amount charges is made by the District. If an objection is made, the parties shall discuss and attempt to reach a resolution. The District will always do their best to pay invoices within a 30 day period, provided an invoice is provided in a timely manner to Accounts Payable.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

3. This agreement may be terminated in the event of a breach of the terms of the agreement. In such an event, the non-breaching party shall provide the breaching party with written notice of the breach. The breaching party shall then have (97) seven days to cure said breach. If the breach is not cured within the time allotted, the non-breaching party may terminate the agreement immediately.

4. Notwithstanding the foregoing, the District shall have the option of terminating the agreement without cause by providing notice of the same to vendor within (30) thirty days of the termination. In such an event, the vendor shall be entitled to all compensation earned for services authorized and provided up to the date of termination.

5. The vendor will obtain all permits required by law for transactions under this agreement.

6. The vendor will comply with the Fair Standards Act, Fair Employees Practices, Equal Opportunity Employment Act, Missouri Human Rights Act and all other applicable Federal and State laws and District Policy.

7. The vendor warrants that all goods or services provided under this agreement will meet or exceed all applicable Federal, State, and Local Statues, Ordinances and Codes including but not limited to the American with Disability Act of 1990.

8. Every provision of the law and clauses required by law to be inserted in this agreement will be read and enforced as though it were included herein.

9. The vendor shall not utilize an employee or subcontractor for any purpose to execute any part of this agreement who is a registered sex offender.

10. The vendor shall adhere to all of the District's rules, regulations, policies, and procedures when engaged in the performance of this agreement, including but not limited to Board Policies, the Family Educational Rights and Privacy Act, 20 U.S.C § 1232 (g) (FERPA), 45 CFR §§ 160 and 164 ("HIPAA Privacy Rule"), if applicable, Section 504 of the Rehabilitation Act of 1973, the Individuals with Disabilities Education Act, and all civil rights laws.

11. The District and the vendor are acting herein as independent contractors and independent employees. Nothing herein shall create or be construed as creating a partnership, joint venture or agency relationship between any of the parties and not party shall have the authority to bind the other in any respect. Vendor and any person employed by or conducting business with the District shall not be a partner, employee, agent or joint venture of the District.

12. This agreement may be modified, amended or changed only by a written document signed by both parties.

13. Governing Law, Jurisdiction and Venue – This agreement shall be governed and interpreted in all respects according to the laws of the State of Missouri. In the event either party must bring a legal or equitable action to enforce any of its rights under this agreement, the venue for such actions shall be the Circuit Court of St. Charles County, Missouri.

14. Confidentiality - To the extent that it is applicable, the vendor will observe the confidentiality of and protect student information in accordance with applicable law, including but not limited to the Family Education Rights and Privacy Act, (FERPA), 20 U.S.C. § 1232g,and will indemnify the District for any damages suffered by it by reason of vendor's failure to do so. To the extent that vendor will have access to personally identifiable information and student educational records as defined under FERPA, vendor acknowledges the following: vendor is performing an institutional service or function for with the District would otherwise use employees: vendor is under the direct control of the District with respect to the use and maintenance of any personally identifiable information of student: and vendor is subject to the requirements of FERPA governing the use and re-disclosure of personally identifiable information from education records.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

15. The District will not agree to indemnify or hold harmless any vendor for its own acts or omissions (intentional, negligent or otherwise), including product liability (if applicable) for injuries or damages that do not arise from acts or omission of the District, or for injuries or damages for which the District has sovereign immunity. Vendor shall defend, hold harmless and indemnify the District, its governing Board, officers, agents, and employees from every claim, demand, losses and expenses which may be made by reason of any injury to person or damage to property sustained by any person, firm or corporation, caused by any act or omission, negligent or otherwise, or otherwise, or willful misconduct of vendor or any person, firm or corporation, employed by the vendor, including subcontractors, in connection with the vendor's performance under this agreement. Vendor, at its own expense and risk, shall defend any legal proceeding that may be brought against the District, its governing Board, officers, agents and employees on any such claim or demand, and satisfy any judgment that may be rendered against the District or its governing Board, therein. Vendor also agrees to reimburse the District, its agents and employees for any sum which the District is required to pay on account of such demand, claim or lawsuit including attorney's fees.

16. Sovereign Immunity – Nothing in the agreement shall constitute a waiver of any immunity, sovereign or otherwise, granted to the District by common law or pursuant to Missouri law, including, but not limited to Section 537.600 et seq,. of the Missouri Revised Statutes.

17. Assignment – Vendor may not assign, subcontract or transfer any of its rights, burdens, duties, or obligations under this agreement with the written consent of the District.

18. In the event any terms of these agreement conditions conflict with RFP or the Proposal, the terms of these agreement conditions shall be controlling. In the event that any terms of the RFP conflict with the Proposal, the terms of the RFP shall be controlling.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

# WENTZVILLE SCHOOL DISTRICT

**SPECIFIC PROJECT SPECIFICATIONS FOR VENDORS/BIDDERS**

| RFB NUMBER: RFB-C-JUN619-116 | **RELEASE DATE: May 29, 2019** | **RFB NAME:** Six Specific Custodial Supplies  Items |
|---|---|---|
| **DUE DATE THROUGH VENDOR REGISTRY BY** Date: June 6, 2019 Time: 1:00 PM CST | | **Request for Additional Information Date June 4, 2019 by 9:00 AM CST** |
| **Project Manager: Hasan Nasufovic** **Title:** Director of Custodial Services PH: 636-327-3858 ext. 21327 hasanhasufovic@wsdr4.org | | **RETURN BID TO:** Vendor Registry by 1:00 PM CST June 6, 2019 |

**SPEC-1**     **SCOPE**

1. The purpose of this Request for Bid (RFB) is to select one (1) vendor to supply items listed in Six Specific Custodial Supplies Items RFB for the Wentzville School District.
2. This agreement is for three (3) years beginning August 1, 2019 and ending July 31, 2022. This agreement may be extended for an additional year up to two years if both parties agree and there are no price increases.

**SPEC-2**     **SIX CUSTODIAL SUPPLY ITEMS**

1 ROLL TOILET TISSUE: 2-Ply-Est. Annual Usage: 2,447 Cases
2 ROLL PAPER TOWEL: Pull Sheets-Est. Annual Usage: 2,694 Cases
3 TRASH LINERS: 33 x 40 – 14 Microns-Est. Annual Usage: 3,020 Boxes
4 TRASH LINERS: 40 x 48 – 16 Microns-Est. Annual Usage: 10,242 Boxes
5 TRASH LINERS: 43 x 47 – 2 Mil-HD Black Only-Est. Annual Usage: 2285 Boxes
6 HAND SOAP: Anti-Bacterial Pouches-Liquid/Foam-Est. Annual Usage: 794 Cartons

**SPEC-3**      **DISPENSER SPECIFICATIONS**

1. *The awarded vendor will change out all the Toilet Tissue, Roll Paper Towel and Hand Soap Dispensers throughout the District to ensure their bid products work with the dispensers. The dispensers, labor to perform this task will be at no charge to the WSD. There are approximately 1229 Toilet Tissue dispensers, 1192 Roll Paper Dispensers and 1206 Hand Soap Dispensers.

**SPEC-4**      **PRODUCT DELIVERIES**

1. Deliveries will be made the third (3rd) week of each month to 21 locations.
2. The District will add an elementary school in the fall of 2020.
3. The District will add a high school in the fall of 2021.
4. The District will add a new custodial warehouse in the winter of 2020. Warehouse deliveries will then be made to this new location instead of the 101 Support Service location.
5. Delivery quantities will change throughout the year at each location to meet events, holidays and other unforeseen circumstances.
6. There are five (5) other locations that have their supply items delivered to the Support Services Warehouse, those are; Administrative Center, Berrey-Place Center, Mind Development Center, Harris Building, Transportation, Pearce Hall
7. Delivery quantities will change throughout the year at each location to meet events, holidays and other unforeseen circumstances.

**SPEC-5**      **DELIVERY LOCATIONS**

- ❑ Timberland High School – 559 E Hwy N, Wentzville 63385
- ❑ Holt High School – 600 Campus Dr., Wentzville 63385
- ❑ Liberty High School – 2275 Sommers Rd., Lake St. Louis 63367
- ❑ South Middle School – 561 E Hwy N, Wentzville 63385
- ❑ Wentzville Middle School – 405 Campus Dr., Wentzville 63385
- ❑ Frontier Middle School – 9233 Hwy DD, O'Fallon, 63368
- ❑ Heritage Primary Elementary – 612 Blumhoff, Wentzville 63385
- ❑ Heritage Intermediate Elementary – 601 Carr St., Wentzville 63385
- ❑ Green Tree Elementary – 1000 Ronald Reagan Dr., Lake St. Louis, 63367
- ❑ Crossroads Elementary – 7500 Hwy N, O'Fallon, 63368
- ❑ Boone Trail Elementary – 555 E Hwy N, Wentzville 63385
- ❑ Prairie View Elementary – 1550 Feise Rd., Dardenne Prairie 63368
- ❑ Peine Ridge Elementary – 1107 Peine Rd., Wentzville 63385
- ❑ Duello Elementary – 1814 Duello Rd., Lake St. Louis, 63367
- ❑ Discovery Ridge Elementary – 2523 Sommers Rd., O'Fallon 63367
- ❑ Lakeview Elementary – 2501 Mexico Rd. O'Fallon 63366
- ❑ Stone Creek Elementary – 1850 Hwy Z Wentzville 63385
- ❑ Wabash Elementary – 100 Golden Gate Parkway, Foristell 63348
- ❑ Barfield Early Childhood – 2025 Hanley Rd., Dardenne Prairie 63368
- ❑ Support Services Warehouse – 101 Support Service Dr., Wentzville 63385

**SPEC-6      BID RESPONSE DOCUMENTS FOR VENDOR REGISTRY (Due June 6, 2019 at 1:00 PM)**

1. Upload the following completed documents to Vendor Registry:
   a. SPEC 7 - VENDOR SIGNATURE AUTHORIZATION & THREE REFERENCES
   b. SPEC 8 - FEDERAL WORK AUTHORIZATION PROGRAM (E-VERIFY)
   c. SPEC 9 - FEDERAL WORK AUTHORIZATION PROGRAM AFFIDAVIT
   d. SPEC 10 – BID FORM (Separate Excel Spreadsheet)
2. All documents must be "named and saved" before uploading can take place.
3. It is the vendor/bidders responsibility to ensure their documents are uploaded properly.
4. Vendor Registry will close the Bid exactly at 1:00 PM on June 6, 2019.

**SPEC-7      VENDOR SIGNATURE AUTHORIZATION & THREE REFERENCES FORM**
(Upload to Vendor Registry)

| Authorized Signature | Date |
|---|---|
| | |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Printed Name | Title |
|---|---|
| Company Name | |
| Mailing Address | |
| City, State Zip | |

| Phone #: | Fax #: | E-Mail Address |
|---|---|---|

**THREE (3) REFERENCES:**

Company Name: _____

      Address: _____

      Phone: _____

      Contact Name: _____

      Description on Work Performed: _____

Company Name: _____

      Address: _____

      Phone: _____

      Contact Name: _____

      Description on Work Performed: _____

Company Name: _____

      Address: _____

      Phone: _____

      Contact Name: _____

      Description on Work Performed: _____

**Acknowledgment of Any Addendum/s**

Signature _____

**SPEC-8         FEDERAL WORK AUTHORIZATION PROGRAM (E-VERIFY)**

(Upload to Vendor Registry)

      Pursuant to Missouri Revised Statute 285.530, all business entities awarded any contract in excess of five thousand dollars ($5,000) with a Missouri public school District must, as a condition to the award of any such contract, be enrolled and participate in a federal work authorization program with

respect to the employees working in connection with the contracted services being provided, or to be provided, to the District (to the extent allowed by E-Verify). In addition, the business entity must affirm the same through sworn affidavit and provision of documentation. In addition, the business entity must sign an affidavit that it does not knowingly employ any person who is an unauthorized alien in connection with the services being provided, or to be provided, to the District.

Accordingly, your company:

a.  Agrees to have an authorized person execute the attached "Federal Work Authorization Program Affidavit" attached hereto as Exhibit A and deliver the same to the District prior to or contemporaneously with the execution of its contract with the District;

b.  Agrees it is enrolled in the "E-Verify" (formerly known as "Basic Pilot") work authorization program of the United States, and is participating in E-Verify with respect to your employees working in connection with the services being provided (to the extent allowed by E-Verify), or to be provided, by your company to the District;

c.  Agrees that it is not knowingly employing any person who is an unauthorized alien in connection with the services being provided, or to be provided, by your company to the District;

d.  Agrees you will notify the District if you cease participation in E-Verify, or if there is any action, claim or complaint made against you alleging any violation of Missouri Revised Statute 285.530, or any regulations issued thereto;

e.  Agrees to provide documentation of your participation in E-Verify to the District prior to or contemporaneously with the execution of its contract with the District (or at any time thereafter upon request by the District), by providing to the District an E-Verify screen print-out (or equivalent documentation) of your participation in E-Verify;

f.  Agrees to comply with any state or federal regulations or rules that may be issued subsequent to this addendum that relate to Missouri Revised Statute 285.530; and

g.  Agrees that any failure by your company to abide by the requirements a) through f) above will be considered a material breach of your contract with the District.

By:_____ (signature)
Printed Name and Title:_____
For and on behalf of:_____(company name)

**SPEC-9     FEDERAL WORK AUTHORIZATION PROGRAM AFFIDAVIT**

(Upload to Vendor Registry)

I,_____, being of legal age and having been duly sworn upon my oath, state the

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

following facts are true:

I am more than twenty-one years of age; and have first-hand knowledge of the matters set forth herein.

I am employed by _____ (hereinafter "Company") and have authority to issue this affidavit on its behalf.

Company is enrolled in and participating in the United States E-Verify (formerly known as "Basic Pilot") federal work authorization program with respect to Company's employees working in connection with the services Company is providing to, or will provide to, the District, to the extent allowed by E-Verify. Company does not knowingly employ any person who is an unauthorized alien in connection with the Services Company is providing to, or will provide to, the District.

FURTHER AFFIANT SAYETH NOT.

By:_____(individual signature)

For_____(company name)

Title: _____

Subscribed and sworn to before me on this_____day of_____, 201___.

_____
NOTARY PUBLIC

My commission expires:

**SPEC-10**       **BID SPREADSHEET (Provided separately)**

1. Complete the Bid Form which is a separate Excel Spreadsheet.
2. Must "name and save" spreadsheet before uploading can take place on Vendor Registry.

3. It is the vendor/bidders responsibility to ensure their documents are uploaded properly. Blank documents will be considered a No-BID.
4. Vendor Registry will close the portal to this Bid exactly at 1:00 PM on June 6, 2019.

2411-CC01335

# CUSTODIAL SERVICES

**WENTZVILLE R-IV School District**

Dr. Curtis Cain
*Superintendent of Schools*

*"Learning Today, Leading Tomorrow"*

Hasan Nasufovic
*Director, Custodial Services*

**EXHIBIT 2**

To: Board of Education and Dr. Cain

From: Hasan Nasufovic and Pam Frazier

Date: June 13, 2019

Subject: Custodial Supplies Bid

The Custodial Department recently had a bid opening on May 29, 2019 for custodial supplies (trash liners, toilet paper, hand soap and roll towels) for a three year contract, with the option to extend for additional two years. The bid was advertised in the paper and placed on Vendor Registry. We received seven bids of which one was late.

The chart below shows an annual total for each vendor. Some vendors did not bid all six items, some vendors had price increases for the second and third years. Currently we use Buckeye Paper Company for the purchase of these commodities.

At this time I am recommending that the bid be awarded to **SJB Industry Inc.** at the annual cost of $276,602.94

| VENDOR NAME | SJB Industrial Supply, LLC | Buckeye Cleaning Center – St.Louis | Royal Papers Inc. | All Type | Hillyard | 5 Star Enterprise, INC | All American Poly | Central Poly-Bag Corp. | Industrial Soap |
|---|---|---|---|---|---|---|---|---|---|
| Item Description | | | | | | | | | |
| Trash Liners | | | | | | | | | |
| 33x40 - 14 Microns | $ 36,270.20 | $ 45,149.00 | $ 35,605.80 | $ 45,813.40 | $78,278.40 | $107,481.80 | $0.00 | $66,440.00 | $ 38,625.80 |
| 40x48 - 16 Microns | $ 16,051.00 | $ 16,996.00 | $ 14,063.00 | 18,039.00 | $30,289.00 | $32,172.00 | $0.00 | $202,791.60 | $ 207,810.18 |
| 43x47 1.3 | $ 40,072.90 | $ 45,163.95 | $ 32,971.65 | $ 46,059.80 | $75,076.60 | $116,547.90 | $0.00 | $27,094.00 | $ - |
| 43x47 2 mil | $ 2,577.00 | $ 3,090.00 | $ 2,580.00 | 3,190.00 | $5,492.00 | $5,334.00 | $42,523.85 | $2,990.00 | $ 2,275.00 |
| Roll Towels | $ 83,217.66 | $ 78,530.10 | $ 92,781.36 | $ 95,879.46 | $99,974.34 | $80,739.18 | $0.00 | $0.00 | $ 105,604.80 |
| Toilet Tissue | | | | | | | | | |
| 2-Ply | $ 71,060.88 | $ 85,522.65 | $ 85,620.53 | $ 93,548.81 | $101,281.33 | $113,124.81 | $0.00 | $0.00 | $ 53,662.71 |
| Hand Soap | | | | | | | | | |
| Pouch | $ 27,353.30 | $ 34,697.80 | $ 32,014.08 | $ 31,760.00 | $25,725.60 | $39,954.08 | $0.00 | $0.00 | $ 24,455.20 |
| Total | $276,602.94 | $ 309,149.50 | $ 295,636.42 | $ 334,290.47 | $416,117.27 | $495,353.77 | $42,523.85 | $299,315.60 | $ 432,433.69 |
| | | | Price increase of 2% second and third year. | Price increase of 2% second and third year. | | | Incomplete bid | Incomplete bid | Incomplete bid |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

10/16/24, 3:17 PM    Case: 4:25-cv-00970    Doc. #: 1-1   Regular Board Meeting - Jun 20 2019 - Agenda - Print   Page: 35 of 222   PageID #: 39

2411-CC01335

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



**Thursday, June 20, 2019**
**Regular Board Meeting**

**WENTZVILLE R-IV SCHOOL DISTRICT**
**280 INTERSTATE DRIVE**
**WENTZVILLE, MISSOURI 63385**
**Regular Board Meeting**
**Closed Session 4:30 PM**
**Open Session 7:00 PM**

## 1. Start of Meeting - 4:30 PM

| | |
|---|---|
| Subject | **1.1 Open Session – Call to Order** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 1. Start of Meeting - 4:30 PM |
| Type | Action |
| Recommended Action | We need a motion to go into Closed Session for the purpose of Student Matters, Personnel and Legal. |

| File Attachments |
|---|
| |

## 2. Closed Session

| | |
|---|---|
| Subject | **2.1 Approval of Closed Session Agenda** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 2. Closed Session |
| Type | Action |
| Recommended Action | We need a motion to approve the Closed Session Agenda for June 20, 2019, as presented. |

| File Attachments |
|---|
| |

## 3. Student Matters - RSMo 610.021 (6)
## 4. Legal - RSMo 610.021 (1)
## 5. Personnel - RSMo 610.021 (3)
## 6. Adjourn Closed Session

| | |
|---|---|
| Subject | **6.1 Adjourn Closed Session** |

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 6. Adjourn Closed Session |
| Type | Action |
| Recommended Action | We need a motion to Adjourn Closed Session. |

File Attachments

## 7. Open Session – 7:00 PM

| Subject | **7.1 Open Session – Call to Order** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 7. Open Session - 7:00 PM |
| Type | Procedural |

File Attachments

| Subject | **7.2 Pledge of Allegiance** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 7. Open Session - 7:00 PM |
| Type | Procedural |

A chosen audience member leads the Pledge of Allegiance.

File Attachments

## 8. Recognition

| Subject | **8.1 State Track Champions** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 8. Recognition |
| Type | Recognition |

File Attachments

| Subject | **8.2 State Math Champion** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 8. Recognition |
| Type | Recognition |

File Attachments

# 9. Mission Statement

| | |
|---|---|
| **Subject** | **9.1 Mission Statement - Learning Today, Leading Tomorrow** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 9. Mission Statement |
| Type | Procedural |

Learning Today, Leading Tomorrow

| File Attachments |
|---|
| |

# 10. Public Forum

| | |
|---|---|
| **Subject** | **10.1 Public Forum - June 20, 2019** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 10. Public Forum |
| Type | Information, Procedural |

# Public Forum

Residents of the District at each regular meeting have an opportunity to provide their points of view relating to the operation of the District during a fifteen (15) minute time period referred to as a "Public Forum." Guidelines for the Public Forum are as follows:

1. Each resident of the District requesting time to speak during the Public Forum will register his/her name, address and state the issue to be discussed with the recording secretary prior to the meeting being called to order (7:00 p.m.).

2. The Board President will call the speakers to the floor. Each speaker shall give his/her name and address upon recognition by the President.

3. Speakers will be allowed three (3) minutes for their presentations, unless extended by the Board President. If more time is required for presentation, the citizens should consider District policy for placement on the regular meeting's agenda.

4. Due to the possible number of speakers during the Public Forum, the Board President may limit or extend the speaking time.

5. If a number of speakers wish to speak on the same topic, the group shall select a spokesperson to present that information.

6. A speaker may address the Board only once during the Public Forum.

7. Speakers may offer such objective concerns of the school operations as they deem appropriate. The Board will not hear personal complaints of school personnel nor against any person connected with the District in public session. Matters involving personnel shall be discussed by the Board in executive session.

8. An employee of the Wentzville School District may address the Board by following the public forum guidelines regardless of whether the employee is a resident of the district.

| File Attachments |
|---|
| |

# 11. Consent Agenda

| Subject | **11.1 Approval of Open Session Consent Agenda Items** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |
| Recommended Action | We need a motion to approve the Consent Agenda, as presented/amended. |

Our adopted rules of Parliamentary Procedure, Robert's Rules, provide for a consent agenda listing several items for approval of the Board by a single motion. Some of the items listed under the consent agenda may have gone through Board subcommittee review and recommendation. Documentation concerning these items has been provided to all board members and the public in advance to assure an extensive and thorough review. Items may be removed from the consent agenda at the request of any board member.

> File Attachments

| Subject | **11.2 Open Session Agenda** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments

| Subject | **11.3 Regular Meeting Open Session Minutes May 16, 2019, Special Board Meeting Open Session Minutes May 23, 2019 and Special Meeting Open Session Minutes June 10, 2019** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> May 16, 2019 Minutes OPEN.pdf (228 KB)
> May 23, 2019 Minutes OPEN.pdf (202 KB)
> June 10, 2019 Minutes OPEN.pdf (193 KB)

| Subject | **11.4 Bills for Payment June 2019** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> AP Bill List June 2019.pdf (3,363 KB)
> PCard Bill List June 2019.pdf (1,661 KB)
> Payroll Bill List June 2019.pdf (282 KB)

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

AP Bill List June 2019_Addendum.pdf (368 KB)

**Subject**        **11.5 Financial Report June 2019**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

File Attachments
Financial Report June 2019.pdf (358 KB)

**Subject**        **11.6 Personnel Recommendations and Resignations June 2019**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

File Attachments
Personnel Board Report June 2019.pdf (379 KB)
Extra Duty Board Report June 2019.pdf (465 KB)
Personnel Board Report_Addendum.pdf (346 KB)
Extra Duty Board Report_Addendum.pdf (440 KB)

**Subject**        **11.7 Surplus Property**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

File Attachments
Surplus Property June 2019.pdf (230 KB)

**Subject**        **11.8 Gifts to the District**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

File Attachments
Gifts to the District June 2019.pdf (275 KB)

**Subject**        **11.9 City of Wentzville – Special Event Information and Application**

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[City of Wentzville – Special Event Information and Application.pdf (664 KB)](#)

| **Subject** | **11.10 The NEA Foundation – Grant Agreement** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[The NEA Foundation - Grant Agreement.pdf (378 KB)](#)

| **Subject** | **11.11 District HVAC Agreement** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[District HVAC Agreement.pdf (1,866 KB)](#)

| **Subject** | **11.12 New High School - Builders Risk Insurance** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[New High School - Builders Risk Insurance.pdf (471 KB)](#)

| **Subject** | **11.13 Pearce Hall Additional Services** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Pearce Hall Additional Services.pdf (403 KB)](#)

| Subject | **11.14 New Elementary School – Special Inspections** |
|---|---|
| Meeting | Jun 20, 2019 – Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
New Elementary School – Special Inspections.pdf (736 KB)

| Subject | **11.15 Certificate of Substantial Completion – Heritage Elevator Addition** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Certificate of Substantial Completion – Heritage Elevator Addition.pdf (355 KB)

| Subject | **11.16 St. Louis Family Theatre - Series Contract** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
St. Louis Family Theatre - Series Contract.pdf (258 KB)

| Subject | **11.17 TKO DJ's - Engagement Contract** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
TKO DJ's - Engagement Contract.pdf (144 KB)

| Subject | **11.18 Industrial Tech Equipment RFB** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Industrial Tech Equipment RFB.pdf (422 KB)](#)

---

**Subject**          **11.19 Designated Student Transportation Services Bid**

Meeting              Jun 20, 2019 - Regular Board Meeting

Category             11. Consent Agenda

Type                 Action (Consent)

File Attachments
[Designated Student Transportation Services Bid.pdf (322 KB)](#)

---

**Subject**          **11.20 Music Theatre International – Production Contract and Addendum**

Meeting              Jun 20, 2019 - Regular Board Meeting

Category             11. Consent Agenda

Type                 Action (Consent)

File Attachments
[Music Theatre International – Production Contract and Addendum.pdf (1,743 KB)](#)

---

**Subject**          **11.21 Custodial Supplies Bid**

Meeting              Jun 20, 2019 - Regular Board Meeting

Category             11. Consent Agenda

Type                 Action (Consent)

File Attachments
[Custodial Supplies Bid.pdf (336 KB)](#)
[Custodial Supplies Bid_Addendum.pdf (336 KB)](#)

---

**Subject**          **11.22 Lou Fusz Advertising and Sponsorship Agreement**

Meeting              Jun 20, 2019 - Regular Board Meeting

Category             11. Consent Agenda

Type                 Action (Consent)

File Attachments
[Lou Fusz Advertising and Sponsorship Agreement.pdf (450 KB)](#)

---

**Subject**          **11.23 McBride Homes Advertising and Sponsorship Agreement**

Case: 4:25-cv-00970    Doc. #:  1-1    Filed: 07/01/25    Page: 43 of 222 PageID #: 47

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| McBride Homes Advertising and Sponsorship Agreement.pdf (500 KB) |

| Subject | 11.24 Golden Oak Lending Advertising and Sponsorship Agreement |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| Golden Oak Lending Advertising and Sponsorship Agreement.pdf (483 KB) |

| Subject | 11.25 Papa Johns Advertising and Sponsorship Agreement |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| Papa Johns Advertising and Sponsorship Agreement.pdf (459 KB) |

| Subject | 11.26 Club Z! Tutoring Advertising and Sponsorship Agreement |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| Club Z! Tutoring Advertising and Sponsorship Agreement.pdf (620 KB) |

| Subject | 11.27 Chick-fil-A Wentzville Advertising and Sponsorship Agreement |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| Chick-fil-A Wentzville Advertising and Sponsorship Agreement.pdf (7,356 KB) |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Subject | **11.28 Allstate Insurance Advertising and Sponsorship Agreement** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| [Allstate Insurance Advertising and Sponsorship Agreement_Addendum.pdf (1,965 KB)](#) |

| Subject | **11.29 Board of Education Policy 4865 – Second Reading** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| [Board of Education Policy 4865 – Second Reading.pdf (139 KB)](#) |

| Subject | **11.30 Board of Education Policy 5520 – Uniform Policy for Free and Reduced-Price Meals** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| [Board of Education Policy 5520 – Uniform Policy for Free and Reduced-Price Meals.pdf (69 KB)](#) |

| Subject | **11.31 2019 STEM/Summer Chautauqua Faculty** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| [2019 STEM-Summer Chautauqua Faculty.pdf (261 KB)](#) |

| Subject | **11.32 Bids for Diesel Fuel** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

File Attachments
Bids for Diesel Fuel.pdf (43 KB)

| | |
|---|---|
| **Subject** | **11.33 Bids for New and Retread Tires** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Bids for New and Retread Tires.pdf (63 KB)

| | |
|---|---|
| **Subject** | **11.34 Bids for Oil, Lubricants and Fluids** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Bids for Oil, Lubricants and Fluids.pdf (87 KB)

| | |
|---|---|
| **Subject** | **11.35 Contracts for Special Education Services - The Center for Autism Education** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Contracts for Special Education Services - The Center for Autism Education.pdf (801 KB)

| | |
|---|---|
| **Subject** | **11.36 Contracts with Growing Edge Training** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Contracts with Growing Edge Training.pdf (260 KB)

| | |
|---|---|
| **Subject** | **11.37 Contract for Consultation and Direct Instruction** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

---

File Attachments
[Contract for Consultation and Direct Instruction.pdf (276 KB)](#)

---

Subject            **11.38 High Road School of Wright City Contract**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

---

File Attachments
[High Road School of Wright City Contract.pdf (228 KB)](#)

---

Subject            **11.39 Contracts for School District Administrative Claiming and Direct Services Cost Settlement**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

---

File Attachments
[Contracts for School District Administrative Claiming and Direct Services Cost Settlement.pdf (521 KB)](#)

---

Subject            **11.40 Contracts for Special Education Services - Therapy Relief at Hope**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

---

File Attachments
[Contracts for Special Education Services - Therapy Relief at Hope.pdf (346 KB)](#)

---

Subject            **11.41 We Stories Proposal**

Meeting            Jun 20, 2019 - Regular Board Meeting

Category           11. Consent Agenda

Type               Action (Consent)

---

File Attachments
[We Stories Proposal.pdf (1,943 KB)](#)

---

| Subject | **11.42 Revised Bylaws for the St. Charles County CAPS Program** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| Revised Bylaws for the St. Charles County CAPS Program.pdf (5,872 KB) |

| Subject | **11.43 Career Explorations Alliance MOU** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| Career Explorations Alliance MOU_Addendum.pdf (95 KB) |

| Subject | **11.44 Agreement for Turnitin** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| Agreement for Turnitin.pdf (218 KB) |

| Subject | **11.45 iPad Purchases for School Year 2019-2020** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|
| iPad Purchases for School Year 2019-2020.pdf (69 KB) |

| Subject | **11.46 Laptops for High School Graphic Arts** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

File Attachments
[Laptops for High School Graphic Arts.pdf (81 KB)](#)

| | |
|---|---|
| **Subject** | **11.47 Blackboard Contract** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Blackboard Contract.pdf (93 KB)](#)
[Blackboard Contract_Addendum.pdf (110 KB)](#)

| | |
|---|---|
| **Subject** | **11.48 Innovative Technology Education Fund Grant** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Innovative Technology Education Fund Grant.pdf (231 KB)](#)

| | |
|---|---|
| **Subject** | **11.49 Learning Sciences International Contract** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Learning Sciences International Contract.pdf (640 KB)](#)

## 12. Superintendent's Reports

| | |
|---|---|
| **Subject** | **12.1 Transportation Report** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 12. Superintendent's Reports |
| Type | Reports |

File Attachments

| | |
|---|---|
| **Subject** | **12.2 Athletics and Activities Report** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 12. Superintendent's Reports |
| Type | Reports |

| File Attachments |
|---|

## 13. Old Business

| Subject | **13.1 2019-2020 Academic Calendar** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 13. Old Business |
| Type | Action |
| Recommended Action | We need a motion to approve the 2019-2020 Academic Calendar, as presented. |

| File Attachments |
|---|
| [2019-2020 Academic Calendar_Addendum.pdf (534 KB)](#) |

| Subject | **13.2 New High School Site Package – Change Order 01** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 13. Old Business |
| Type | Action |
| Recommended Action | We need a motion to approve the New High School Site Package – Change Order 01, as presented. |

| File Attachments |
|---|
| [New High School Site Package – Change Order 01_Addendum.pdf (3,368 KB)](#) |

## 14. New Business

| Subject | **14.1 Food Service Transfer** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Food Service Transfer, as presented. |

| File Attachments |
|---|
| [Food Service Transfer.pdf (367 KB)](#) |

| Subject | **14.2 Teachers' Fund Transfer** |
|---|---|

Case: 4:25-cv-00970    Doc. #:  1-1    Filed: 07/01/25    Page: 50 of 222 PageID #: 54

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Teachers' Fund Transfer, as presented. |

File Attachments
Teachers' Fund Transfer_Addendum.pdf (365 KB)

| Subject | **14.3 Budget Adjustment #4** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve all year end budget adjustments as of today and future amendments prior to actual expenditures for given funds that would be required to adjust the 2018-19 budget, so it is in compliance with Missouri State Law Chapter 67 on Budget Compliance. |

File Attachments
Budget Adjustment #4.pdf (166 KB)

| Subject | **14.4 Fiscal Year 2020 Budget** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Fiscal Year 2020 Budget, as presented. |

File Attachments
Fiscal Year 2020 Budget.pdf (10,145 KB)

| Subject | **14.5 New High School – Commissioning Agent** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the New High School – Commissioning Agent, as presented. |

File Attachments
New High School – Commissioning Agent.pdf (413 KB)

| Subject | **14.6 Barfield Early Childhood Addition** |
|---|---|

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Barfield Early Childhood Addition, as presented. |

File Attachments
Barfield Early Childhood Addition.pdf (1,000 KB)

| **Subject** | **14.7 Performance Contracting Additional Work** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Performance Contracting Additional Work, as presented. |

File Attachments
Performance Contracting Additional Work.pdf (302 KB)
Performance Contracting Additional Work_Addendum.pdf (304 KB)

| **Subject** | **14.8 Highway Z Roadside Flashers School Operation Agreement** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Highway Z Roadside Flashers School Operation Agreement, as presented. |

File Attachments
Highway Z Roadside Flashers School Operation Agreement.pdf (406 KB)

| **Subject** | **14.9 Payroll Benefits Manager** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Payroll Benefits Manager, as presented. |

File Attachments
Payroll Benefits Manager_Addendum.pdf (157 KB)

| **Subject** | **14.10 Revised Curricula** |
|---|---|

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Revised Curricula, as presented. |

File Attachments
Revised Curricula.pdf (163 KB)

| Subject | **14.11 4894 Agreement** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the 4894 Agreement, as presented. |

File Attachments
4894 Agreement.pdf (546 KB)
4894 Agreement_Addendum.pdf (805 KB)

| Subject | **14.12 WNEA Agreement** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the WNEA Agreement, as presented. |

File Attachments
WNEA Agreement.pdf (547 KB)
WNEA Agreement_Addendum.pdf (4,119 KB)

| Subject | **14.13 WNEA RN Agreement** |
|---|---|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the WNEA RN Agreement, as presented. |

File Attachments
WNEA RN Agreement.pdf (547 KB)
WNEA RN Agreement_Addendum.pdf (515 KB)

| Subject | **14.14 2019-2020 Support Staff Salary Recommendations** |
|---|---|

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the 2019-2020 Support Staff Salary Recommendations, as presented. |

File Attachments
2019-2020 Support Staff Salary Recommendations.pdf (667 KB)

**Subject**    **14.15 Salaried Support Staff Pay 2019-2020**

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |
| Type | Action (Consent) |

File Attachments
Salaried Support Staff Pay 2019-2020_Addendum.pdf (962 KB)

**Subject**    **14.16 2019-2020 Administrator Salary Structure**

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the 2019-2020 Administrator Salary Structure, as presented. |

File Attachments
2019-2020 Administrator Salary Structure.pdf (612 KB)

**Subject**    **14.17 2019-2020 Administrator Contract Days**

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the 2019-2020 Administrator Contract Days, as presented. |

File Attachments
2019-2020 Administrator Contract Days.pdf (797 KB)

**Subject**    **14.18 Price Increase for Child Nutrition Meals**

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 14. New Business |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Type | Action |
|------|--------|
| Recommended Action | We need a motion to approve a $.20 price increase for the Child Nutrition Meals for the 2019-2020 school year to keep it at $3.00 for an Elementary lunch. |

File Attachments
Price Increase for Child Nutrition Meals_Addendum.pdf (357 KB)

| Subject | **14.19 Milk Bid Recommendation for the 2019-2020 School Year** |
|---------|-----------------------------------------------------------------|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Milk Bid Recommendation for the 2019-2020 School Year and the Bread Bid Recommendation for the 2019-2020 School Year, as presented. |

File Attachments
Milk Bid Recommendation for the 2019-2020 School Year.pdf (363 KB)

| Subject | **14.20 Produce Bid Recommendation for the 2019-2020 School Year** |
|---------|-------------------------------------------------------------------|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Produce Bid Recommendation for the 2019-2020 School Year, as presented. |

File Attachments
Produce Bid Recommendation for the 2019-2020 School Year.pdf (419 KB)

| Subject | **14.21 Grocery Bid Recommendation for the 2019-2020 School Year** |
|---------|-------------------------------------------------------------------|
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Grocery Bid Recommendation for the 2019-2020 School Year, as presented. |

File Attachments
Grocery Bid Recommendation for the 2019-2020 School Year.pdf (721 KB)

| Subject | **14.22 Bread Bid Recommendation for the 2019-2020 School Year** |
|---------|-----------------------------------------------------------------|

| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action |

File Attachments
[Bread Bid Recommendation for the 2019-2020 School Year.pdf (351 KB)](#)

| Subject | **14.23 2018-19 Final Route Approval** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 14. New Business |
| Type | Action (Consent) |
| Recommended Action | We need a motion to approve the 2018-19 Final Route Approval, as presented. |

File Attachments
[2018-19 Final Route Approval.pdf (4,562 KB)](#)

## 15. Adjourn Open Session

| Subject | **15.1 Adjourn Open Session** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 15. Adjourn Open Session |
| Type | Action |
| Recommended Action | We need a motion to Adjourn Open Session and go back into Closed Session for the purpose of Personnel. |

File Attachments

## 16. Personnel - RSMo 610.021 (3)
## 17. Adjourn Closed Session

| Subject | **17.1 Adjourn Closed Session** |
| Meeting | Jun 20, 2019 - Regular Board Meeting |
| Category | 17. Adjourn Closed Session |
| Type | Action |
| Recommended Action | We need a motion to Adjourn Closed Session. |

File Attachments

| Subject | **17.2 Next Regular Board Meeting Thursday, July 18, 2019** |

| Meeting | Jun 20, 2019 - Regular Board Meeting |
|---|---|
| Category | 17. Adjourn Closed Session |
| Type | Information |

File Attachments

EXHIBIT 4

2411-CC01335

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



# WENTZVILLE SCHOOL DISTRICT

## REQUEST FOR BID (RFB)
# EIGHT SPECIFIC CUSTODIAL CHEMICALS

**Project Manager:** Diana Moore
**Title:** Director of Custodial Services
**Phone #:** 363-327-5090 ext. 23327
**E-mail:** dianamoore@wsdr4.org
**Bid-Number:** RFB-C-MAR312021-194

**UPLOAD BID DOCUMENT TO VENDOR REGISTRY:** March 31, 2021 by 1:00 PM CST BID
DUE APRIL 7, 2021 BY 1:00 PM.

The vendor hereby declares understanding, agreement and certification of compliance to provide the items and/or services, at the prices quoted, in accordance with all terms and conditions, requirements and specifications of the original Request for Bid (RFB) and as modified by any addendum thereto. All Bids must be complete and properly executed by the vendor and received by the date and time noted above to be considered.

This **REQUEST FOR BID** contains the following:

>    **GEN - GENERAL INFORMATION FOR VENDORS/BIDDERS** -- The section referred to as "General Information for Vendors/Bidders" contains general information about the District's business and Bid procedures. Not all General Information for Vendors/Bidders will pertain to each bid or proposal, but is provided as information for the current bid and possible future bids.
>    **SPEC – "SPECIFIC PROJECT SPECIFICATIONS FOR VENDORS/BIDDERS"** -- The section referred to as "Specific Project Specifications for Vendors/Bidders" contains information specific to the goods and/or services in the Request for Bid. Specifications are more detailed than the "General Information for Vendors/Bidders".

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**GENERAL INFORMATION FOR VENDORS/BIDDERS**

**GEN-1**   **GENERAL INFORMATION**

1. To receive this Bid or to be notified of Addendums, Vendors/Bidders MUST register through "VENDOR REGISTRY" at http://www.wentzville.k12.mo.us (Departments/Finance & Facilities/Purchasing).
2. It shall be the vendor's sole responsibility to insure their Bid Documents have been uploaded to Vendor Registry. Late Bids will be unable to be uploaded through the site.
3. Any agreement made with the District and the awarded vendor will be made under the laws of the state of Missouri, and for all purposes shall be construed in accordance with the laws of said state without regard to principles of conflicts of law. The agreement will also require that venue for any disputes arising out of the agreement will be in the Circuit Court of St. Charles County, Missouri.
4. Throughout this document the terms "RFP", "RFQ" and "RFB" are to be used interchangeably.
5. Throughout this document the term "District" refers to the Wentzville R-IV School District (WSD).
6. Listed under "Specific Project Specifications for Vendors/Bidders" are items for which Wentzville RIV School District is seeking Bids for a specified period of time or project.

**GEN-2**   **FINANCIAL ABILITY**

1. The District reserves the right to require the successful vendor to file proof of his ability to properly finance and execute the agreement, together with his record of successful completion of similar agreements. The District reserves the right to defer the acceptance of any Bid and the execution of an agreement for a period not exceeding ninety (90) days after the date of opening the Bids.

**GEN-3**   **COMPANY REFERENCES, SUBCONTRACTING AND WARRANTIES**

1. The District may request at least three (3) references, preferably educational institutions, whom you have supplied similar equipment and services. The names, titles and telephone numbers of contacts for each reference should be given. Unless you specify otherwise, District officials will be free to contact these references.
2. See Specific Project Specifications for Vendors/Bidders for subcontracting requirements. No subcontracting shall be permitted without prior written approval by the District. In addition, no changes in subcontractors will be permitted without prior written approval by the District.
3. See Specific Project Specifications for Vendor/Bidders for specific warranty requirements.

**GEN-4**   **ADDENDUMS**

7. Should the vendor need clarification on stated specifications or has questions of interpretation of any specifications, the vendor shall submit through Vendor Registry any clarification or question by "Request for Additional Information" date listed in the RFB. All responses to questions or clarifications along with any bid addendums will be posted through Vendor Registry.
8. To receive notification of Addendums, Vendors/Bidders MUST register through "VENDOR REGISTRY" at http://www.wentzville.k12.mo.us (Departments/Finance &

Facilities/Purchasing).

9. It is the vendor's responsibility to verify if any addendums have been brought forth. Vendor must register through Vendor Registry to receive notifications of addendums.
10. All addendums will become part of the Bid document.
11. Should the vendor fail to accurately respond to the specifications of an RFB and/or omit required RFB information, the District reserves the right to disqualify the RFB based on irregularities. It shall be each vendor's responsibility to obtain and verify all the information required on RFB held within, prior to the submission of stated RFB. No objections with regard to the application, meaning, or interpretation of any or all of the specifications and/or the general information will be considered after the closing date and time of this RFB.

**GEN-5   BID RESPONSES**

See "SPECIFIC PROJECT SPECIFICATIONS FOR VENDORS/BIDDERS" for how to respond to Bid, it will be one of two ways:
1. "Sealed Envelope"
2. "Vendor Registry"

**GEN-6   EVALUATION**

1. Upon receipt and after opening, all Bids will be evaluated by the District. No decision as to vendor recommendation will be made at the scheduled opening. Additional information necessary to the evaluation process will be requested from the vendor, where appropriate.
2. The District may inspect the vendor's facilities to ensure that the vendor can provide the necessary services specified under this agreement.
3. Sufficient inventory of specified items may be required to be maintained by the vendor during the agreement period in order to meet the requirements of the District. Vendor's commitment to maintain a supply of items currently used by the District may be a consideration when evaluating the Bid.

**GEN-7   BASIS OF AWARD**

1. The District's policy is to award a Bid based upon the "lowest and responsible" Bid. However, the District will also strive to select equipment, supplies and services, which best fulfill the District's overall needs. In making the award, the District will take the following factors into consideration:
   - Extent to which services and/or items meet or exceed specifications and function;
   - Vendor's ability to supply all or most items/services required;
   - Vendor's ability to maintain a sufficient supply of items needed by the District;
   - Any prior experience or history between the District and vendor;
   - Financial strength of the company;
   - The price proposed by the vendor;
   - Other factors deemed significant by District officials.
2. The District reserves the right to reject a Bid for any reason; to accept any Bid which it deems to be in its best interest; and to reject all Bids and solicit new Bids. The District reserves the right to waive any technicalities and requirements in this Specifications and Bid Form.
3. The District reserves the right to discontinue any agreement with the vendor by giving written thirty-day notice if circumstances warrant such action. Examples of

Page 3

such circumstances include, but shall not be limited to: budget/financial considerations; vendor service/product no longer required; and unsatisfactory vendor performance (see GEN-9), etc.

**GEN-8**      **POOR OR NONPERFORMANCE**

1. During the term of the contract, the District may terminate the contract for nonperformance, poor performance, late delivery, or other cause. The decision to terminate rests solely with the District and/or its duly appointed representative. In the event of termination, the District shall give the vendor written notice thirty (30) days prior to termination. The District may thereafter procure products or services from other vendors.
2. The vendor takes all responsibility for substandard or defective materials and will replace all items as determined by the District.

**GEN-9**      **DOMESTIC PRODUCTS PROCUREMENT**

1. The District encourages its staff to purchase or lease products manufactured, or produced in the United States and for contractors and subcontractors of the District to do the same when providing goods and services to the District.
2. It is also the policy of the District to give preference to commodities manufactured, mined, produced or grown within the state of Missouri and to give preference to all firms, corporations, or individuals doing business as Missouri firms, corporations, or individuals, when quality, price and delivery are approximately the same. (Legal Reference Section 171.181 RSMo.)
3. The Board of Education may make awards to local businesses located within the WSD and paying property taxes received by WSD. The WSD Board of Education may grant such local businesses a 2% advantage not to exceed $500 per invitation. (Financial Operation - Board Policy 3180).

**GEN-10**    **BILLING AND PAYMENT**

1. For awarded Bids that require the purchase of "goods", all shipments must be accompanied by a packing list giving a complete description of items, total quantity of items, and total number of containers in the shipment. Packing list should also show District purchase order number, quantity and item(s) shipped along with proper shipping address. The invoice should be sent to 280 Interstate Drive, Wentzville, MO 63385 and include the purchase order number, quantity and item(s) shipped with price(s).
2. Invoice payments are subject to the WSD Board of Education approval and will be made in accordance with WSD payment cycles.

**GEN-11**    **DELIVERY**

1. For awarded Bids that require the delivery of "goods", the purchase order will specify delivery requirements.

**GEN-12**    **PRICE**

1. Price(s) will be mandated by the RFB specifications and the length that prices will stay in effect will be mandated by the RFB specifications.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**GEN-13**    **COLLUSION CLAUSE**

By submission of this Bid, each vendor, anyone signing on behalf of a vendor, and in the case of a joint Bid, each party thereto, certifies under penalty of perjury, that to the best of his knowledge and belief:

1. The prices of this Bid have been arrived at independently without collusion, consultation, communication or agreement, for the purpose of restricting competition, as to any matter relating to such prices with any other vendor or competitor; Unless otherwise required by law, the prices which have been quoted in this Bid have not been knowingly disclosed by the vendor prior to opening, directly or indirectly, to any other vendor or to any competitor; and no attempt has been made, or will be made, by the vendor to induce any other person, partnership or corporation to submit or not to submit a Bid for the purpose of restricting competition.

**GEN-14**    **TAX EXEMPT STATUS**

1. The vendor shall pay sales, consumer, use and similar taxes for the work or portions thereof provided by the vendor which are legally enacted when Bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect.
2. As set forth in 144.062 RSMo and 144.030 RSMo, contractors who purchase materials and/or supplies "for the purpose of constructing, repairing, or remodeling facilities for" the District are exempt from paying sales tax. The official State Tax exemption certificate will be furnished to the contractor. The quoted phrase was taken directly from the statute.

**GEN-15**    **"OR EQUAL"**

1. Whenever material, article or piece of equipment is identified in the specifications by reference to manufacturers' trade name(s) etc., it is intended merely to establish a standard; and any material, article, or equipment of other manufacturers and vendors which will perform the duties imposed will be considered equal provided the material, article or equipment so proposed is, in the opinion of the Purchasing Office or using department, of equal substance and function. However, in some instances, the District will insist on specific brand names to meet District needs and requirements and will not permit "substitutes" or "or equals."
2. See Specific Project Specifications for Vendors/Bidders for substitution requests.

**GEN-16**    **TOBACCO FREE ENVIRONMENT**

1. WSD has adopted a tobacco free policy effective July 1, 1997. No tobacco products may be used in the facilities or on the grounds.

**GEN-17**    **INDEMNIFICATION**

1. To the fullest extent permitted by the law the Vendor shall indemnify, defend with legal counsel acceptable to the District, and hold harmless the District, its Board of Education, Board Members, agents and employees from and against claims, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from personal injury, bodily injury, sickness, disease, or death, failure to make payment to suppliers, or injury to or destruction of tangible property, but only

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

to the extent caused by the acts or omissions of the Vendor, or anyone directly or indirectly employed by the Vendor, or anyone for whose acts the Vendor may be liable.

2. By responding to this RFB, all vendors acknowledge and agree that the District cannot and will not agree to indemnify, defend or hold harmless the vendor in any manner.

**GEN-18**   **SECURITY IDENTIFICATION BADGES** (relates to construction services)

1. All vendor employees servicing, repairing, delivery within the school buildings will be required to sign-in at the front office and receive a temporary security badge.

2. Construction contractor or subcontractor employees working on project sites will be required to obtain security identification badges before coming to the project site. Badges may be obtained by the District's Executive Director of Facilities, the District's architectural firm or the general contractor.

   For questions concerning security badges contact John Blanton, Executive Director of Facilities at 636-327-3800 ext. 20329.

   a. To obtain a construction security identification badge, the contractor or subcontractor employee shall be required to give their full name, present personal identification verifying their name (e.g., driver's license), give their employer's company name, and present documentation verifying their employment with the company (e.g., business card, identification letter on company letterhead, etc.). During normal working hours, employment confirmation may be made by a confirming telephone call to the company.

   b. Security identification badge must be kept with the contractor or subcontractor employee and prominently displayed while they are on the project site. The security identification badge may be temporarily removed from prominent display if the security identification badge will pose a safety threat to the contractor or subcontractor employee as the employee carries out the work.

   c. If the contractor or subcontractor employee temporarily removes the security identification badge from prominent display for safety purposes, the contractor or subcontractor employee shall promptly present the security identification badge to any employee of the District that requests to see the security identification badge. Failure to promptly present the security identification badge shall be grounds for instant removal of the contractor or subcontractor employee from the project site until the security identification badge can be presented. If the contractor or subcontractor employee fails to present the security identification badge a second time, the District may request the contractor or subcontractor employee to be removed from the project site permanently.

   d. No employee of the vendor shall be authorized to have contact with or otherwise be in the presence of District students without a District employee also being present.

**GEN-19**   **REQUIRED E-VERIFY COMPLIANCE**

1. Vendors will be required to comply with Section 285.530(2) RSMo. (Cumm. Supp. 2008) regarding enrollment and participation in a federal work authorization program. The vendor represents and warrants that it is in compliance with Section 285.530 at the time of award of this RFB. Vendors will be required to provide a sworn affidavit and supporting documentation affirming participation in a qualified federal work authorization program and that vendor does not knowingly employ any person who is an unauthorized alien in connection with the services to be performed pursuant to

any agreement entered into with the District.

2. FEDERAL WORK AUTHORIZATION PROGRAM ("E-VERIFY") must be filled out and sent in the sealed envelope or scanned through vendor registry.

3. FEDERAL WORK AUTHORIZATION PROGRAM AFFIDAVIT must be filled out and notarized and sent in the sealed envelope or scanned through vendor registry.

**GEN-20   CONSTRUCTION PROJECTS – CONTRACTORS & SUB-CONTRACTORS**

1. Pursuant to Section 292.675 RSMo the construction contractor shall provide a ten (10) hour Occupational Safety and Health Administration (OSHA) construction safety program for their on-site employees which includes a course in construction safety and health approved by OSHA or a similar program approved by the Department of Labor and Industrial Relations which is as stringent as an approved OSHA program within sixty (60) days of beginning work on this project.

2. It shall be mandatory upon the contractor and any subcontractor under him/her to pay not less than the specified rates to all workmen employed by them in the execution of the contract, (see 290.250, RSMo).

3. Contractors and sub-contractors shall forfeit as a penalty to the state, county, city and county district or other political subdivision on whose behalf the agreement is made or awarded one hundred dollars for each workman employed, for each calendar day, or portion thereof, such workman is paid less than the said stipulated rates for any work done under said agreement, by him/her or by any subcontractor under him/her, and the said public body awarding the agreement shall cause to be inserted in the agreement a stipulation to this effect, (see 290.250 RSMo).

4. Contractor must post a legible list of all prevailing wage rates in a prominent and easily accessible place at the worksite by each contractor and subcontractor on the project. Notice must be posted during the full time that any worker is employed on the job, (see section 290.265, RSMo).

5. The WSD will make final payment only after the vendor has filed an affidavit of Compliance with the contracting public body, (see section 290.290 and 290.325, RSMo). Before final payment will be made, the contractor and all subcontractors must file an Affidavit of Compliance with the contracting public body. No payment can be legally made by the public body (WSD) to the contractor(s) until this affidavit is filed in proper form and with the public body (WSD).

6. All workmen must be experienced in this line of work, the job site must be left in a clean first-class condition, and free of debris on a daily basis.

7. The Contractor shall comply with all applicable state laws, municipal ordinances and the rules and regulations of governing authorities. The Contractor shall observe all regulations governing the provisions of the State Worker's Compensation Law. The Contractor shall save and hold harmless the District from and against all liability, claims and demands on account of personal injuries, property loss or damage of any kind whatsoever connected with the performance and agreement entered into with the District.

8. Only Missouri laborers from nonrestrictive states are allowed by law to be employed on Missouri's public works projects when the unemployment rate exceeds 5% for two consecutive months. (See Sections 290.550 through 290.580 RSMo). Therefore, this statute is in effect and will remain in effect as long as this notice is posted. For questions call (573) 751-3403. View the Frequently Asked Questions at http://www.dolir.mo.gov/ls/faq/faq PublicWorksEmployment.asp or view the statute 290.550 – 290.580 RSMo, at http://www.moga.mo.gov/statutes/C290.HTM. Nonrestrictive states, which includes the District of Columbia and the territories, and the words "United States" includes such district and territories, as of January 2008 are: Alabama, American Samoa, Arkansas, Georgia, Guam, Hawaii, Indian, Kansas,

Kentucky, Louisiana, Maryland, Michigan, Minnesota, Nebraska, New Hampshire, New Mexico, New York, North Carolina, Northern Mariana Islands, Ohio, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Tennessee, Texas, Utah, Vermont, Virginia, Washington, and Wisconsin.

9. Current (as of release date of RFB/RFP) *Prevailing Wage Order* issued by the Missouri Division of Labor Standards will apply to all construction projects.

**GEN-21    VENDOR REQUIRMENTS – (IF APPLICABLE)**

1. The vendor shall possess all current permits and licenses for operation.
2. No vendor staff will not be under the influence of alcohol and/or drugs in the performance of their duties with the District. Rudeness, vulgar or obscene language or inappropriate physical contact will not be tolerated.
3. All employees, contractors and subcontractors working for or associated with the vendor, who will be on any school premises during school hours, must have cleared both a Missouri Highway Patrol and a FBI background check. This may be propriety information and can be kept with the vendor, however the vendor must supply paperwork stating their employees have cleared the checks. No vendor employee, contractor or subcontract will be allowed on any District premises who is a registered sex offender.
4. Should services require vendor's staff to <u>interact</u> with students:
   a. All vendor staff will have an FBI/Highway Patrol Background Check which includes fingerprints. The charge for this process will be paid by the vendor for all staff who will be in District Facilities. Vendor staff who have been convicted of a felony or misdemeanor may not be allowed to provide services to the District.
   b. All vendor staff who provide services to the District will have a TUBERCULIN PPD (Tuberculosis) test performed prior to being scheduled to work. This will be at no charge to the District. Vendor staff who test positive for Tuberculosis may not be allowed to provide services to the District.
   c. All vendor staff will have their name run through the Missouri State Highway Patrol/Missouri Department of Social Services Child Abuse or Neglect Criminal Records check. There is no charge for this service.
   d. It is the <u>total responsibility</u> for the vendor to insure that their above paperwork mentioned is on file with the WSD Human Resource Department. If the appropriate forms are not on file and kept up to date, those individuals will not be allowed to transport students until forms are on file with the WSD Human Resource Department.
5. The vendor shall not offer any gratuities, favors, or anything of monetary value to any official, employee, or agent of the school board: including any committee member for the purpose of influencing consideration of this RFB.
6. It shall be each vendor's responsibility to obtain and verify all the information required on this Bid, prior to the submission of the Bid. No objections with regard to the application, meaning, or interpretation of any or all of the specifications and/or the general information will be considered after the closing date and time of this Bid. No claims of misinterpretation or lack of understanding of any information relating to this Bid will be accepted after to closing date and time.
7. Vendors are expected to utilize the Project Manager as the sole representative for ALL information regarding this RFB. Vendors, who contact any other district employee or representative of the District regarding the subject of this RFB, are subject to disqualification.
8. The vendor must have been in business for a minimum of five years.

9. The vendor will not assign any of the rights, duties, or payments arising under any agreement to any third party without the consent of the District.
10. The vendor will disclose if any of the owners of their company are employed by WSD, including persons who may subbed for the district or have retired from the district.
11. It is the intent of this RFB and specifications to select a vendor or vendors to create a working agreement between all parties. The District however is under no obligation to assign, reward or select any vendor for the fulfillment of this RFB.
12. By submitting a RFB, the vendor specifically agrees that the decision of WSD is final and binding and agrees to all contents of this RFB.
13. The vendor will comply with the Fair Labor Standards Act, Fair Employment Practices Act, Equal Opportunity Employment Act, Missouri Human Rights Act and all other applicable Federal and State laws, as well as the applicable Policies and Regulations of the District's Board of Education.
14. Every provision of law and clause required by law to be inserted in any agreement with the District will be deemed to be inserted and the agreement will be read and enforced as though it were included.
15. No vendor will perform service or deliver product without a District purchase order.
16. It is expected that the vendor will provide their best pricing and services on this RFP/RFB. The District will not negotiate with any vendor after the proposals have been read publicly.

## GEN-22   INSURANCE REQUIRMENTS

Vendors, contractors and/or sub-contractors (used interchangeably) shall, at its expense, procure and maintain at a minimum for the duration for any service or project and through the correction period stated in the agreement, except as otherwise set forth herein, the types and amounts of insurance described below or as otherwise required by law on all of its operations, in companies registered to do business in the State of Missouri and having an A.M. Best Rating or A-IX or higher:

1. Workers' Compensation and Employers Liability Insurance: Shall carry Workers' Compensation Insurance as required by any applicable law or regulation. Employers Liability Insurance shall be in amounts no less than $1,000,000 each accident for bodily injury, $1,000,000 for bodily injury by disease and $1,000,000 each employee for bodily injury by disease. If there is an exposure of injury to Contractor's employees under the U.S. Longshoremen's and Harbor Workers compensation act, the Jones Act or under laws, regulations or statutes applicable to maritime employees, coverage shall be included for such injuries or claims. If the contractor's Employers Liability limits are below those stated above an umbrella liability policy may be used to the requested limit.

2. Commercial General Liability Insurance: Shall carry Commercial General Liability Insurance written on ISO occurrence for CG 00 01 07 98 or later edition (or a substitute form providing equivalent coverage) and shall cover all operations by or on behalf of the Contractor, providing insurance for bodily injury liability and property damage liability for the limits indicated below and for the following coverage:
   a. Premises and Operations
   b. Products and Completed Operations
   c. Contractual Liability insuring the obligations assumed by the Contractor under this Contract
   d. Personal Injury Liability and Advertising Injury Liability
   e. Except with respect to bodily injury and property damage included within the products and completed operations hazards, the general aggregate limit shall apply separately to the Contractor's project under this Contract. Completed



Operations coverage must be maintained for the correction period provided by any agreement with the District.

3. Limit of Liability: The Commercial General Liability policy limits shall not be less than:
   a. $1,000,000 Each Occurrence (Combined Single Limit for Bodily Injury and Property Damage)
   b. $2,000,000 Aggregate for Products/Completed Operations
   c. $1,000,000 Personal Injury/Advertising Injury
   d. $2,000,000 General Aggregate (provide endorsement to apply the General Aggregate per project, if available. If not, see Umbrella Liability section).

4. Additional Insured: The District, all of its officers, directors and employees, shall be named as Additional Insured under the Commercial General Liability Insurance using ISO Additional Insured Endorsements CG 20 10 or substitute providing equivalent coverage. If additional insured status is required for a correction period then CG 20 37 or equivalent should also be used. These endorsements must be stated on the Insurance certificate provided to the District and a copy of the endorsements confirming coverage should accompany the insurance certificate.

5. Primary Coverage: Commercial General Liability Policy shall apply as primary insurance and any other insurance carried by the Architect (if applicable) or the District shall be excess only and will not contribute with vendor's insurance. This must be stated on the insurance certificate and a copy of the endorsement confirming coverage should accompany the insurance certificate.

6. Business Automobile Liability Insurance: The policy should be written on ISO form CA 0001, CA 0005, CA 0002, CA 0020 or a substitute form providing equivalent coverage and shall be at least $1,000,000 Combined Single Limit for Bodily Injury and Property Damage each accident and should also cover Automobile Contractual Liability. The policy should name the District and all of its officers, directors and employees as Additional Insureds. The policy shall be endorsed to be primary coverage and any other insurance carried by the District shall be excess only and will not contribute with Contractor's Insurance. To confirm coverage, a copy of the Additional Insured Endorsement and the Primary Insurance Endorsement should accompany the Insurance certificate.

7. Umbrella Excess Liability: Should provide an umbrella excess liability policy that will provide a minimum of $2,000,000 per occurrence/ $2,000,000 aggregate over the above listed coverage's. This policy should "follow-form" of the underlying policies and comply with all insurance requirements of those policies. If the General Aggregate of the Commercial General Liability policy does not apply per project, the limits should be $3,000,000 per occurrence/ $3,000,000 aggregate.

8. Waiver of Subrogation: The Commercial General Liability and Automobile Liability policies shall each contain a waiver of subrogation in favor of the District and its officers, director and employees.

9. Certificates of Insurance: As evidence of the Insurance, limits and endorsements required, a standard ACORD or equivalent Certificate of Insurance executed by a duly authorized representative of each insurer shall be furnished by the vendor to the District and Architect (if applicable) before any work is commenced by the vendor. The District shall have the right, but not the obligation, to prohibit vendor, contractor or any subcontractor from entering the project site until such certificates are received and approved by the District. With respect to insurance to be maintained after final payment, an additional certificate (s) evidencing such coverage shall be promptly provided to the District as a precondition to final payment. The Certificate of Insurance shall provide that there will be no cancellation or reduction of coverage without 30 days prior written notice to the District. Failure to maintain the insurance required herein may result in termination of any agreement at District's option. In the event the vendor does not comply with the requirements of this section, the

District shall have the right, but not the obligation, to provide insurance coverage to protect the District and Architect (if applicable), and charge the vendor for the cost of that insurance. The required insurance shall be subject to the approval of the Architect (if applicable), but any acceptance of insurance certificates by the Architect (if applicable) or District shall in no way limit or relieve the vendor, contractor or any subcontractor of their duties and responsibilities in the agreement.

10. Copies of Policies:  Shall furnish a certified copy of any and all insurance policies required under this Contract within ten (10) days of the District's written request for said policies.

11. Subcontractors: Vendor shall cause each subcontractor to purchase and maintain insurance of the types and amounts specified herein. Limits of such coverage may be reduced only upon written agreement of Owner. Contractor shall provide to Owner copies of certificates evidencing coverage for each subcontractor, subcontractors' commercial/general liability and business automobile liability insurance shall name the District and its Architect (If applicable) as Additional Insureds and have the Waiver of Subrogation endorsement added.

12. Other Insurance: The District may require insurance coverage in excess of the types and amounts required in this Exhibit. Vendor shall attempt in good faith to obtain quotes for such additional coverage and provide them to the District for review. Vendor shall purchase any such additional insurance as may be requested by the District in writing. The District shall pay any additional premium for such additional coverage.

**GEN-23    GOVERNING LAW, JURISDICTION AND VENUE**

1. The agreement shall be governed and interpreted in all respects according to the laws of the State of Missouri. In the event either party must bring a legal or equitable action to enforce any of its rights under the agreement, the venue for such actions shall be the Circuit Court of St. Charles County, Missouri.

**GEN-24    CONFIDENTIALITY**

1. To the extent that is applicable, the vendor will observe the confidentiality of and protect student information in accordance with applicable law, including but not limited to the Family Educational Rights and Privacy Act, (FERPA), 10 U.S.C. § 1232g, and the Health Insurance Portability and Accountability Act (HIPAA), and will indemnify the District for any damages suffered by it, by reason of vendor's failure to do so.

**GEN-25    BID BONDS & PERFORMANCE/PAYMENT BONDS**

1. Bid Bonds and/or Performance/Payment Bonds, if required will be stated in the Specific Project Specifications for Vendor/Bidders.

**GEN-26    AGREEMENT SPECIFICATIONS**

1. No compensation will be given to the vendor that is over and above the rates provided in the RFB without prior written approval from WSD authorized representative.

2. Upon receipt of an invoice from the vendor, WSD shall have up to 45 days to provide payment for the same unless an objection to the amount charges is made by the District. If an objection is made, the parties shall discuss the objection and attempt

to reach a resolution. The District will always do their best to pay invoices within a 30 day period, provided an invoice is provided in a timely manner to Accounts Payable.

3. This agreement may be terminated in the event of a breach of the terms of the agreement. In such an event, the non-breaching party shall provide the breaching party with written notice of the breach. The breaching party shall then have (97) seven days to cure said breach. If the breach is not cured within the time allotted, the non-breaching party may terminate the agreement immediately.

4. Notwithstanding the foregoing, the District shall have the option of terminating the agreement without cause by providing notice of the same to vendor within (30) thirty days of the termination. In such an event, the vendor shall be entitled to all compensation earned for services authorized and provided up to the date of termination.

5. The vendor will obtain all permits required by law for transactions under this agreement.

6. The vendor will comply with the Fair Standards Act, Fair Employees Practices, Equal Opportunity Employment Act, Missouri Human Rights Act and all other applicable Federal and State laws and District Policy.

7. The vendor warrants that all goods or services provided under this agreement will meet or exceed all applicable Federal, State, and Local Statues, Ordinances and Codes including but not limited to the American with Disability Act of 1990.

8. Every provision of the law and clauses required by law to be inserted in this agreement will be read and enforced as though it were included herein.

9. The vendor shall not utilize an employee or subcontractor for any purpose to execute any part of this agreement who is a registered sex offender.

10. The vendor shall adhere to all of the District's rules, regulations, policies, and procedures when engaged in the performance of this agreement, including but not limited to Board Policies, the Family Educational Rights and Privacy Act, 20 U.S.C § 1232 (g) (FERPA), 45 CFR §§ 160 and 164 ("HIPAA Privacy Rule"), if applicable, Section 504 of the Rehabilitation Act of 1973, the Individuals with Disabilities Education Act, and all civil rights laws.

11. The District and the vendor are acting herein as independent contractors and independent employees. Nothing herein shall create or be construed as creating a partnership, joint venture or agency relationship between any of the parties and not party shall have the authority to bind the other in any respect. Vendor and any person employed by or conducting business with the District shall not be a partner, employee, agent or joint venture of the District.

12. This agreement may be modified, amended or changed only by a written document signed by both parties.

13. Governing Law, Jurisdiction and Venue – This agreement shall be governed and interpreted in all respects according to the laws of the State of Missouri. In the event either party must bring a legal or equitable action to enforce any of its rights under this agreement, the venue for such actions shall be the Circuit Court of St. Charles County, Missouri.

14. Confidentiality -  To the extent that it is applicable, the vendor will observe the confidentiality of and protect student information in accordance with applicable law, including but not limited to the Family Education Rights and Privacy Act, (FERPA), 20 U.S.C. § 1232g,and will indemnify the District for any damages suffered by it by reason of vendor's failure to do so. To the extent that vendor will have access to personally identifiable information and student educational records as defined under FERPA, vendor acknowledges the following: vendor is performing an institutional service or function for with the District would otherwise use employees: vendor is under the direct control of the District with respect to the use and maintenance of any personally identifiable information of student: and vendor is subject to the

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

requirements of FERPA governing the use and re-disclosure of personally identifiable information from education records.

15. The District will not agree to indemnify or hold harmless any vendor for its own acts or omissions (intentional, negligent or otherwise), including product liability (if applicable) for injuries or damages that do not arise from acts or omission of the District, or for injuries or damages for which the District has sovereign immunity. Vendor shall defend, hold harmless and indemnify the District, its governing Board, officers, agents, and employees from every claim, demand, losses and expenses which may be made by reason of any injury to person or damage to property sustained by any person, firm or corporation, caused by any act or omission, negligent or otherwise, or otherwise, or willful misconduct of vendor or any person, firm or corporation, employed by the vendor, including subcontractors, in connection with the vendor's performance under this agreement. Vendor, at its own expense and risk, shall defend any legal proceeding that may be brought against the District, its governing Board, officers, agents and employees on any such claim or demand, and satisfy any judgment that may be rendered against the District or its governing Board, therein. Vendor also agrees to reimburse the District, its agents and employees for any sum which the District is required to pay on account of such demand, claim or lawsuit including attorney's fees.

16. Sovereign Immunity – Nothing in the agreement shall constitute a waiver of any immunity, sovereign or otherwise, granted to the District by common law or pursuant to Missouri law, including, but not limited to Section 537.600 et seq,. of the Missouri Revised Statutes.

17. Assignment – Vendor may not assign, subcontract or transfer any of its rights, burdens, duties, or obligations under this agreement with the written consent of the District.

18. In the event any terms of these agreement conditions conflict with RFP or the Proposal, the terms of these agreement conditions shall be controlling. In the event that any terms of the RFP conflict with the Proposal, the terms of the RFP shall be controlling.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



**SPECIFIC PROJECT SPECIFICATIONS FOR VENDORS/BIDDERS**

| RFB NUMBER: RFB-C-MAR312021-194 | **RELEASE DATE: March 10, 2021** | **RFB NAME:** Eight Specific Custodial Chemical Items |
|---|---|---|
| **DUE DATE THROUGH VENDOR REGISTRY BY** Date: March 31, 2021 Time: 1:00 PM CST BID DUE APRIL 7, 2021 at 1:00 PM | **Request for Additional Information Date** March 22, 2021 by 1:00 PM CST | |
| **Project Manager: Diana Moore** **Title:** Director of Custodial Services PH: 636-327-5090 ext. 23327 dianamoore@wsdr4.org | **RETURN BID TO:** Vendor Registry by 1:00 PM CST March 31, 2021 | |

**SPEC-1    SCOPE**

1. The purpose of this Request for Bid (RFB) is to select one (1) vendor to supply four specific Custodial Chemicals, and to give the Wentzville School District the option to choose a separate vendor to supply four other chemicals:  Floor Care Products (Stripper, Floor Finish (Wax), Carpet Cleaner and a Foam Control Solution).

2. This agreement is for three (3) years beginning May 1, 2021 and ending April 30, 2024. This agreement may be extended for an additional year up to two years if both parties agree and there are no price increases.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SPEC-2**   **EIGHT CUSTODIAL CHEMICALS**

1. **A disinfectant and multipurpose cleaner**. Must contain Hydrogen Peroxide, Accelerated Hydrogen Peroxide, Lactic Acid, Caprylic Acid and/or Citric Acid as an active ingredient. Must have a 2-minute dwell time to destroy or irreversibly inactivate the Influenza-A, MRSA, tuberculosis and Covid-19 viruses. A Closed-Dilution Control System is required. **Disinfectant needs to be able to be safe and effective when used in an electrostatic sprayer and/or mister.**

2. **A glass cleaner and multi-surface cleaner.** Must meet industry acceptable performance standards. Must be compliant with OSHA requirements. A Closed-Dilution Control System is required.

3. **A general-purpose cleaner.** Must meet industry acceptable performance standards. Must be compliant with OSHA requirements. A Closed-Dilution Control System is required. Intended use of routine cleaning of hard surfaces and remove rust, mineral deposits or odors.

4. **Neutral Floor Cleaner.** Must meet industry acceptable performance standards. Intended use to clean day-to-day dirt buildup on hard surface floors and compatible to use in Automatic Floor Machines. A Closed-Dilution Control System is required.

5. **Degreaser.** Must meet industry acceptable performance standards. Intended use on Kitchen floors.

6. Carpet Cleaner. Must meet industry acceptable performance standards. Intended use of deep cleaning carpets and carpet spotting. Used in conjunction with a defoamer, and in carpet extractors.

7. **Foam Control Chemical.** Must meet industry acceptable performance standards. Intended use in conjunction with a wet extraction cleaning for the deep cleaning of carpets.

8. **Floor Wax.** Must meet the ASTM D 2834 of at least 18-20% solids and meet the ASTM1455 85% shine.

9. **Floor Stripper.** Must contain no objectionable odor during use and leave no residual odor. Cleaner should flow readily when poured from the container and free from any sediment. It should contain no phosphates. Stripper MUST remove all floor finish products (wax).

10. The District may ask for samples of all or some the products.

**SPEC-3**   **DISPENSER SPECIFICATIONS**

1. The awarded vendor will change out all the chemical dispensers in the Custodial closets. The vendor will provide 1500 spray bottle and spray makers, along with 4,000 labels.

2. The District will add a high school in the fall of 2021.

3. The District will add a middle school in the fall of 2022.

**SPEC-4**   **PRODUCT DELIVERIES**

1. All deliveries will be made to the Annex Building Warehouse at 290 Interstate Drive, Wentzville, MO 63385.

**SPEC-5**   **DISPINSER LOCATIONS**

- ❑ Timberland High School – 559 E Hwy N, Wentzville 63385
- ❑ Holt High School – 600 Campus Dr., Wentzville 63385

- ❑ Liberty High School – 2275 Sommers Rd., Lake St. Louis 63367
- ❑ North Point High School – 2255 West Meyer Road, Wentzville 63385
- ❑ South Middle School – 561 E Hwy N, Wentzville 63385
- ❑ Wentzville Middle School – 405 Campus Dr., Wentzville 63385
- ❑ Frontier Middle School – 9233 Hwy DD, O'Fallon, 63368
- ❑ Heritage Primary Elementary – 612 Blumhoff, Wentzville 63385
- ❑ Heritage Intermediate Elementary – 601 Carr St., Wentzville 63385
- ❑ Green Tree Elementary – 1000 Ronald Reagan Dr., Lake St. Louis, 63367
- ❑ Crossroads Elementary – 7500 Hwy N, O'Fallon, 63368
- ❑ Boone Trail Elementary – 555 E Hwy N, Wentzville63385
- ❑ Prairie View Elementary – 1550 Feise Rd., Dardenne Prairie 63368
- ❑ Peine Ridge Elementary – 1107 Peine Rd., Wentzville 63385
- ❑ Duello Elementary – 1814 Duello Rd., Lake St. Louis, 63367
- ❑ Discovery Ridge Elementary – 2523 Sommers Rd., O'Fallon 63367
- ❑ Lakeview Elementary – 2501 Mexico Rd. O'Fallon 63366
- ❑ Stone Creek Elementary – 1850 Hwy Z Wentzville 63385
- ❑ Wabash Elementary – 100 Golden Gate Parkway, Foristell 63348
- ❑ Journey Elementary - 2000 Interstate Drive, Wentzville 63385
- ❑ Barfield Early Childhood – 2025 Hanley Rd., Dardenne Prairie 63368
- ❑ The Mind Development Center – 2120 Bryan Valley Commercial Dr., O'Fallon 63366
- ❑ Administration Center – 280 Interstate Drive, Wentzville 63385
- ❑ Annex Building – 290 Interstate Drive, Wentzville 63385
- ❑ Transportation Building – 100 Logistics Center Dr., Wentzville 63385
- ❑ Pearce Hall – 317 West Pearce Blvd., Wentzville 63385
- ❑ Berrey-Place – One Campus Drive, Wentzville 63385
- ❑ Support Services Warehouse – 101 Support Service Dr., Wentzville 63385

**SPEC-6     BID RESPONSE DOCUMENTS FOR VENDOR REGISTRY (Due 3/31/2021 at 1:00 PM)**

1. Upload the following completed documents to Vendor Registry:
    a. SPEC 7 - VENDOR SIGNATURE AUTHORIZATION & THREE REFERENCES
    b. SPEC 8 - FEDERAL WORK AUTHORIZATION PROGRAM (E-VERIFY)
    c. SPEC 9 - FEDERAL WORK AUTHORIZATION PROGRAM AFFIDAVIT
    d. SPEC 10 – BID FORM (Separate Excel Spreadsheet)
2. All documents must be "named and saved" before uploading can take place.
3. It is the vendor/bidder's responsibility to ensure their documents are uploaded properly.
4. Vendor Registry will close the Bid exactly at 1:00 PM on March 31, 2021.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SPEC-7**    **VENDOR SIGNATURE AUTHORIZATION & THREE REFERENCES FORM**
(Upload to Vendor Registry)

| Authorized Signature | | Date |
|---|---|---|
| Printed Name | | Title |
| Company Name | | |
| Mailing Address | | |
| City, State Zip | | |
| Phone #: | Fax #: | E-Mail Address |

**THREE (3) REFERENCES:**

Company Name: _____

    Address: _____

    Phone: _____

    Contact Name: _____
    Description on Work Performed: _____

Company Name: _____

    Address: _____

    Phone: _____

    Contact Name: _____
    Description on Work Performed: _____

Company Name: _____

    Address: _____
    Phone: _____

    Contact Name: _____

    Description on Work Performed: _____

**Acknowledgment of Any Addendum/s**

Signature _____

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SPEC-8**   **FEDERAL WORK AUTHORIZATION PROGRAM (E-VERIFY)**
(Upload to Vendor Registry)

Pursuant to Missouri Revised Statute 285.530, all business entities awarded any contract in excess of five thousand dollars ($5,000) with a Missouri public school District must, as a condition to the award of any such contract, be enrolled and participate in a federal work authorization program with respect to the employees working in connection with the contracted services being provided, or to be provided, to the District (to the extent allowed by E-Verify). In addition, the business entity must affirm the same through sworn affidavit and provision of documentation. In addition, the business entity must sign an affidavit that it does not knowingly employ any person who is an unauthorized alien in connection with the services being provided, or to be provided, to the District.

Accordingly, your company:

a. Agrees to have an authorized person execute the attached "Federal Work Authorization Program Affidavit" attached hereto as Exhibit A and deliver the same to the District prior to or contemporaneously with the execution of its contract with the District;

b. Agrees it is enrolled in the "E-Verify" (formerly known as "Basic Pilot") work authorization program of the United States, and is participating in E-Verify with respect to your employees working in connection with the services being provided (to the extent allowed by E-Verify), or to be provided, by your company to the District;

c. Agrees that it is not knowingly employing any person who is an unauthorized alien in connection with the services being provided, or to be provided, by your company to the District;

d. Agrees you will notify the District if you cease participation in E-Verify, or if there is any action, claim or complaint made against you alleging any violation of Missouri Revised Statute 285.530, or any regulations issued thereto;

e. Agrees to provide documentation of your participation in E-Verify to the District prior to or contemporaneously with the execution of its contract with the District (or at any time thereafter upon request by the District), by providing to the District an E-Verify screen print-out (or equivalent documentation) of your participation in E-Verify;

f. Agrees to comply with any state or federal regulations or rules that may be issued subsequent to this addendum that relate to Missouri Revised Statute 285.530; and

g. Agrees that any failure by your company to abide by the requirements a) through f) above will be considered a material breach of your contract with the District.

By: _____ (signature)
Printed Name and Title: _____
For and on behalf of: _____ (company name)

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SPEC-9**     **FEDERAL WORK AUTHORIZATION PROGRAM AFFIDAVIT**

(Upload to Vendor Registry)

I, _____, being of legal age and having been duly sworn upon my oath, state the following facts are true:

I am more than twenty-one years of age; and have first-hand knowledge of the matters set forth herein.

I am employed by _____ (hereinafter "Company") and have authority to issue this affidavit on its behalf.

Company is enrolled in and participating in the United States E-Verify (formerly known as "Basic Pilot") federal work authorization program with respect to Company's employees working in connection with the services Company is providing to, or will provide to, the District, to the extent allowed by E-Verify. Company does not knowingly employ any person who is an unauthorized alien in connection with the Services Company is providing to, or will provide to, the District.

FURTHER AFFIANT SAYETH NOT.

By: _____ (individual signature)

For _____ (company name)

Title: _____

Subscribed and sworn to before me on this _____ day of _____, 202___.

NOTARY PUBLIC

My commission expires:

**SPEC-10**   **BID SPREADSHEET (Provided separately)**

1. Complete the Bid Form which is a separate Excel Spreadsheet.
2. Must "name and save" spreadsheet before uploading can take place on Vendor Registry.
3. It is the vendor/bidder's responsibility to ensure their documents are uploaded properly. Blank documents will be considered a No-BID.
4. Vendor Registry will close the portal to this Bid exactly at 1:00 PM on March 31, 2021.

**WENTZVILLE**
SCHOOL DISTRICT
LEARNING TODAY, LEADING TOMORROW

Custodial Services

**2411-CC01335**
*Superintendent of Schools*

Diana Moore
*Director of Custodial Services*

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**EXHIBIT 5**

TO:   Dr. Cain & Board of Education

CC:   Richard Angevine
      John Blanton

FROM: Diana Moore

DATE: May 13, 2021

RE:   Cleaning Chemicals

The Custodial Department recently held a sealed bid for the district cleaning chemicals for a three (3) year agreement with the ability to extend for an additional two (2) years should both parties agree.  This bid was advertised in the paper and posted on Vendor Registry explaining the criteria of the chemicals.  We had a bid opening on March 10, 2021, and had ten responses.  The bids are as follows:

| VENDOR | LOCATION | PRODUCTS | TOTAL | NOTES |
|--------|----------|----------|-------|-------|
| Royal Papers Inc | St. Louis, MO | Spartan Cog Glass Spartan Cog Xcelente 24 | N/A | Did not follow bid instructions / disqualified |
| ACUITY | Atlanta, GA | ZEP Glass Cleaner ZEP Apriza II ZEP pH Perfect Floor | $49,026.00 | |
| SJB INDUSTRIAL | Wentzville, MO | ZEP Glass Cleaner ZEP Pine Multi-Purpose ZEP Neutral Fl Cleaner | $38,836.20 | Award bid / lowest price and local vendor |
| NEW SYSTEM | Earth City, MO | Clear Image Glass Top Flite All Purpose Ph7 Ultra Floor Cleaner | $80,886.40 | |
| FERGUSON | St. Louis, MO | Glass & Surface Cleaner Industrial Degreaser Hi Performance Neutral | $41,565.51 | |
| DUTCH HOLLOW | Belleville, IL | SSS #74 Clear Out Glass SSS #54 Savanna Neutral SSS #73 Power Hitter | $39,781.00 | |
| Industrial Soap | St. Louis, MO | Victoria Bay Glass VB – All Purpose VB – Neutral Fl Cleaner | $43,030.50 | |
| Ecolab, Inc. | St. Paul, MN | Peroxide Multi-Surface High Performance Floor Cleaner | $62,100.40 | Peroxide Multi-Surface; for Glass and General Purpose (dual use) |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| BUCKEYE | Maryland Heights, MO | Star Spray Tenacity True 7 | $54,801.90 | |
| ALL-TYPE | St. Louis, MO | Multi Clean #2 Glass Multi Clean #70 General Purpose Multi Clean #5 Century | $72,837.70 | |

The bid is for the purchase of approximately 70 gallons of Glass Cleaner, 450 gallons of General-Purpose Cleaner, and 600 gallons of pH Neutral Floor Cleaner for use throughout the WSD District. These chemicals must be dispensed in order to create a ready-to-use product.

We took into consideration the cost of the product. The bid also included the installation of chemical dispensers in all Custodial Services closets throughout the District.

We would like to recommend SJB Industrial Supply be awarded a three-year contract for the purchase of the three cleaning chemicals beginning June 1, 2021, in the amount of $38,836.20.

Case: 4:25-cv-00970    Doc. #: 1-1    Filed: 07/01/25    Page: 79 of 222 PageID #: 99

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**2411-CC01335**



**Thursday, May 20, 2021**
**Regular Board Meeting**

**WENTZVILLE R-IV SCHOOL DISTRICT**
**HOLT HIGH SCHOOL LIBRARY & AUDITORIUM**
**600 CAMPUS DRIVE**
**WENTZVILLE, MISSOURI 63385**
**Regular Board Meeting**
**Closed Session 4:30 PM – LIBRARY**
**Open Session 6:30 PM – AUDITORIUM**
**\*Due to practicing safe social distancing Open Session will be held at Holt High School in the**
**Auditorium. We will continue to offer livestream which will be available on BoardDocs the day of the**
**Board Meeting. Please be aware that proper face coverings are required of all Board Meeting**
**attendees.**

## 1. Start of Meeting - 4:30 PM

| | |
|---|---|
| **Subject** | **1.1 Open Session - Call to Order** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 1. Start of Meeting - 4:30 PM |
| Type | Action |
| Recommended Action | We need a motion to go into closed session for the purpose of Student Matters, Personnel and Legal. |

File Attachments

## 2. Closed Session

| | |
|---|---|
| **Subject** | **2.1 Approval of Closed Session Agenda** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 2. Closed Session |
| Type | Action |
| Recommended Action | We need a motion to approve the closed session agenda for May 20, 2021, as presented. |

File Attachments

## 3. Student Matters - RSMo 610.021 (6)
## 4. Personnel - RSMo 610.021 (3)

## 5. Legal RSMo 610.021 (1)

## 6. Adjourn Closed Session

| | |
|---|---|
| Subject | **6.1 Adjourn Closed Session** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 6. Adjourn Closed Session |
| Type | Action |
| Recommended Action | We need a motion to adjourn closed session. |

File Attachments

## 7. Open Session - 6:30 PM

| | |
|---|---|
| Subject | **7.1 Open Session - Call to Order** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 7. Open Session - 6:30 PM |
| Type | Procedural |

File Attachments

| | |
|---|---|
| Subject | **7.2 Pledge of Allegiance** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 7. Open Session - 6:30 PM |
| Type | Procedural |

File Attachments

## 8. Recognition

| | |
|---|---|
| Subject | **8.1 Jennifer Hancock and Justin Wilmes - Finalists for Presidential Award for Excellence in Mathematics and Science Teaching** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 8. Recognition |
| Type | Recognition |

File Attachments

| | |
|---|---|
| Subject | **8.2 March 20th Vaccination POD Partners - Wentzville Fire Department & Chick-Fil-A** |

| Meeting | May 20, 2021 - Regular Board Meeting |
|---|---|
| Category | 8. Recognition |
| Type | Recognition |

> File Attachments

## 9. Mission Statement

| Subject | **9.1 Mission Statement – Learning Today, Leading Tomorrow** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 9. Mission Statement |
| Type | Procedural |

Learning Today, Leading Tomorrow

> File Attachments

## 10. Public Forum

| Subject | **10.1 Public Forum – May 20, 2021** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 10. Public Forum |
| Type | Information, Procedural |

Residents of the District at each regular meeting have an opportunity to provide their points of view relating to the operation of the District during a thirty (30) minute time period referred to as a "Public Forum." Guidelines for the Public Forum are as follows:

1. Each resident of the District requesting time to speak during the Public Forum will register his/her name, address and state the issue to be discussed with the recording secretary prior to the meeting being called to order. Regularly scheduled Board of Education meetings will be called to order at 6:30 p.m. unless otherwise noted on the meeting agenda. The sign-up sheet for Public Forum will be available up to one (1) hour before the meeting and will be located at the site of the meeting.

2. The Board President will call the speakers to the floor. Each speaker shall give his/her name and address upon recognition by the President.

3. A maximum of ten (10) speakers will be allowed up to three (3) minutes for their presentations, unless extended by the Board President. If more time is required for presentation, the citizens should consider District policy for placement on the regular meeting's agenda.

4. Due to the possible number of speakers during the Public Forum, the Board President may limit or extend the speaking time.

5. If a number of speakers wish to speak on the same topic, the group may select a spokesperson to present that information.

6. A speaker may address the Board only once during the Public Forum.

7. Speakers may offer such objective concerns of the school operations as they deem appropriate. The Board will not hear personal complaints of school personnel nor against any person connected with the District in public session. Matters involving personnel shall be discussed by the Board in executive session.

8. An employee of the Wentzville School District may address the Board by following the public forum guidelines regardless of whether the employee is a resident of the district.

File Attachments

## 11. Consent Agenda

| Subject | **11.1 Approval of Consent Agenda Items** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |
| Recommended Action | We need a motion to approve the consent agenda, as presented/amended. |

Our adopted rules of Parliamentary Procedure, Robert's Rules, provide for a consent agenda listing several items for approval of the Board by a single motion. Some of the items listed under the consent agenda may have gone through Board subcommittee review and recommendation. Documentation concerning these items has been provided to all board members and the public in advance to assure an extensive and thorough review. Items may be removed from the consent agenda at the request of any board member.

File Attachments

| Subject | **11.2 Open Session Agenda** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments

| Subject | **11.3 Approval of Open Session Minutes for April 22, 2021, April 28, 2021 and May 15, 2021** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
April 22, 2021 Minutes OPEN.pdf (169 KB)
April 28, 2021 Minutes OPEN.pdf (138 KB)
May 15, 2021 OPEN_Addendum.pdf (147 KB)

| Subject | **11.4 Bills for Payment May 2021** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments

AP Bill List May 2021.pdf (2,266 KB)
PCard Bill List May 2021.pdf (1,910 KB)
PR Bill List May 2021.pdf (179 KB)
AP Bill List May 2021_Addendum.pdf (118 KB)
PCard Bill List May 2021_Addendum.pdf (92 KB)

| | |
|---|---|
| Subject | **11.5 Financial Report May 2021** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Financial Report May 2021.pdf (1,887 KB)

| | |
|---|---|
| Subject | **11.6 Personnel Recommendations and Resignations May 2021** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Personnel Board Report May 2021.pdf (288 KB)
Extra Duty Board Report May 2021.pdf (247 KB)
Personnel Board Report May 2021_Addendum.pdf (249 KB)
Extra Duty Board Report May 2021_Addendum.pdf (212 KB)

| | |
|---|---|
| Subject | **11.7 Surplus Property May 2021** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Surplus Property May 2021.pdf (181 KB)

| | |
|---|---|
| Subject | **11.8 Gift to the District May 2021** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Gifts to the District May 2021.pdf (83 KB)

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| | |
|---|---|
| **Subject** | **11.9 Surplus of Curricular Resources** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Surplus of Curricular Resources.pdf (95 KB)](#)

| | |
|---|---|
| **Subject** | **11.10 Certiport Test Center Agreement** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Certiport Test Center Agreement.pdf (2,302 KB)](#)

| | |
|---|---|
| **Subject** | **11.11 Additional Security Cameras** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Additional Security Cameras.pdf (128 KB)](#)

| | |
|---|---|
| **Subject** | **11.12 Canvas Studio Agreement** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Canvas Studio Agreement.pdf (230 KB)](#)

| | |
|---|---|
| **Subject** | **11.13 Growing Edge Training, LLC Mentoring & Training Agreement** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Growing Edge Training, LLC Mentoring & Training Agreement.pdf (1,197 KB)](#)

| | |
|---|---|
| **Subject** | **11.14 2021 Summer School Personnel Recommendations** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[2021 Summer School Personnel Recommendations.pdf (125 KB)](#)
[2021 Summer School Personnel Recommendations_Addendum.pdf (111 KB)](#)

| | |
|---|---|
| **Subject** | **11.15 2021 ECSE Extended School Year Additional Staffing Request** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[2021 ECSE Extended School Year Additional Staffing Request_Addendum.pdf (187 KB)](#)

| | |
|---|---|
| **Subject** | **11.16 2021 Extended School Year (ESY)** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[2021 Extended School Year (ESY).pdf (170 KB)](#)

| | |
|---|---|
| **Subject** | **11.17 Consultation Services** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Consultation Services.pdf (113 KB)](#)

| | |
|---|---|
| **Subject** | **11.18 Contract with Miriam Learning Center** |

| | |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Contract with Miriam Learning Center.pdf (1,747 KB)

---

| | |
|---|---|
| **Subject** | **11.19 Contract with Therapy Relief at Hope** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Contract with Therapy Relief at Hope.pdf (2,419 KB)

---

| | |
|---|---|
| **Subject** | **11.20 Contract with Therapy Relief at Hope - ESY** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Contract with Therapy Relief at Hope - ESY.pdf (342 KB)

---

| | |
|---|---|
| **Subject** | **11.21 Contracts for Central Institute for the Deaf (CID)** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Contracts for Central Institute for the Deaf (CID).pdf (767 KB)

---

| | |
|---|---|
| **Subject** | **11.22 Cleaning Chemicals** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Cleaning Chemicals.pdf (230 KB)

| Subject | **11.23 Disinfectant** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Disinfectant.pdf (226 KB)

| Subject | **11.24 District Concrete** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
District Concrete.pdf (165 KB)

| Subject | **11.25 Community Living - Facility Use Agreement** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
Community Living - Facility Use Agreement.pdf (226 KB)

| Subject | **11.26 District HVAC Bi-Polar System** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
District HVAC Bi-Polar System.pdf (216 KB)

| Subject | **11.27 HUDL - Software & Service Agreement** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> [HUDL - Software & Service Agreement.pdf (318 KB)](#)

| Subject | **11.28 Software Module Addition** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> [Software Module Addition.pdf (758 KB)](#)

| Subject | **11.29 Follett Destiny Library Manager Software (Amendment 'M' for North Point High School)** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> [Follett Destiny Library Manager Software (Amendment 'M' for North Point High School).pdf (479 KB)](#)

| Subject | **11.30 Raptor Technologies Service Agreement** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> [Raptor Technologies Service Agreement.pdf (4,850 KB)](#)

| Subject | **11.31 Smallwares Bid** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> [Smallwares Bid.pdf (116 KB)](#)

| Subject | **11.32 Wentzville Middle School - Site Improvement Escrow Agreement** |
|---|---|

Meeting                 May 20, 2021 - Regular Board Meeting

Category                11. Consent Agenda

Type                    Action (Consent)

> File Attachments
> [Wentzville Middle School - Site Improvement Escrow Agreement.pdf (100 KB)](#)

**Subject**             **11.33 Timberland High School Rooftop Unit #4**

Meeting                 May 20, 2021 - Regular Board Meeting

Category                11. Consent Agenda

Type                    Action (Consent)

> File Attachments
> [Timberland High School Rooftop Unit #4.pdf (150 KB)](#)

**Subject**             **11.34 Holt High School Roof Restoration**

Meeting                 May 20, 2021 - Regular Board Meeting

Category                11. Consent Agenda

Type                    Action (Consent)

> File Attachments
> [Holt High School Roof Restoration.pdf (168 KB)](#)

**Subject**             **11.35 Heritage Primary School Roof Restoration**

Meeting                 May 20, 2021 - Regular Board Meeting

Category                11. Consent Agenda

Type                    Action (Consent)

> File Attachments
> [Heritage Primary School Roof Restoration.pdf (195 KB)](#)

**Subject**             **11.36 St. Charles County Family Arena-Encore Catering**

Meeting                 May 20, 2021 - Regular Board Meeting

Category                11. Consent Agenda

Type                    Action (Consent)

> File Attachments
> [St. Charles County Family Arena-Encore Catering.pdf (354 KB)](#)

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**Subject**        **11.37 Memorandum of Understanding - Southeast Missouri State University**

Meeting        May 20, 2021 - Regular Board Meeting

Category        11. Consent Agenda

Type        Action (Consent)

File Attachments
[Memorandum of Understanding - Southeast Missouri State University.pdf (368 KB)](Memorandum of Understanding - Southeast Missouri State University.pdf)

**Subject**        **11.38 Memorandum of Understanding – Lindenwood University**

Meeting        May 20, 2021 - Regular Board Meeting

Category        11. Consent Agenda

Type        Action (Consent)

File Attachments
[Memorandum of Understanding – Lindenwood University.pdf (501 KB)](Memorandum of Understanding – Lindenwood University.pdf)

**Subject**        **11.39 Memorandum of Understanding - Truman State University**

Meeting        May 20, 2021 - Regular Board Meeting

Category        11. Consent Agenda

Type        Action (Consent)

File Attachments
[Memorandum of Understanding - Truman State University.pdf (169 KB)](Memorandum of Understanding - Truman State University.pdf)

**Subject**        **11.40 Memorandum of Understanding - Missouri State University**

Meeting        May 20, 2021 - Regular Board Meeting

Category        11. Consent Agenda

Type        Action (Consent)

File Attachments
[Memorandum of Understanding – Missouri State University.pdf (189 KB)](Memorandum of Understanding – Missouri State University.pdf)

**Subject**        **11.41 Memorandum of Understanding - William Woods University**

Meeting        May 20, 2021 - Regular Board Meeting

Category        11. Consent Agenda

Type        Action (Consent)

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Case: 4:25-cv-00970   Doc. #:  1-1   Filed: 07/01/25   Page: 91 of 222 PageID #: 95

File Attachments
[Memorandum of Understanding - William Woods University.pdf (340 KB)](#)

| | |
|---|---|
| Subject | **11.42 Memorandum of Understanding - University of Missouri - Columbia** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Memorandum of Understanding - University of Missouri - Columbia.pdf (172 KB)](#)

| | |
|---|---|
| Subject | **11.43 Memorandum of Understanding - Western Governors University** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Memorandum of Understanding - Western Governors University.pdf (1,156 KB)](#)

| | |
|---|---|
| Subject | **11.44 Request for New Position** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Request for New Position.pdf (473 KB)](#)

| | |
|---|---|
| Subject | **11.45 iObservation Agreement 2021-2022** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 11. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[iObservation Agreement 2021-2022.pdf (495 KB)](#)

## 12. Superintendent Reports

| | |
|---|---|
| Subject | **12.1 Federal Programs Program Evaluation** |

| Meeting | May 20, 2021 - Regular Board Meeting |
|---|---|
| Category | 12. Superintendent Reports |
| Type | Reports |

File Attachments
[Federal Programs Program Evaluation.pdf (471 KB)](#)

| Subject | **12.2 Mental Health Resource Hub** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 12. Superintendent Reports |
| Type | Reports |

File Attachments

| Subject | **12.3 Budget Update** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 12. Superintendent Reports |
| Type | Reports |

File Attachments

# 13. New Business

| Subject | **13.1 WNEA Nurses Agreement** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the WNEA Nurses Agreement, as presented. |

File Attachments
[WNEA Nurses Agreement.pdf (1,078 KB)](#)

| Subject | **13.2 Sanitary Sewer Easements** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Sanitary Sewer Easements, as presented. |

**File Attachments**

[Sanitary Sewer Easements.pdf (280 KB)](#)

---

**Subject**          **13.3 Frontier Middle School - Change Order 01**

Meeting              May 20, 2021 - Regular Board Meeting

Category             13. New Business

Type                 Action

Recommended Action   We need a motion to approve the Frontier Middle School - Change Order 01, as presented.

File Attachments
[Frontier Middle School - Change Order 01.pdf (119 KB)](#)

---

**Subject**          **13.4 Frontier Middle School Addition Commissioning Services**

Meeting              May 20, 2021 - Regular Board Meeting

Category             13. New Business

Type                 Action

Recommended Action   We need a motion to approve the Frontier Middle School Addition Commissioning Services, as presented.

File Attachments
[Frontier Middle School Addition Commissioning Services.pdf (140 KB)](#)

---

**Subject**          **13.5 Wentzville Middle School - Change Order 01**

Meeting              May 20, 2021 - Regular Board Meeting

Category             13. New Business

Type                 Action

Recommended Action   We need a motion to approve the Wentzville Middle School - Change Order 01, as presented.

File Attachments
[Wentzville Middle School - Change Order 01.pdf (160 KB)](#)

---

**Subject**          **13.6 South Middle School - Change Order 01**

Meeting              May 20, 2021 - Regular Board Meeting

Category             13. New Business

Type                 Action

Recommended Action   We need a motion to approve the South Middle School - Change Order 01, as presented.

File Attachments
[South Middle School - Change Order 01.pdf (119 KB)](#)

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Case: 4:25-cv-00970    Doc. #: 1-1    Filed: 07/01/25    Page: 94 of 222    PageID #: 98

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| | |
|---|---|
| **Subject** | **13.7 South Middle School - Change Order 02** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the South Middle School - Change Order 02, as presented. |

File Attachments

South Middle School - Change Order 02.pdf (119 KB)

| | |
|---|---|
| **Subject** | **13.8 South Middle School - Change Order 03** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the South Middle School - Change Order 03, as presented. |

File Attachments

South Middle School - Change Order 03.pdf (119 KB)

| | |
|---|---|
| **Subject** | **13.9 South Middle School Addition Commissioning Services** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the South Middle School Addition Commissioning Services, as presented. |

File Attachments

South Middle School Addition Commissioning Services.pdf (133 KB)

| | |
|---|---|
| **Subject** | **13.10 North Point High School - Change Order 33** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the North Point High School - Change Order 33, as presented. |

File Attachments

North Point High School - Change Order 33.pdf (120 KB)

| Subject | **13.11 North Point High School Street Naming** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the North Point High School Street Naming, as presented. |

File Attachments
North Point High School Street Naming.pdf (138 KB)

| Subject | **13.12 New Middle School – Change Order 07** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the New Middle School - Change Order 07, as presented. |

File Attachments
New Middle School - Change Order 07.pdf (119 KB)

| Subject | **13.13 New Middle School – Change Order 08** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the New Middle School - Change Order 08, as presented. |

File Attachments
New Middle School - Change Order 08.pdf (119 KB)

| Subject | **13.14 Custodian of Records** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve Kathy DeLaquil as the temporary Custodian of Records for the Wentzville School District. |

File Attachments

Case: 4:25-cv-00970    Doc. #: 1-1    Filed: 07/01/25    Page: 96 of 222 PageID #: 100

| Subject | **13.15 Board of Education Recording Secretary** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve Kathy DeLaquil as the temporary Board of Education Recording Secretary for the Wentzville School District. |

File Attachments

| Subject | **13.16 Marzano Resources, LLC Professional Learning Agreement** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 13. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Marzano Resources, LLC Professional Learning Agreement, as presented. |

File Attachments
[Marzano Resources, LLC Professional Learning Agreement.pdf (258 KB)](#)

## 14. Old Business

| Subject | **14.1 2019 Boundary Change** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 14. Old Business |
| Type | Discussion |

This agenda item discussion will involve the grade span of North Point High School.

File Attachments

## 15. Adjournment

| Subject | **15.1 Adjourn Open Session** |
|---|---|
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 15. Adjournment |
| Type | Action |
| Recommended Action | We need a motion to adjourn open session. |

File Attachments

| | |
|---|---|
| **Subject** | **15.2 Next Special Board of Education Meeting – Wednesday, June 2, 2021, Next Regular Board of Education Meeting – Thursday, June 17, 2021** |
| Meeting | May 20, 2021 - Regular Board Meeting |
| Category | 15. Adjournment |
| Type | Information |

File Attachments

**2411-CC01335**

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**EXHIBIT 7**



Wentzville R-IV School District

Request for Bid (RFB)

## Warewash, Chemical, & 3-Compartment Sink Bid

Bid Number RFB-CN-260

Bid Release Date: April 6, 2022

Request for Additional Information/Questions Date: April 15 by 1:00PM CST

### Bid Due Date: April 20, 2022 by 1:00PM CST

**Contact:** Gwen Doyle
**Title:** Director of Child Nutrition
**Phone:** 636-327-3858 ext. 21321
**Email:** gwendoyle@wsdr4.org

**SUBMIT BID VIA VENDOR REGISTRY at www.vendorregistry.com**

- THERE WILL BE NO PUBLIC OPENING OF THE BIDS.

- ALL QUESTIONS ASKED BY VENDORS WILL BE THROUGH VENDOR REGISTRY AND ALL ADDENDUMS WILL BE POSTED ON VENDOR REGISTRY.

The vendor hereby declares understanding, agreement and certification of compliance to "Standard General Requirements" to provide the items and/or services, at the prices quoted, in accordance with all terms and conditions, requirements and specifications of the original Request for Bid (RFB) and as modified by any addendum thereto. All Bids must be complete and properly executed by the vendor and received by the date and time noted above to be considered.

**STANDARD GENERAL REQUIREMENTS** are located on the Wentzville School District website: www.wentzville.k12.mo.us under Departments ~ Finance and Facilities ~ Purchasing. "Standard General Requirements" contain general information about the District's business and bid procedures. Items may or may not be applicable in every Bid/Proposal/Qualifications. Scope/Specifications may be more detailed and accurate than the "Standard General Requirements" and therefore will be controlling.

**SPECIFICATIONS OR SCOPE OF WORK FOR VENDORS/BIDDERS** -- The section referred to as "Specifications" or "Scope of Work" contains information specific to the goods and/or services in the Request for Bid. Scope/Specifications may be more detailed and accurate than the "Standard General Requirements" and therefore will be controlling.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

## SPECIFICATIONS/SCOPE OF WORK FOR VENDORS/BIDDERS
### Warewash, Chemical, & 3-Compartment Sink Bid

### SPEC-1  General Scope

1. The purpose of this Request for Bid (RFB) is to establish purchasing for warewash chemicals and 3-compartment sink system.
2. Substitutions are permitted.
3. Final price shall include delivery to twenty-one (21) locations.
4. Bidders must fill out the yellow highlighted cells on the Price Breakdown attached spreadsheet and upload it through Vendor Registry.
5. Bidders must upload a PDF specification sheet and MSDS sheet for each chemical product through Vendor Registry.
6. Bidders must supply samples of each chemical product and dispensing units that are being bid.
7. No delivery charges or fuel charges will be paid by Wentzville School District.
8. Deliveries are required Monday through Friday between 6:00 A.M. and 2:00 P.M. unless otherwise approved and coordinated by the Director of Child Nutrition and the successful bidder. If inclement weather forces cancellation of a delivery day, the supplier will be informed by phone or email before 6:00 A.M. of that day. Deliveries will not be accepted at any Wentzville School District sight on these days.
9. Each delivery must be accompanied by two (2) legible delivery tickets. Successful bidder will provide the Child Nutrition department with a monthly statement.
10. This is a Prime Vendor Bid.

### SPEC-2  Product Specifications

- See attached Spreadsheet

### SPEC-3 Shipping & Delivery

- All equipment and product will be delivered to the following addresses:

  - Holt High School, 600 Campus Dr. Wentzville, MO 63385
  - Timberland High School, 559 E. Highway N, Wentzville, MO 63385
  - Liberty High School, 2275 Sommers Rd., O'Fallon, MO 63368
  - North Point High School, 2255 West Meyer Rd., Wentzville, MO 63385
  - Frontier Middle School, 9233 Highway DD, O'Fallon, MO 63368
  - South Middle School, 561 E. Highway N, Wentzville, MO 63385
  - Wentzville Middle School, 405 Campus Dr. Wentzville, MO 63385
  - North Point Middle School, 2275 West Meyer Rd., Wentzville, MO 63385
  - Boone Trail Elementary, 555 E. Highway N, Wentzville, MO 63385
  - Crossroads Elementary, 7500 Highway N, O'Fallon, MO 63368
  - Discovery Ridge Elementary, 2523 Sommers Rd., O'Fallon, MO 63368
  - Duello Elementary, 1814 Duello Rd., Lake St. Louis, MO 63367
  - Green Tree Elementary, 1000 Ronald Reagan Dr. Lake St. Louis, MO 63367
  - Heritage Primary, 612 Blumhoff, Wentzville, MO 63385
  - Heritage Intermediate, 601 Carr St., Wentzville, MO 63385
  - Lakeview Elementary, 2501 Mexico Rd. O'Fallon, MO 63366
  - Peine Ridge Elementary, 1107 Peine Rd., Wentzville, MO 63385
  - Prairie View Elementary, 1550 Feise Rd.  O'Fallon, Mo 63368
  - Stone Creek Elementary, 1850 Highway Z, Wentzville, MO 63385
  - Wabash Elementary, 100 Golden Gate, Foristell, MO 63348
  - Journey Elementary, 2000 Interstate Drive, Wentzville, MO 63385

- Shipping & delivery fees must be included in the final price

## SPECIFICATIONS/SCOPE OF WORK FOR VENDORS/BIDDERS
### Warewash, Chemical, & 3-Compartment Sink Bid

**SPEC-4  Service Requirements**

**Service Schedule – Monthly service to include the following:**
- Contractor shall make a minimum of one (1) service call per month to each unit.
- The contractor shall respond to all service calls within twenty-four hours from the time of call.

**Service Requirements**
- Monthly service inspections shall include, but not be limited to the following:
  - Measure the concentration of the detergent wash solution by chemical analysis, and maintain the concentration within the proper range of ware washing at all times.
  - Contractor must take appropriate action to remedy conditions which are causing high costs or poor results, etc.
  - Check and regulate the temperature of the wash solution in the machine tank and the temperature of the final freshwater rinse.
  - Check steam and valves for leaks.
  - Check and adjust wash manifold arms and nozzles, rinse arms and jets for efficient operation.
  - Inspect the overflow action and the balance of the machines and make adjustments to machines based on manufacturer's recommendations.
  - Inspect the electrical wiring and switches.
  - Check all remaining ware washing equipment and make minor repairs and adjustments with district knowledge and approval.
  - Supply district with:
    - A written service report on each call
    - Operating charts for ware washing operations
    - Provide employee training in proper ware washing operations as needed
    - Provide service needed to analyze operation and equipment conditions

Contractor must supply, install, and maintain equipment necessary for dispensing chemicals.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

## BIDDERS SIGNATURE AUTHORIZATION AND REFERENCES FORM
(To be submitted through Vendor Registry)

Company Name: _____

Mailing Address: _____

Name of Official Completing the Bid: _____

Title: _____

Email: _____

Telephone Number: _____

Acknowledge the receipt of addenda by initiating box below as appropriate.

Addenda 1 _____    Addenda 2 _____    Addenda 3 _____    Addenda 4 _____    Addenda 5 _____    Addenda 6 _____

The Vendor agrees to provide the equipment, service, and supplies described above under the conditions outlined in this bid for the amount stated on discount schedule.

X _____    Date: _____

(Authorized Signature and Title)

**2411-CC01335**



Child Nutrition Services

**EXHIBIT 8**

Dr. Curtis Cain
*Superintendent of Schools*

Gwen Doyle
*Director/Child Nutrition Services*

To:         Dr. Cain & Board of Education

From:       Gwen Doyle

Date:       June 1, 2022

Subject:    Ware Wash, Chemical, & 3-Compartment Sink Chemicals Bid

The Child Nutrition Department submitted an (RFB) Request for bids on ware wash, chemical, and 3-compartment sink chemicals for the 2022-2023 school year. This is a prime vendor bid.

Bid specifications were advertised in the newspaper and the District website through Vendor Registry. Proposals were received from Dutch Hollow, Ecolab Inc., Hillyard, Industrial Soap, and SJB Industries.

The breakdown of the awarded amounts is as follows:

| Company Name | Company  Address | Total Amount |
|---|---|---|
| Dutch Hollow Supplies | Belleville, IL | $38,709.25 |
| Ecolab Inc. | St. Paul, MN | $44,698.00 |
| Hillyard | Columbia, MO | $45,857.75 |
| Industrial Soap | St. Louis, MO | $30,734.25 |
| **SJB Industries** | **Wentzville, MO** | **$29,873.79** |

Child Nutrition recommends that SJB Industries be awarded the ware wash, chemical, and 3-compartment sink chemicals for the 2022-2023 school year.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Case: 4:25-cv-00970    Doc. #: 1-8    Filed: 07/01/25    Page: 103 of 222 PageID #: 107

2411-CC01335

EXHIBIT 9

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



**Thursday, June 16, 2022**
**Regular Board of Education Meeting**

**WENTZVILLE R-IV SCHOOL DISTRICT**
**North Point High School - Auditorium**
**2255 West Meyer Road**
**Wentzville, MO 63385**
**Regular Board Meeting**
**Closed Session 4:30 PM**
**Open Session 6:30 PM**

# 1. Start of Meeting - 4:30 p.m.

| | |
|---|---|
| **Subject** | **1.1 Open Session - Call to Order** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 1. Start of Meeting - 4:30 p.m. |
| Type | Action |
| Recommended Action | We need a motion to go into closed session for the purpose of personnel, legal, student matters, and security. |

| File Attachments |
|---|
| |

# 2. Closed Session
# 3. Security - RSMO 610.021 (21)
# 4. Legal - RSMo 610.021(1)
# 5. Personnel – RSMO 610.021 (3)
# 6. Student Matters - RSMo 610.021 (6)
# 7. Adjournment
# 8. Open Session - 6:30 p.m.

| | |
|---|---|
| **Subject** | **8.1 Open Session - Call to Order** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 8. Open Session - 6:30 p.m. |
| Type | Procedural |

| File Attachments |
|---|
| |

10/16/24, 3:24 PM
Regular Board of Education Meeting - Jun 16 2022 - Agenda - 8.1nt.

Case: 4:25-cv-00970    Doc. #: 1-8    Filed: 07/01/25    Page: 104 of 222    PageID #: 108

| Subject | **8.2 Pledge of Allegiance** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 8. Open Session - 6:30 p.m. |
| Type | Procedural |

A chosen audience member leads all of us in the pledge of allegiance.

| File Attachments |
|---|
|  |

# 9. Mission Statement

| Subject | **9.1 Mission Statement** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 9. Mission Statement |
| Type | Procedural |

Learning Today, Leading Tomorrow

| File Attachments |
|---|
|  |

# 10. Public Forum

| Subject | **10.1 Public Forum - June 2022** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 10. Public Forum |
| Type | Information, Procedural |

# Public Forum

Guidelines for the Public Forum are as follows:

1. Each resident of the District requesting time to speak during the Public Forum will register his/her name, address and state the issue to be discussed with the recording secretary prior to the meeting being called to order (7:00 p.m.).

2. The Board President will call the speakers to the floor. Each speaker shall give his/her name and address upon recognition by the President.

3. Speakers will be allowed three (3) minutes for their presentations, unless extended by the Board President. If more time is required for presentation, the citizens should consider District policy for placement on the regular meeting's agenda.

4. Due to the possible number of speakers during the Public Forum, the Board President may limit or extend the speaking time.

5. If a number of speakers wish to speak on the same topic, the group shall select a spokesperson to present that information.

6. A speaker may address the Board only once during the Public Forum.

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

7. Speakers may offer such objective concerns of the school operations as they deem appropriate. The Board will not hear personal complaints of school personnel nor against any person connected with the District in public session. Matters involving personnel shall be discussed by the Board in executive session.

8. An employee of the Wentzville School District may address the Board by following the public forum guidelines regardless of whether the employee is a resident of the district.

| File Attachments |
|---|

## 11. Recognition

| Subject | **11.1 Lifesaving Efforts of Staff Members** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 11. Recognition |
| Type | Recognition |

| File Attachments |
|---|

| Subject | **11.2 SkillsUSA** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 11. Recognition |
| Type | Recognition |

| File Attachments |
|---|

## 12. Consent Agenda

| Subject | **12.1 Approval of Consent Agenda** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |
| Recommended Action | We need a motion to approve the Consent Agenda, as presented/amended. |

| File Attachments |
|---|

| Subject | **12.2 Approval of Open Session Agenda** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

| File Attachments |
|---|

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Subject | **12.3 Approval of Open Session Meeting Minutes of May 19, May 21, May 27, and June 1, 2022** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Open Session Minutes - May 19, 2022 (1).pdf (94 KB)](#)
[Open Session Minutes - May 21, 2022 (1).pdf (71 KB)](#)
[OPEN Session Minutes - May 27, 2022.pdf (60 KB)](#)
[Open Session Minutes_Updated - June 1, 2022.pdf (93 KB)](#)

| Subject | **12.4 Gift to the District** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Gifts to the District.June 2022.pdf (56 KB)](#)

| Subject | **12.5 Financial Report - June 2022** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[June Financials.pdf (4,876 KB)](#)

| Subject | **12.6 Budget Adjustment #4** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[22 Bud Adj 4.pdf (335 KB)](#)

| Subject | **12.7 Summer School Personnel Recommendations** |
|---|---|

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Meeting                Jun 16, 2022 - Regular Board of Education Meeting

Category               12. Consent Agenda

Type                   Action (Consent)

---

File Attachments

[June 16 2022 Summer School Personnel Recommendations .pdf (140 KB)](June 16 2022 Summer School Personnel Recommendations .pdf)
[June 16 2022 Summer School Personnel Recommendations  Addendum .pdf (119 KB)](June 16 2022 Summer School Personnel Recommendations  Addendum .pdf)

---

**Subject**            **12.8 Extended School Year Staffing – Barfield**

Meeting                Jun 16, 2022 - Regular Board of Education Meeting

Category               12. Consent Agenda

Type                   Action (Consent)

---

File Attachments

[22 BEC ESY Staffing Request v4 6-6-22 (2).pdf (133 KB)](22 BEC ESY Staffing Request v4 6-6-22 (2).pdf)

---

**Subject**            **12.9 Therapy Relief at Hope – Extended School Year**

Meeting                Jun 16, 2022 - Regular Board of Education Meeting

Category               12. Consent Agenda

Type                   Action (Consent)

---

File Attachments

[2021-22 Therapy Relief DBA Hope ESY Agreements.pdf (507 KB)](2021-22 Therapy Relief DBA Hope ESY Agreements.pdf)

---

**Subject**            **12.10 High Road Contract**

Meeting                Jun 16, 2022 - Regular Board of Education Meeting

Category               12. Consent Agenda

Type                   Action (Consent)

---

File Attachments

[2021-22 High Road Student Tuition Agreement.pdf (67 KB)](2021-22 High Road Student Tuition Agreement.pdf)

---

**Subject**            **12.11 The Lead School Contract**

Meeting                Jun 16, 2022 - Regular Board of Education Meeting

Category               12. Consent Agenda

Type                   Action (Consent)

---

File Attachments

[2021-22 Lead School Student Tuition Agreements.pdf (377 KB)](2021-22 Lead School Student Tuition Agreements.pdf)

| | |
|---|---|
| **Subject** | **12.12 Surplus – June 2022** |
| Meeting | Jun 16, 2022 – Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[Surplus - June 2022.pdf (182 KB)](#)

| | |
|---|---|
| **Subject** | **12.13 District HVAC Control Agreement** |
| Meeting | Jun 16, 2022 – Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[2022 Ext IFS HVAC Controls.pdf (178 KB)](#)

| | |
|---|---|
| **Subject** | **12.14 Elementary & Middle School Kitchen Equipment Bid** |
| Meeting | Jun 16, 2022 – Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[22-23 Elem & MS School Kitchen Equipment BOE Memo.pdf (102 KB)](#)

| | |
|---|---|
| **Subject** | **12.15 Ware Wash, Chemical, & 3-Compartment Sink Chemicals Bid** |
| Meeting | Jun 16, 2022 – Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
[22-23 BOE Memo Ware Wash, Chemical, & 3-Compartment Sink Bid.pdf (103 KB)](#)

| | |
|---|---|
| **Subject** | **12.16 2022-23 Bids for Oil, Lubricants, and Fluids** |
| Meeting | Jun 16, 2022 – Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
2022-23 Bids for Oil, Lubricants, and Fluids.pdf (163 KB)

| | |
|---|---|
| Subject | **12.17 2022-23 Bids for Diesel Fuel** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
2022-23 Bids for Diesel Fuel.pdf (125 KB)

| | |
|---|---|
| Subject | **12.18 2022-23 Bids for New and Retread Tires** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
2022-23 Bids for Tires Memo to BOE (1).pdf (88 KB)

| | |
|---|---|
| Subject | **12.19 Express Medical Transporter Agreement** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
EMT Agreement.pdf (760 KB)

| | |
|---|---|
| Subject | **12.20 St. Charles County Family Arena 2022-2023 Agreement** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

File Attachments
St. Charles County Family Arena Agreement 2022.2023.pdf (1,506 KB)

| | |
|---|---|
| Subject | **12.21 Everyday Elegance Photo Booth Contract** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Case: 4:25-cv-00970     Doc. #: 1-8     Filed: 07/01/25     Page: 110 of 222     PageID #:
114

Meeting          Jun 16, 2022 - Regular Board of Education Meeting

Category         12. Consent Agenda

Type             Action (Consent)

File Attachments

Everyday Elegance Photo Booth Contract - HHS 2023 Prom - Jun BM.pdf (197 KB)

**Subject**      **12.22 Band Instrument Equipment Bid - NPMS**

Meeting          Jun 16, 2022 - Regular Board of Education Meeting

Category         12. Consent Agenda

Type             Action (Consent)

File Attachments

Band Instruments Board Memo_1.pdf (1,298 KB)

**Subject**      **12.23 Drury Hotels Agreement**

Meeting          Jun 16, 2022 - Regular Board of Education Meeting

Category         12. Consent Agenda

Type             Action (Consent)

File Attachments

Drury Hotels -THS Wrestling - June BM.pdf (620 KB)

**Subject**      **12.24 Aramark Service Agreement Addendum**

Meeting          Jun 16, 2022 - Regular Board of Education Meeting

Category         12. Consent Agenda

Type             Action (Consent)

File Attachments

Aramark - June BM.pdf (300 KB)

**Subject**      **12.25 Community Living, Inc. - Facility Use Agreement**

Meeting          Jun 16, 2022 - Regular Board of Education Meeting

Category         12. Consent Agenda

Type             Action (Consent)

File Attachments

Community Living, Inc. - Facility Use Agreement WSD - Jun BM.pdf (332 KB)

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Subject | **12.26 YMCA Facilities Use Agreement** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> YMCA - Facilities Use Agreement - Jun BM.pdf (226 KB)

| Subject | **12.27 Middle School Security Cameras** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> Middle School Security Cameras June 2022.pdf (108 KB)

| Subject | **12.28 North Point Middle School Access Points - Good Faith Memo** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

> File Attachments
> Memo SCSD Wireless Access Points June 2022.pdf (232 KB)

| Subject | **12.29 Heavy Duty Wire Shelves for NPMS** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

This information was added as part of the Board Packet Addendum.

> File Attachments
> Wire Shelving for NPMS_Addendum.pdf (213 KB)

| Subject | **12.30 Hollinger Consulting, LLC Contract** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

| Type | Action (Consent) |
|------|------------------|

This information was added as part of the Board Packet Addendum.

---

**File Attachments**
[2021-22 Hollinger Comsulting LLC Addendum.pdf (254 KB)](#)

---

| **Subject** | **12.31 Position Request - BECSEC** |
|-------------|--------------------------------------|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 12. Consent Agenda |
| Type | Action (Consent) |

This recommendation was included as part of the Board Packet Addendum.

---

**File Attachments**
[2022-23 Barfield Staffing Request addendum 6-15-202.pdf (132 KB)](#)

---

# 13. Superintendent's Reports

| **Subject** | **13.1 Security** |
|-------------|-------------------|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 13. Superintendent's Reports |
| Type | Discussion |

Presentation will be included as part of the Board Packet addendum.

---

**File Attachments**

---

| **Subject** | **13.2 Transportation Presentation** |
|-------------|--------------------------------------|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 13. Superintendent's Reports |
| Type | Information |

Presentation will be included as part of the Board Packet addendum.

---

**File Attachments**

---

# 14. Old Business

| **Subject** | **14.1 2022-2023 Board of Education Meeting Schedule** |
|-------------|--------------------------------------------------------|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 14. Old Business |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

10/16/24, 3:24 PM — Regular Board of Education Meeting - Jun 16 2022 - Agenda - 14.1...

Case: 4:25-cv-00970    Doc. #: 1-1    Filed: 07/01/25    Page: 113 of 222    PageID #: 117

| Type | Action |
|---|---|

Recommended Action — We need a motion to approve the 2022-2023 Board of Education Meeting Schedule, as presented.

File Attachments
[2022-2023 Board of Education Meeting Schedule.pdf (77 KB)](#)

| Subject | **14.2 Policy 0412** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 14. Old Business |
| Type | Action |

Recommended Action — We need a motion to approve Policy 0412 as presented/amended.

This was added as part of the Board Packet Addendum.

File Attachments
[Policy 0412 Meetings Participation by Public (1).pdf (448 KB)](#)

# 15. New Business

| Subject | **15.1 Personnel Recommendations and Resignations** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |

Recommended Action — We need a motion to approve the June 16, 2022 Personnel Recommendations and Resignations, as presented.

File Attachments
[June 16 2022 Personnel Report.pdf (281 KB)](#)
[June 16 2022 extra duty Report.pdf (292 KB)](#)
[June 16 2022 Personnel Report - Addendum 1.pdf (276 KB)](#)
[June 16 2022 Extra Duty Report_Addendum.pdf (273 KB)](#)

| Subject | **15.2 Local 6553 Agreement** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |

Recommended Action — We need a motion to approve the Local 6553 Agreement, as presented.

File Attachments
[Local 6553 Updated Agreement (1).pdf (601 KB)](#)

Case: 4:25-cv-00970    Doc. #: 1-1    Filed: 07/01/25    Page: 114 of 222    PageID #: 118

| | |
|---|---|
| **Subject** | **15.3 Fiscal Year 2023 Budget** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the budget for the 2022-2023 fiscal year, as presented. |

File Attachments
[2022 Budget Memo for 2023 Budget.docx.pdf (144 KB)](#)
[FY23 Budget Document - FINAL (1).pdf (17,586 KB)](#)
[June Budget Presentation.pdf (587 KB)](#)

| | |
|---|---|
| **Subject** | **15.4 Teachers Fund Transfer** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Teachers Fund Transfer, as presented. |

File Attachments
[Teachers Fund Transfer.pdf (134 KB)](#)

| | |
|---|---|
| **Subject** | **15.5 Capital Projects Fund Transfer - Food Service** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Capital Projects Fund Transfer - Food Service, as presented. |

File Attachments
[Capital Projects Fund Transfer - Food Service.pdf (137 KB)](#)

| | |
|---|---|
| **Subject** | **15.6 Capital Projects Fund Transfer - Maintenance & Renovations** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Capital Projects Fund Transfer - Maintenance & Renovations, as presented. |

File Attachments
[Capital Projects Fund Transfer - Maintenance & Renovations.pdf (133 KB)](#)

10/16/24, 3:24 PM
Regular Board of Education Meeting - Jun 16 2022 - Agenda - 4.html
Case: 4:25-cv-00970   Doc. #: 1-1   Filed: 07/01/25   Page: 115 of 222   PageID #: 119

| Subject | **15.7 Capital Projects Fund Transfer - Transportation** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Capital Projects Fund Transfer - Transportation, as presented. |

File Attachments
[Capital Projects Fund Transfer - Transportation.pdf (130 KB)](#)

| Subject | **15.8 New and Revised Curriculum** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the New and Revised Curriculum, as presented. |

File Attachments
[Board 22-23 Curriculum Update.pdf (126 KB)](#)

| Subject | **15.9 2021-2022 Final Route Approval** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the 2021-2022 Final Routes, as presented. |

This was added as part of the Board Packet Addendum.

File Attachments
[2021-2022 Final Route Approval_1 (1).pdf (557 KB)](#)

| Subject | **15.10 Bills for Payment - June 2022** |
|---|---|
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 15. New Business |
| Type | Action |
| Recommended Action | We need a motion to approve the Bills for Payment, as presented. |

All Bills for Payment were included in the Board Packet Addendum.

File Attachments

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

22 June AP Bill List_Addendum.pdf (585 KB)
22 June PCard Bill List_Addendum.pdf (372 KB)
22 June Payroll Bill List_Addendum.pdf (81 KB)

## 16. Adjournment

| | |
|---|---|
| **Subject** | **16.1 Adjourn Open Session** |
| Meeting | Jun 16, 2022 - Regular Board of Education Meeting |
| Category | 16. Adjournment |
| Type | Action |
| Recommended Action | We need a motion to adjourn Open Session and go back into Closed Session for the purposes of Personnel and Student Matters. |

File Attachments

**EXHIBIT 10**

**2411-CC01335**

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



Dr. Danielle S. Tormala
*Superintendent of Schools*

Joshua Schaffer
*Executive Director of Facilities*

October 6, 2023

Scott Boettler
SJB Industrial Supply, LLC
PO Box 102
Wentzville, MO 63385

Subject: Immediate termination of business

Dear Scott,

I am writing to formally notify you that the Wentzville School District has ceased and will no longer conduct any form of business with SJB, including but not limited to purchasing supplies, equipment, and repair services.

Per my email on July 13, 2023, all district orders should be delivered to the Annex at 290 Interstate Drive. Per our in-person meeting and the subsequent confirmation email sent from Diana Moore to you on July 19, 2023, all Wentzville School District equipment currently being worked on should be returned to the warehouse. The emails and verbal conversations made it abundantly clear that SJB should not house or be in possession of any Wentzville School District orders or equipment. However, if SJB is housing any Wentzville School District orders and equipment, they must be delivered to the aforementioned address no later than Friday, October 13. A date and time for the delivery will need to be arranged with me prior to delivery. During our conversation in my office on **Wednesday, August 30, 2023 @ 10:00 AM,** I was clear when you asked if you could resume servicing our equipment. To that effect, I said, "Not at this time". That directive has been ignored as well.

We expect your full cooperation in adhering to the stipulations letter. Please acknowledge the receipt of this letter in writing within three (3) business days from the date of this letter. Should you have any questions or require clarification, please do not hesitate to contact me directly.

Thank you for your prompt attention to this matter.

Sincerely,

Joshua M. Schaffer
Executive Director
Wentzville School District

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO  63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| **BILL TO** | **SHIP TO** | |
|---|---|---|
| Wentzville School District | Heritage Primary School | **INVOICE #** 4840 |
| 290 Interstate Drive | 612 Blumhoff Ave, | **DATE** 05/01/2023 |
| Wentzville, MO  63385 | Wentzville, MO 63385 | **DUE DATE** 07/19/2023 |
| | | **TERMS** Net 30 |

| **SHIP VIA** | **SKU** | **MAKE/MODEL** |
|---|---|---|
| SJB Industrial Supply | RX20 | ONYX |

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| ONYX RX20 RENTAL  DROPPED OFF AT HPE MAY 1ST AND PICKED UP JULY 19TH 58 DAYS RENT | 58 | 350.00 | 20,300.00T | RENT |

Thank you for your business! Have a great day!

| | |
|---|---|
| SUBTOTAL | 20,300.00 |
| TAX | 0.00 |
| TOTAL | 20,300.00 |
| BALANCE DUE | **$20,300.00** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO  63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Wentzville School District | Wentzville School District | **INVOICE #** | 4839 |
| 290 Interstate Drive | 290 Interstate Drive | **DATE** | 06/14/2023 |
| Wentzville, MO  63385 | Wentzville, MO  63385 | **DUE DATE** | 08/14/2023 |
| | | **TERMS** | Net 30 |

**SHIP VIA**

SJB Industrial Supply

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| Propane Stripper TX1 (93958) RENTED 6/14 thu 8/14 | 44 | 300.00 | 13,200.00T | RENT |

Thank you for your business! Have a great day!

| | | |
|---|---|---|
| SUBTOTAL | | 13,200.00 |
| TAX | | 0.00 |
| TOTAL | | 13,200.00 |
| BALANCE DUE | | **$13,200.00** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO  63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Wentzville School District | Timberland High School | **INVOICE #** | 4549 |
| 290 Interstate Drive | 559 East Highway N | **DATE** | 06/21/2023 |
| Wentzville, MO  63385 | Wentzville, MO 63385 | **DUE DATE** | 07/21/2023 |
| | | **TERMS** | Net 30 |

| SHIP VIA | SKU | MAKE/MODEL |
|---|---|---|
| SJB Industrial Supply | Make TENNANT Model MT7 | Make TENNANT Model MT7 |

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| SER-LABOR Make TENNANT Model MT7 | 5 | 80.00 | 400.00T | SER-LABOR |
| Drain plug assembly 175-4214 | 2 | 23.74 | 47.48T | 175-4214 |
| Bearing 275-4975 | 1 | 130.93 | 130.93T | 275-4975 |
| Carbon brush holder ring 275-4976 | 1 | 975.30 | 975.30T | 275-4976 |
| Carbon brush cover 175-5373 | 1 | 49.70 | 49.70T | 175-5373 |
| Ring seal 175-5374 | 1 | 70.48 | 70.48T | 175-5374 |
| Motor side bearing 175-5376 | 1 | 84.38 | 84.38T | 175-5376 |
| Gearbox side bearing 175-5375 | 1 | 92.68 | 92.68T | 175-5375 |
| Connection box 275-8260 | 1 | 144.99 | 144.99T | 275-8260 |
| Armature 275-8263 | 1 | 889.10 | 889.10T | 275-8263 |
| Brake kit with connector 275-9868 | 1 | 980.00 | 980.00T | 275-9868 |
| Brake rotor 275-8266 | 1 | 258.56 | 258.56T | 275-8266 |
| Steering bearing 275-8270 | 1 | 341.76 | 341.76T | 275-8270 |

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| Solid tire (red) - Front steer  275-8259 | 1 | 736.58 | 736.58T | 275-8259 |

**T**hank you for your business! Have a great **d**ay!

| | |
|---|---|
| SUBTOTAL | 5,201.94 |
| TAX | 0.00 |
| TOTAL | 5,201.94 |
| BALANCE DUE | **$5,201.94** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



**SJB Industrial Supply**

1521 Swantnerville Drive
Wentzville, MO 63385
(636)-856-0220

| Work Order | Date Completed |
|---|---|
| THS47451684431055 | 2023-06-20 |

| Work Order Type | Person |
|---|---|
| SERVICE | Lon Miller |

**Customer**
Timberland High School - Wentzville SD
559 East Highway N
Wentzville, MO 63385

PO Number:  1965, 1970, 1974, 1976, 1982

**Equipment**
S/N: 10710890
Make: TENNANT
Model: MT7
Meter: 1076.4

**Labels**
Located at shop

**Description**
Machine keeps slowing down when being used.

**Work Performed**

### Parts

| Date | Person | Description | Location | Quantity |
|---|---|---|---|---|
| 2023-05-19 | Alex Harszy | 275-9376 24V actuator | INVENTORY | 1.00 |
| 2023-05-30 | Alex Harszy | 275-7039 Hall Sensor | INVENTORY | 1.00 |
| 2023-05-31 | Alex Harszy | 175-5371 Carbon and motor brush kit | INVENTORY | 1.00 |
| 2023-06-07 | Alex Harszy | 275-7142 Actuator | INVENTORY | 1.00 |
| 2023-06-07 | Alex Harszy | Flex bushing 275-8200 | INVENTORY | 2.00 |
| 2023-06-07 | Alex Harszy | 275-0463 Screw M12-1.75 x 120mm hex head | INVENTORY | 1.00 |
| 2023-06-07 | Alex Harszy | 999-0519 Nut M12-1.75 nyl on insert lock stainless | INVENTORY | 1.00 |
| 2023-06-07 | Alex Harszy | 275-8202 Compression spring | INVENTORY | 1.00 |
| 2023-06-07 | Alex Harszy | 275-0792 Bolt M10-1.5 x 60mm hex head stainless | INVENTORY | 1.00 |
| 2023-06-20 | Lon Miller | Drain plug assembly 175-4214 | INVENTORY | 2.00 |
| 2023-06-21 | Scott Boettler | Bearing 275-4975 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Carbon brush holder ring 275-4976 | INVENTORY | 1.00 |



**SJB Industrial Supply**

| 1521 Swantnerville Drive<br>Wentzville, MO 63385<br>(636)-856-0220 | **Work Order**<br>THS47451684431055 | **Date Completed**<br>2023-06-20 |
|---|---|---|
| | **Work Order Type**<br>SERVICE | **Person**<br>Lon Miller |

**Customer**
Timberland High School - Wentzville SD
559 East Highway N
Wentzville, MO 63385

PO Number: 1965, 1970, 1974, 1976, 1982

**Equipment**
S/N: 10710890
Make: TENNANT
Model: MT7
Meter: 1076.4

| | | | | |
|---|---|---|---|---|
| 2023-06-21 | Scott Boettler | Carbon brush cover 175-5373 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Ring seal 175-5374 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Motor side bearing 175-5376 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Gearbox side bearing 175-5375 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Connection box 275-8260 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Armature 275-8263 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Brake kit with connector 275-9868 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Brake rotor 275-8266 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Steering bearing 275-8270 | INVENTORY | 1.00 |
| 2023-06-21 | Scott Boettler | Solid tire (red) - Front steer  275-8259 | INVENTORY | 1.00 |

## Travel & Labor

| Date | Person | Type | Quantity |
|---|---|---|---|
| 2023-06-15 | Lon Miller | LABOR | 5.00 |
| 2023-05-30 | Lon Miller | LABOR | 1.00 |
| 2023-05-26 | Lon Miller | LABOR | 2.00 |
| 2023-05-18 | Lon Miller | LABOR | 3.00 |
| | | **TOTAL LABOR** | **11.00** |

## Customer Name:  Lon Miller

None

*Lon Miller*

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO 63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** 4693 |
| Wentzville School District | Green Tree Elementary | **DATE** 08/17/2023 |
| 290 Interstate Drive | 1000 Ronald Reagan Drive | **DUE DATE** 09/16/2023 |
| Wentzville, MO 63385 | Lake St. Louis, MO 63367 | **TERMS** Net 30 |

| **SHIP VIA** | **SKU** | **MAKE/MODEL** |
|---|---|---|
| SJB Industrial SUpply | Make ONYX SYSTEMS Model DX32 | Make ONYX SYSTEMS Model DX32 |

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| SER-LABOR Make ONYX SYSTEMS Model DX32 | 2 | 80.00 | 160.00T | SER-LABOR |
| SJB20GA  Electric Terminal | 6 | 1.00 | 6.00T | SJB20GA |
| W10968 Inline Water Filter | 1 | 68.03 | 68.03T | W10968 |
| W10969 24V Water Pump, 1/2 Male NPT, 5M Head | 1 | 130.88 | 130.88T | W10969 |
| W10820 Charger Socket Housing Connector, Large | 1 | 50.20 | 50.20T | W10820 |
| C238139 1/2" POLY FPT ELBOW | 1 | 1.67 | 1.67T | C238139 |
| C134268 1/2" x 1/2" MPT BARB INSERT | 1 | 3.97 | 3.97T | C134268 |
| C878444 2 1/8" X 4 1/8" ss hose clamp | 1 | 1.98 | 1.98T | C878444 |

Thank you for your business! Have a great day!

| | |
|---|---|
| SUBTOTAL | 422.73 |
| TAX | 0.00 |
| TOTAL | 422.73 |
| BALANCE DUE | **$422.73** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



**SJB Industrial Supply**

| | | | |
|---|---|---|---|
| 1521 Swantnerville Drive<br>Wentzville, MO 63385<br>(636)-856-0220 | **Work Order**<br>GTE47451691604551 | **Date Completed**<br>2023-08-17 |
| | **Work Order Type**<br>SERVICE | **Person**<br>Lon Miller |

**Customer**
Green Tree Elementary - Wentzville SD
1000 Ronald Reagan Drive
Lake St. Louis, MO 63367

PO Number: 2030

**Equipment**
S/N: SHJC61635
Make: ONYX SYSTEMS
Model: DX32
Meter: 22.2

**Labels**
At customers location

**Description**
Per user and pictures provided electrical connection / disconnect for vacuum motor is damaged.

**Work Performed**

### Parts

| Date | Person | Description | Location | Quantity |
|---|---|---|---|---|
| 2023-08-09 | Lon Miller | SJB20GA Electric Terminal | INVENTORY | 6.00 |
| 2023-08-09 | Alex Harszy | W10968 Inline Water Filter | INVENTORY | 1.00 |
| 2023-08-09 | Alex Harszy | W10969 24V Water Pump, 1/2 Male NPT, 5M Head | INVENTORY | 1.00 |
| 2023-08-09 | Alex Harszy | W10820 Charger Socket Housing Connector, Large | INVENTORY | 1.00 |
| 2023-08-17 | Alex Harszy | C878444 2 1/8" X 4 1/8" ss hose clamp | INVENTORY | 1.00 |
| 2023-08-17 | Alex Harszy | C134268 1/2" x 1/2" MPT BARB INSERT | INVENTORY | 1.00 |
| 2023-08-17 | Alex Harszy | C238139 1/2" POLY FPT ELBOW | INVENTORY | 1.00 |

### Travel & Labor

| Date | Person | Type | Quantity |
|---|---|---|---|
| 2023-08-17 | Lon Miller | LABOR | 1.00 |
| 2023-08-09 | Lon Miller | LABOR | 1.00 |
| | | **TOTAL LABOR** | **2.00** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



**SJB Industrial Supply**

1521 Swantnerville Drive
Wentzville, MO 63385
(636)-856-0220

**Work Order**
GTE47451691604551

**Date Completed**
2023-08-17

**Work Order Type**
SERVICE

**Person**
Lon Miller

**Customer**
Green Tree Elementary - Wentzville SD
1000 Ronald Reagan Drive
Lake St. Louis, MO 63367

PO Number:  2030

**Equipment**
S/N: SHJC61635
Make: ONYX SYSTEMS
Model: DX32
Meter: 22.2

| Customer Name:  Lon Miller |
|---|
| None |

*Lon Miller*

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO 63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Wentzville School District | Barfield Early Childhood | **INVOICE #** | 4767 |
| 290 Interstate Drive | Center - Wentzville SD (272-23) | **DATE** | 09/20/2023 |
| Wentzville, MO 63385 | Address | **DUE DATE** | 10/20/2023 |
| | 2025 Hanley Rd | **TERMS** | Net 30 |
| | O'Fallon, MO 63368 | | |

| SHIP VIA | SKU | MAKE/MODEL |
|---|---|---|
| SJB Industrial Supply | Make SANITAIRE  Model SC7100A | Make SANITAIRE  Model SC7100A |

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| SER-LABOR Make SANITAIRE  Model SC7100A (Operator Abuse) | 1 | 80.00 | 80.00T | SER-LABOR |

Thank you for your business! Have a great day!

| | |
|---|---|
| SUBTOTAL | 80.00 |
| TAX | 0.00 |
| TOTAL | 80.00 |
| BALANCE DUE | **$80.00** |



**SJB Industrial Supply**

| | |
|---|---|
| 1521 Swantnerville Drive | |
| Wentzville, MO 63385 | |
| (636)-856-0220 | |

| Work Order | Date Completed |
|---|---|
| BEC47451695154733 | 2023-09-20 |

| Work Order Type | Person |
|---|---|
| SERVICE | Lon Miller |

**Customer**
Barfield Early Childhood Center - Wentzville SD
2025 Hanley Rd
O'Fallon, MO 63368

**Equipment**
S/N: 2212601068GXA
Make: SANITAIRE
Model: SC7100A
Meter: N/A

**Labels**
LOANER, Located at shop

**Description**
See note from Diana, take loaner and respond to location.  Pick up vacuum for inspection / diagnoses.

Diana Moore <dianamoore@wsdr4.org>Tue, Sep 19, 2023 at 2:27 PM
To: Service - SJB Industrial Supply <service@sjbindustrial.com>, Scott Boettler <sboettler@sjbindustrial.com>, Heather Loche <heatherloche@wsdr4.org>
One of the vacuums that was picked up two weeks ago and returned the next day is still not working.  Would you mind checking this out for us please?  Get with Lavonne and she's there anytime after 230 pm.

Thanks.

Diana G Moore
Director of Custodial Services
290 Interstate Drive; Wentzville, MO 63385
Office: 636-327-5090 Ext. 23327  Cell:  636-734-5519
Email:  dianamoore@wsdr4.org

**Work Performed**
Took SJB / loaner vacuum (without battery) to location, reviewed issue being experienced with Lavonne onsite. Picked up vacuum not operating correctly (less battery for unit, which was left for use with SJB / loaner vacuum).  Brought vacuum back to shop inspected / checked out.  Found debris around battery connection not allowing for good connection, (thus creating sporadic, start / stop operation of unit.  Tested vacuum operation by vacuuming several area rugs and operating this unit for 15 minutes (+/-). Operation good.

Cleaned vacuum and prepped for return to location. (1 hour).
*By. Lon Miller, Date: 2023-09-20*

| Parts | | | | | |
|---|---|---|---|---|---|
| **Date** | **Person** | **Description** | **Location** | | **Quantity** |

| Travel & Labor | | | |
|---|---|---|---|
| **Date** | **Person** | **Type** | **Quantity** |
| 2023-09-20 | Lon Miller | LABOR | 1.00 |
| | | **TOTAL LABOR** | 1.00 |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM



**SJB Industrial Supply**

1521 Swantnerville Drive
Wentzville, MO 63385
(636)-856-0220

**Work Order**
BEC47451695154733

**Date Completed**
2023-09-20

**Work Order Type**
SERVICE

**Person**
Lon Miller

**Customer**
Barfield Early Childhood Center - Wentzville SD
2025 Hanley Rd
O'Fallon, MO 63368

**Equipment**
S/N: 2212601068GXA
Make: SANITAIRE
Model: SC7100A
Meter: N/A

| Customer Name: Lon Miller |
|---|
| None |
| *Lon Miller* |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO 63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| | | | |
|---|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** | 4795 |
| Gwen Doyle | Timberland High School | **DATE** | 10/03/2023 |
| Wentzville S.D. Child Nutrition Dept. | 559 East Hwy N, | **DUE DATE** | 11/02/2023 |
| 101 Support Service Drive | Wentzville, MO 63385 | **TERMS** | Net 30 |
| Wentzville, MO 63385 | | | |

**SHIP VIA**

SJB Industrial Supply

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| Pot and Pan Plus 5gal 1/EA | 1 | 138.55 | 138.55T | 151335 |
| ZEP Lime & Scale Remover 4/1 | 1 | 130.00 | 130.00T | 157924 |

Thank you for your business! Have a great day!

| | |
|---|---|
| SUBTOTAL | 268.55 |
| TAX | 0.00 |
| TOTAL | 268.55 |
| BALANCE DUE | **$268.55** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO  63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Gwen Doyle | Prairie View Elementary | **INVOICE #** | 4796 |
| Wentzville S.D. Child Nutrition Dept. | School | **DATE** | 10/03/2023 |
| 101 Support Service Drive | 1550 Feise Rd, | **DUE DATE** | 11/02/2023 |
| Wentzville, MO  63385 | O'Fallon, MO 63368 | **TERMS** | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| Zep ProVisions Warewash Liquid HW 5gal 1/EA | 1 | 185.03 | 185.03T | 210335 |
| ZEP Rinse Additive  5gal | 1 | 162.47 | 162.47T | 155835 |

Thank you for your business! Have a great day!

| | |
|---|---|
| SUBTOTAL | 347.50 |
| TAX | 0.00 |
| TOTAL | 347.50 |
| BALANCE DUE | **$347.50** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO  63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Gwen Doyle | Journey Elementary School | **INVOICE #** | 4794 |
| Wentzville S.D. Child Nutrition Dept. | 2000 Interstate Dr, | **DATE** | 10/03/2023 |
| 101 Support Service Drive | Wentzville, MO 63385 | **DUE DATE** | 11/02/2023 |
| Wentzville, MO  63385 | | **TERMS** | Net 30 |

**SHIP VIA**

SJB Industrial Supply

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| ZEP Rinse Additive  5gal | 1 | 162.47 | 162.47T | 155835 |

Thank you for your business! Have a great day!

| | |
|---|---|
| SUBTOTAL | 162.47 |
| TAX | 0.00 |
| TOTAL | 162.47 |
| BALANCE DUE | **$162.47** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO 63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| | | | |
|---|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** | 4801 |
| Gwen Doyle | Frontier Middle School | **DATE** | 10/06/2023 |
| Wentzville S.D. Child Nutrition Dept. | 9233 Hwy Dd, O'Fallon, MO 63368 | **DUE DATE** | 11/05/2023 |
| 101 Support Service Drive | | **TERMS** | Net 30 |
| Wentzville, MO 63385 | | | |

**SHIP VIA**

SJB Industrial Supply

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| ZEP Lime & Scale Remover 4/1 | 1 | 130.00 | 130.00T | 157924 |

Thank you for your business! Have a great day!

| | |
|---|---|
| SUBTOTAL | 130.00 |
| TAX | 0.00 |
| TOTAL | 130.00 |
| BALANCE DUE | **$130.00** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**SJB Industrial Supply**

PO Box 102

Wentzville, MO 63385

+1 6368560220

sboettler@sjbindustrial.com

www.sjbindustrial.com



# INVOICE

| **BILL TO** | **SHIP TO** | **INVOICE #** | 4807 |
|---|---|---|---|
| Wentzville School District | Wentzville School District | **DATE** | 10/10/2023 |
| 290 Interstate Drive | 290 Interstate Drive, | **DUE DATE** | 11/09/2023 |
| Wentzville, MO 63385 | Wentzville, MO 63385 | **TERMS** | Net 30 |

**SHIP VIA**

SJB Industrial Supply

| DESCRIPTION | QTY | RATE | AMOUNT | SKU |
|---|---|---|---|---|
| ZEP pH Perfect Neutral Floor Cleaner 4/1gal | 40 | 42.64 | 1,705.60T | 72924 |

Thank you for your business! Have a great day!

PURCHASE ORDER NO: 24-9360-0276

| | |
|---|---|
| SUBTOTAL | 1,705.60 |
| TAX | 0.00 |
| TOTAL | 1,705.60 |
| BALANCE DUE | **$1,705.60** |

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

**2411-CC01335**



## In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

__SJB INDUSTRIAL SUPPLY, LLC__

Plaintiff/Petitioner

October 31, 2024
Date

vs.

Case Number

__WENTZVILLE R-IV SCHOOL DISTRICT__

Defendant/Respondent

Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __SJB INDUSTRIAL R-IV SCHOOL DISTRICT__, pursuant
                         Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

__John Houseman, Adam Neil, Dave Conder, Scott Drew, C.I.A. 8235 Forsyth Blvd, Suite 282, Clayton, MO 63105  314-392-3205__
Name of Process Server                       Address                           Telephone

Name of Process Server               Address or in the Alternative                  Telephone

Name of Process Server               Address or in the Alternative                  Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                 SERVE:

__BRIAN BISHOP, INTERIM SUPERINTENDENT__
Name                                       Name

__280 INTERSTATE DR.__
Address                                      Address

__WENTZVILLE, MO 63385__
City/State/Zip                                City/State/Zip

SERVE:                                   SERVE:

Name                                         Name

Address                                      Address

City/State/Zip                                City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____
    Deputy Clerk

Date _____

/s/ BRIAN E. MCGOVERN
Attorney/Plaintiff/Petitioner
__34677__
Bar No.
825 Maryville Centre Drive, Suite 300, Town & Country, MO  63017
Address
(314) 392-5200          (314) 392-5221
Phone No.                          Fax No.

CCADM62-WS    Rev. 03/14

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)   Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment.

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)   The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)   Appointments may list more than one server as alternates.

(B)   The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)   Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)   No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, or other taking.

(E)   Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com. (LawandPublicSafety/Circuit/Forms).

(F)   This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

**2411-CC01335**

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

In the
# CIRCUIT COURT
## Of St. Louis County, Missouri



For File Stamp Only

SJB INDUSTRIAL SUPPLY, LLC
_____
Plaintiff/Petitioner

October 31, 2024
_____
Date

vs.

Case Number
_____

WENTZVILLE R-IV SCHOOL DISTRICT
_____
Defendant/Respondent

Division
_____

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __SJB INDUSTRIAL R-IV SCHOOL DISTRICT_____, pursuant
                                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

John Houseman, Adam Neil, Dave Conder, Scott Drew, C.I.A. 8235 Forsyth Blvd, Suite 282, Clayton, MO 63105  314-392-3205
Name of Process Server                          Address                                              Telephone

_____     _____     _____
Name of Process Server              Address or in the Alternative                    Telephone

_____     _____     _____
Name of Process Server              Address or in the Alternative                    Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties. This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                          SERVE:
BRIAN BISHOP, INTERIM SUPERINTENDENT
_____                     _____
Name                                            Name

280 INTERSTATE DR.
_____                     _____
Address                                         Address

WENTZVILLE, MO 63385
_____                     _____
City/State/Zip                                  City/State/Zip

SERVE:                                          SERVE:
_____                     _____
Name                                            Name

_____                     _____
Address                                         Address

_____                     _____
City/State/Zip                                  City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk                /s/ BRIAN E. MCGOVERN
                                                _____
                                                Attorney/Plaintiff/Petitioner
                                                34677
                                                _____
By _____                  Bar No.
   Deputy Clerk                                 825 Maryville Centre Drive, Suite 300, Town & Country, MO  63017
                                                _____
                                                Address
                                                (314) 392-5200          (314) 392-5221
_____                     _____
Date                                            Phone No.                    Fax No.

CCADM62-WS    Rev. 03/14

ALL RISKS TO
REQUESTING PARTY
SO APPOINTED:
/S/ Cheryl Crowder  11:39 am, Nov 06, 2024

Electronically Filed - ST CHARLES CIRCUIT DIV - October 31, 2024 - 04:51 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)   Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment.

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)   The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)   Appointments may list more than one server as alternates.

(B)   The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)   Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)   No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, or other taking.

(E)   Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com. (LawandPublicSafety/Circuit/Forms).

(F)   This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM6-WS      Rev. 03/14



# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DANIEL G PELIKAN | **Case Number: 2411-CC01335** |
| Plaintiff/Petitioner:<br>SJB INDUSTRIAL SUPPLY, LLC | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN EDWARD MCGOVERN<br>MCCARTHY, LEONARD, KAEMMERER<br>825 MARYVILLE CENTRE DR<br>STE 300<br>TOWN AND COUNTRY, MO  63017 |
|          vs. | |
| Defendant/Respondent:<br>WENTZVILLE R-IV SCHOOL<br>DISTRICT | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

| |
|---|
| **The State of Missouri to:    WENTZVILLE R-IV SCHOOL DISTRICT**<br>                **Alias:**<br><br>**280 INTERSTATE DRIVE**<br>**WENTZVILLE, MO  63385** |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

| 05-NOV-2024 | |
|---|---|
| Date | Clerk |

**ST. CHARLES COUNTY**

**Further Information:**
SERVE: BRIAN BISHOP INTERIM SUPERINTENDENT

Case Number: 2411-CC01335

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server            Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____

                                    Date                    Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE ELEVENTH JUDICIAL CIRCUIT COURT**
**ST. CHARLES COUNTY, MISSOURI**

**SPECIAL PROCESS SERVER AFFIDAVIT**

I, _____Dan West_____, being duly sworn and upon his/her oath states that I meet all of the following qualification as Special Process Server:

(1) Be at least eighteen (18) years of age;

(2) Be a citizen of the United States of America;

(3) Have a high school diploma or equivalent;

(4) Not have pled guilty to or been convicted of a felony or a misdemeanor involving moral turpitude;

(5) Not be a fugitive from justice or currently charged with a felony or a misdemeanor involving moral turpitude;

(6) Not be related to or employed by a party in the action;

(7) Not have been disqualified to act as a special process server within the preceding twelve (12) months, and;

(8) If service is to be made outside the State of Missouri, authorized to serve process in the jurisdiction in which it is to be served.

Any application for the appointment of a special process server shall be in writing, shall be at the risk and cost of the party making the application and shall
state that the person to be appointed is qualified to serve process, is a private person over 18 years of age and not a party to the action. If service is sought and
served by a private person, the private person shall endorse the private person's return thereon and the return shall be by affidavit.

_Dan West_
_____
Special Process Server Signature

**STATE OF** ~~MISSOURI~~ Arizona )
                                    ) ss.
**COUNTY OF** ~~ST. CHARLES~~ Maricopa )

I _____Dan West_____, of lawful age, upon being duly sworn on oath, deposes and states that the facts contained in the foregoing Affidavit are true and accurate according to his/her best knowledge, information and belief, and that he/she signs same as his/her free and voluntary act and deed.

_Ashlee Haugen-Lewis_
_____

SUBSCRIBED and sworn to before me this ___1st___ day of ___November___, 202_4_.

_____
Notary Public/Deputy Clerk

Notarized online using audio-video communication

Ashlee Haugen-Lewis
Electronic Notary Public
State of Arizona
Maricopa County
Commission #: 562155
Commission Expires: 03/24/2027

My commission expires (Notary): _____ y Clerk):

Electronically Filed - ST CHARLES CIRCUIT DIV - November 06, 2024 - 11:10 AM

# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

Electronically Filed - ST CHARLES CIRCUIT DIV - November 06, 2024 - 11:17 AM

Sjb Industrial Supply, Llc

    Plaintiff,

      vs.

Wentzville R-iv School District

    Defendant.

Case Number: 2411-CC01335

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Sjb Industrial Supply, Llc, Plaintiff, in the above-styled cause.

/s/ Tyler S. Manuel

Tyler Steven Manuel
Mo Bar Number: 74927
Attorney for Plaintiff
825 Maryville Centre Drive
Suite 300
Town And Country, MO 63017-5946
Phone Number: (314) 392-5200
tmanuel@mlklaw.com

## Certificate of Service

I hereby certify that on _____ November 6th, 2024 _____, a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Tyler S. Manuel

Tyler Steven Manuel

# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DANIEL G PELIKAN | Case Number:  2411-CC01335 |
|---|---|
| Plaintiff/Petitioner:<br> SJB INDUSTRIAL SUPPLY, LLC | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN EDWARD MCGOVERN<br>MCCARTHY, LEONARD, KAEMMERER<br>825 MARYVILLE CENTRE DR<br>STE 300<br>TOWN AND COUNTRY, MO  63017 |
| vs. | |
| Defendant/Respondent:<br> WENTZVILLE R-IV SCHOOL DISTRICT | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

| The State of Missouri to:    WENTZVILLE R-IV SCHOOL DISTRICT<br>Alias:<br>**280 INTERSTATE DRIVE**<br>**WENTZVILLE, MO  63385** |
|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

| 06-NOV-2024 | /S/ Cheryl Crowder |
|---|---|
| Date | Clerk |

**ST. CHARLES COUNTY**

**Further Information:**

Case Number: 2411-CC01335

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                        Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____          _____
Date                                          Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE 11th JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI**
**11th JUDICIAL CIRCUIT**

SJB INDUSTRIAL SUPPLY, LLC

Plaintiff

v.

WENTZVILLE R-IV SCHOOL DISTRICT

Defendant

Case No.:2411-CC01335

## AFFIDAVIT OF SUBSTITUTED SERVICE

That I, Dan West hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 11/7/2024 at 2:54 PM at 280 Interstate Dr, Wentzville, MO 63385-4510 I served WENTZVILLE R-IV SCHOOL DISTRICT C/O MR. BRIAN BISHOP INTEREM SUPERINTENDENT with the following list of documents: SUMMONS,PETITION by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Ashley Bray whose relationship is Employee.

That the person with whom the documents were left with was at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers.

That I asked the person spoken to whether the Servee was in the active duty military service of the United States or in the state in which this service was made and was told ☒ No they were not ☐ Yes they are ☐ No answer was given.

That if required, a copy of said documents was mailed postpaid, sealed wrapper, properly addressed to WENTZVILLE R-IV SCHOOL DISTRICT C/O MR. BRIAN BISHOP INTEREM SUPERINTENDENT at 280 Interstate Dr, Wentzville, MO 63385-4510 on 11/7/2024 following all requirements of the State Rules in which the above captioned case is filed.

That the fee for this Service is  $ .00

JOHN GREGORY HOUSEMAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 25, 2027
ST. LOUIS COUNTY
COMMISSION #15138515

_John Gregory Houseman_

Subscribed and sworn before me, a Notary Public, this 8th day of November, 2024

_____

John Gregory Houseman
Notary Public
**My Commision expires on: 10/25/2027**

Dan West
Contracted by Captured Investigative Agency
8235 Forsyth Blvd., STE 1100
Clayton, MO 63105
(314) 392-3205

Executed On: _____

Order #:41516
The SJB INDUSTRIAL SUPPLY, LLC

Electronically Filed - ST CHARLES CIRCUIT DIV - November 11, 2024 - 11:30 AM

# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DANIEL G PELIKAN | Case Number: 2411-CC01335 |
|---|---|
| Plaintiff/Petitioner:<br>SJB INDUSTRIAL SUPPLY, LLC | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN EDWARD MCGOVERN<br>MCCARTHY, LEONARD, KAEMMERER<br>825 MARYVILLE CENTRE DR<br>STE 300<br>TOWN AND COUNTRY, MO  63017 |
| | vs. |
| Defendant/Respondent:<br>WENTZVILLE R-IV SCHOOL DISTRICT | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

| The State of Missouri to:    WENTZVILLE R-IV SCHOOL DISTRICT<br>Alias:<br><br>**280 INTERSTATE DRIVE**<br>**WENTZVILLE, MO  63385** |
|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

| 06-NOV-2024 | /S/ Cheryl Crowder |
|---|---|
| Date | Clerk |

**ST. CHARLES COUNTY**

**Further Information:**

Electronically Filed - ST CHARLES CIRCUIT DIV - November 11, 2024 - 11:30 AM

Case Number: 2411-CC01335

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                              Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*      My commission expires: _____

_____          _____
Date                                        Notary Public

**Service Fees (if applicable)**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - ST CHARLES CIRCUIT DIV - November 11, 2024 - 11:30 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2411-CC01335 |
| | ) |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Celynda L. Brasher of the law firm Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C., reserving all objections to jurisdiction, venue, and service of process, and hereby enters her appearance on behalf of Defendant Wentzville R-IV School District in the above styled action.

RESPECTFULLY SUBMITTED,

**TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.**

By: /s/ Celynda L. Brasher
Celynda L. Brasher, #38243
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
mmoutray@tuethkeeney.com

*Attorney for Wentzville R-IV School District*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system on December 3, 2024, upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com
*Attorney for Plaintiff*

/s/ Celynda L. Brasher

2

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,           )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        Case No. 2411-CC01335
                                       )
WENTZVILLE R-IV SCHOOL DISTRICT,       )
                                       )
        Defendant.                     )

<u>ENTRY OF APPEARANCE</u>

COMES NOW Mandi D. Moutray of the law firm Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C., reserving all objections to jurisdiction, venue, and service of process, and hereby enters her appearance on behalf of Defendant Wentzville R-IV School District in the above styled action.

RESPECTFULLY SUBMITTED,

**TUETH KEENEY COOPER**
**MOHAN & JACKSTADT, P.C.**

By: /s/ Mandi D. Moutray
Mandi D. Moutray, #66096
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
mmoutray@tuethkeeney.com

*Attorney for Wentzville R-IV School District*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system on December 3, 2024, upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com

*Attorney for Plaintiff*

/s/ Mandi D. Moutray

2

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC, )
)
Plaintiff, )
)
v. ) Case No. 2411-CC01335
)
WENTZVILLE R-IV SCHOOL DISTRICT, )
)
Defendant. )

<u>ENTRY OF APPEARANCE</u>

COMES NOW Shannon M. Orbe of the law firm Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C., reserving all objections to jurisdiction, venue, and service of process, and hereby enters her appearance on behalf of Defendant Wentzville R-IV School District in the above styled action.

Rᴇsᴘᴇᴄᴛғᴜʟʟʏ sᴜʙᴍɪᴛᴛᴇᴅ,

**TUETH KEENEY COOPER**
**MOHAN & JACKSTADT, P.C.**

By: /s/ Shannon M. Orbe
Shannon M. Orbe, #71107
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
mmoutray@tuethkeeney.com

*Attorney for Wentzville R-IV School District*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system on December 3, 2024, upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com
*Attorney for Plaintiff*

/s/ Shannon M. Orbe

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

SJB INDUSTRIAL SUPPLY, LLC, )
)
    Plaintiff, )
)
v. )   Case No. 2411-CC01335
)
WENTZIVLLE R-IV SCHOOL DISTRICT, )
)
    Defendant. )

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S PETITION

COMES NOW Defendant, Wentzville R-IV School District, (hereinafter "Defendant"), by and through counsel, and for its Consent Motion for Extension of Time to File Answer to Plaintiff's Petition, states as follows:

1.    Plaintiff filed this lawsuit on October 31, 2024.

2.    Defendant was served with Plaintiff's Petition on or about November 7, 2024. Accordingly, Defendant's responsive pleading to Plaintiff's Petition is due December 9, 2024.

3.    Defendant requires additional time to prepare its Answer and Affirmative Defenses to Plaintiff's Petition. Defendant respectfully requests additional time to prepare and file its Answer to Plaintiff's Petition, up to and including January 6, 2025.

4.    Defense counsel corresponded with Plaintiff's counsel on December 2, 2024, and Plaintiff's counsel granted their consent to the proposed extension of time.

5.    This request is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, Defendant respectfully requests this Court grant its Motion for Extension of Time to File Answer to Plaintiff's Petition and for any other and further relief as this Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED,

**TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C.**

By: /s/ *Mandi D. Moutray*
Celynda L. Brasher, Mo. Bar No. 38243
Mandi D. Moutray, Mo. Bar No. 66096
Shannon M. Orbe, Mo. Bar No. 71107
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
sorbe@tuethkeeney.com

*Attorneys for Defendant*
*Wentzville R-IV School District*

## CERTIFICATE OF SERIVCE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system on this December 9, 2024, upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com

/s/ Mandi D. Moutray

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

FILED

DEC 16 2024

CIRCUIT CLERK
ST. CHARLES COUNTY

SJB INDUSTRIAL SUPPLY, LLC,      )
                                 )
         Plaintiff,              )
                                 )
v.                               )      Case No. 2411-CC01335
                                 )
WENTZIVLLE R-IV SCHOOL DISTRICT, )
                                 )
         Defendant.              )

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO PLAINTIFF'S PETITION**

COMES NOW Defendant, Wentzville R-IV School District, (hereinafter "Defendant"),
by and through counsel, and for its Consent Motion for Extension of Time to File Answer to
Plaintiff's Petition, states as follows:

1.    Plaintiff filed this lawsuit on October 31, 2024.

2.    Defendant was served with Plaintiff's Petition on or about November 7, 2024.
Accordingly, Defendant's responsive pleading to Plaintiff's Petition is due December 9, 2024.

3.    Defendant requires additional time to prepare its Answer and Affirmative Defenses
to Plaintiff's Petition. Defendant respectfully requests additional time to prepare and file its
Answer to Plaintiff's Petition, up to and including January 6, 2025.

4.    Defense counsel corresponded with Plaintiff's counsel on December 2, 2024, and
Plaintiff's counsel granted their consent to the proposed extension of time.

5.    This request is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, Defendant respectfully requests this Court grant its Motion for Extension
of Time to File Answer to Plaintiff's Petition and for any other and further relief as this Court
deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.

By: /s/ *Mandi D. Moutray*
Celynda L. Brasher, Mo. Bar No. 38243
Mandi D. Moutray, Mo. Bar No. 66096
Shannon M. Orbe, Mo. Bar No. 71107
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
sorbe@tuethkeeney.com

*Attorneys for Defendant*
*Wentzville R-IV School District*

SO ORDERED:

DATED:  December 16, 2024

Electronically Filed - ST CHARLES CIRCUIT DIV - January 06, 2025 - 04:35 PM

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

SJB INDUSTRIAL SUPPLY, LLC,           )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    Case No. 2411-CC01335
                                      )
WENTZIVLLE R-IV SCHOOL DISTRICT,      )
                                      )
        Defendant.                    )

**DEFENDANT'S SECOND CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO PLAINTIFF'S PETITION**

COMES NOW Defendant, Wentzville R-IV School District, (hereinafter "Defendant"),

by and through counsel, and for its Second Consent Motion for Extension of Time to File

Answer to Plaintiff's Petition, states as follows:

1.      Plaintiff filed this lawsuit on October 31, 2024.

2.      Defendant was served with Plaintiff's Petition on or about November 7, 2024.

3.      On or about December 16, 2024, Judge Daniel Pelikan granted the District

additional time, up to and including January 6, 2025, to prepare its responsive pleading to

Plaintiff's Petition.

4.      Accordingly, Defendant's responsive pleading to Plaintiff's Petition is due January

6, 2025.

5.      Due to the Defendant's winter break, which has been extended due to weather

conditions, Defendant requires additional time to prepare its Answer and Affirmative Defenses to

Plaintiff's Petition. Defendant respectfully requests additional time to prepare and file its Answer

to Plaintiff's Petition, up to and including January 13, 2025.

6.      Defense counsel corresponded with Plaintiff's counsel on January 3, 2025, and Plaintiff's counsel granted their consent to the proposed extension of time.

7.      This request is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, Defendant respectfully requests this Court grant its Motion for Extension of Time to File Answer to Plaintiff's Petition and for any other and further relief as this Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.

By: /s/ Mandi D. Moutray
Celynda L. Brasher, Mo. Bar No. 38243
Mandi D. Moutray, Mo. Bar No. 66096
Shannon M. Orbe, Mo. Bar No. 71107
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
sorbe@tuethkeeney.com
*Attorneys for Defendant*
*Wentzville R-IV School District*

Electronically Filed - ST CHARLES CIRCUIT DIV - January 06, 2025 - 04:35 PM

## CERTIFICATE OF SERIVCE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system on this January 6, 2025, upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com

/s/ Mandi D. Moutray

Electronically Filed - ST CHARLES CIRCUIT DIV - January 13, 2025 - 12:42 PM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

|  |  |  |
|---|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2411-CC01335 |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) | |
| Defendant. | ) | |

**DEFENDANT WENTZVILLE R-IV SCHOOL DISTRICT'S ANSWER,**
**AFFIRMATIVE DEFENSES, AND COUNTERCLAIM TO PLAINTIFF'S PETITION**

COMES NOW Defendant Wentzville R-IV School District ("the District"), by and through its attorneys, Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C., and for its Answer and Affirmative Defenses to Plaintiff's Petition, states as follows:

**JURISDICTION AND VENUE**

1.     The District is without knowledge or information sufficient to form a belief regarding the truth of the allegations in Paragraph 1, and therefore denies the same.

2.     The District admits Paragraph 2.

3.     The District denies the allegations contained in Paragraph 3.

4.     The allegations in Paragraph 4 assert legal conclusions to which no response is required. To the extent that further response is deemed necessary, the District denies all allegations of fact and conclusions of law contained in Paragraph 4.

**BACKGROUND**

5.     The District admits that it released a Request for Bid ("RFB") for custodial supplies and that photograph speaks for itself. To the extent further response is required, the District denies the remaining allegations contained in Paragraph 5, not expressly admitted herein.

1

Electronically Filed - ST CHARLES CIRCUIT DIV - January 13, 2025 - 12:42 PM

6.      The District admits that Plaintiff submitted a bid proposal to the District and that bid proposal speaks for itself. To the extent further response is required, the District denies the remaining allegations contained in Paragraph 6, not expressly admitted herein.

7.      The District states that the correspondence between its Director of Custodial Services and the District's Board of Education speaks for itself. To the extent further response is required, the District denies the allegations in Paragraph 7.

8.      The District states that its Board meeting minutes speak for themselves. The District denies that it entered into a contract with Plaintiff. To the extent further response is required, the District denies all of the allegations in Paragraph 8.

9.      The District admits that it released a Request for Bid ("RFB") for cleaning chemicals and that photograph speaks for itself. To the extent further response is required, the District denies the remaining allegations contained in Paragraph 9, not expressly admitted herein.

10.     The District admits that Plaintiff submitted a bid proposal to the District and that bid proposal speaks for itself. To the extent further response is required, the District denies the remaining allegations contained in Paragraph 10, not expressly admitted herein.

11.     The District states that the correspondence between its Director of Custodial Services and the District's Board of Education speaks for itself. To the extent further response is required, the District denies the allegations in Paragraph 11.

12.     The District states that its Board meeting minutes speak for themselves. The District denies that it entered into a contract with Plaintiff. To the extent further response is required, the District denies all of the allegations in Paragraph 12.

13.     The District admits that it released a Request for Bid ("RFB") for ware wash, chemical, and 3-compartment sink chemicals and that photograph speaks for itself. To the extent

2

further response is required, the District denies the remaining allegations contained in Paragraph 13, not expressly admitted herein.

14.     The District admits that Plaintiff submitted a bid proposal to the District and that bid proposal speaks for itself. To the extent further response is required, the District denies the remaining allegations contained in Paragraph 14, not expressly admitted herein.

15.     The District states that the correspondence between its Director of Child Nutrition Services and the District's Board of Education speaks for itself. To the extent further response is required, the District denies the allegations in Paragraph 15.

16.     The District states that its Board meeting minutes speak for themselves. The District denies that it entered into a contract with Plaintiff. To the extent further response is required, the District denies all of the allegations in Paragraph 16.

## COUNT I

17.     The District incorporates all of the preceding paragraphs of its Answer by reference as if set forth fully herein.

18.     The District states that Plaintiff's Exhibit 2 and 3 speak for themselves. The District denies that it entered into a contract with Plaintiff. To the extent further answer is required, the District denies all of the allegations contained in Paragraph 18.

19.     The District denies the allegations in Paragraph 19.

20.     The District admits that Plaintiff was the lowest bidder at an annual cost of $276,602.94, out of six (6) companies that submitted qualified bids in response to the District's RFB. The District denies the remaining allegations contained in Paragraph 20.

21.     The District admits that it ordered supplies from Plaintiff. Defendant denies the remaining allegations contained in Paragraph 21, except as expressly admitted herein.

Electronically Filed - ST CHARLES CIRCUIT DIV - January 13, 2025 - 12:42 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - January 13, 2025 - 12:42 PM

22.     The District states that the correspondence between Mr. Joshua Schaffer, the District's Executive Director of Facilities, and Plaintiff speaks for itself. The District denies that Mr. Schaffer had "no jurisdiction" for the communication he had with Plaintiff. To the extent further answer is required, the District denies all of the allegations contained in Paragraph 22.

23.     The District denies the allegations contained in Paragraph 23.

24.     The District denies the allegations contained in Paragraph 24.

25.     The District denies the allegations contained in Paragraph 25.

The District denies any allegations of fact and/or conclusions of law contained in the WHEREFORE clause of Count I of Plaintiff's Petition. The District further denies that Plaintiff is entitled to any relief sought in the WHEREFORE clause of Count I of Plaintiff's Petition. Thus, the District respectfully requests that this Court dismiss Count I of Plaintiff's Petition.

## COUNT II

26.     The District incorporates all of the preceding paragraphs of its Answer by reference as if set forth fully herein.

27.     The District states that Plaintiff's Exhibit 5 and 6 speak for themselves. The District denies that it entered into a contract with Plaintiff. To the extent further answer is required, the District denies all of the allegations contained in Paragraph 27.

28.     The District denies the allegations in Paragraph 28.

29.     The District admits that Plaintiff was the lowest bidder at an annual cost of $38,836.20, out of nine (9) companies that submitted qualified bids in response to the District's RFB. The District denies the remaining allegations contained in Paragraph 29.

30.    The District states that correspondence between Mr. Joshua Schaffer, the District's Executive Director of Facilities, and Plaintiff speak for itself. To the extent further answer is required, the District denies all of the allegations contained in Paragraph 30.

31.    The District denies the allegations contained in Paragraph 31.

32.    The District denies the allegations contained in Paragraph 32.

33.    The District denies the allegations contained in Paragraph 33.

The District denies any allegations of fact and/or conclusions of law contained in the WHEREFORE clause of Count II of Plaintiff's Petition. The District further denies that Plaintiff is entitled to any relief sought in the WHEREFORE clause of Count II of Plaintiff's Petition. Thus, the District respectfully requests that this Court dismiss Count II of Plaintiff's Petition.

## **COUNT III**

34.    The District incorporates all of the preceding paragraphs of its Answer by reference as if set forth fully herein.

35.    The District admits that between approximately May 1, 2023 and October 10, 2023, the District purchased certain custodial and other supplies from Plaintiff. The District denies the remaining allegations contained in Paragraph 35.

36.    The District admits that it rented certain pieces of industrial equipment from Plaintiff. By way of further Answer, the District states that Plaintiff allowed the District to use certain equipment – free of charge – on multiple occasions. The District denies the remaining allegations contained in Paragraph 36.

37.    The District admits that Plaintiff sent certain invoices to the District for supplies and equipment rentals. By way of further Answer, the District paid all invoices received by the District from Plaintiff. Plaintiff, however, never sent, and the District has never received Invoice

5

Electronically Filed - ST CHARLES CIRCUIT DIV - January 13, 2025 - 12:42 PM

No. 4801. The District is without knowledge as to whether those invoices are true and accurate summaries of the supplies and equipment supplied by Plaintiff. The District denies the remaining allegations in Paragraph 37, not expressly admitted herein.

38.　　The District denies the allegations contained in Paragraph 38. By way of further Answer, the District paid all invoices received by the District from Plaintiff. Plaintiff, however, never sent, and the District has never received Invoice No. 4801.

39.　　The District denies the allegations contained in Paragraph 39.

　　The District denies any allegations of fact and/or conclusions of law contained in the WHEREFORE clause of Count III of Plaintiff's Petition. The District further denies that Plaintiff is entitled to any relief sought in the WHEREFORE clause of Count III of Plaintiff's Petition. Thus, the District respectfully requests that this Court dismiss Count III of Plaintiff's Petition.

## COUNT IV

40.　　The District incorporates all of the preceding paragraphs of its Answer by reference as if set forth fully herein.

41.　　The District denies the allegations contained in Paragraph 41.

42.　　The District admits that Plaintiff installed certain dispensers in the District. The District is without knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in Paragraph 42, and therefore denies the same.

43.　　The District admits that Plaintiff installed certain dispensers in the District. The District is without knowledge or information sufficient to form a belief regarding the truth of the remaining allegations in Paragraph 43, and therefore denies the same.

44.　　The District is without knowledge or information sufficient to form a belief regarding the truth of the allegations in Paragraph 44, and therefore denies the same.

45.    The District denies the allegations contained in Paragraph 45.

46.    The District denies the allegations contained in Paragraph 46.

The District denies any allegations of fact and/or conclusions of law contained in the WHEREFORE clause of Count IV of Plaintiff's Petition. The District further denies that Plaintiff is entitled to any relief sought in the WHEREFORE clause of Count IV of Plaintiff's Petition. Thus, the District respectfully requests that this Court dismiss Count IV of Plaintiff's Petition.

## ADDITIONAL ANSWERS AND AFFIRMATIVE DEFENSES

1.    Defendant denies each and every allegation of fact and/or conclusion of law that is not expressly and specifically admitted herein.

2.    Plaintiff's Petition fails to state a claim upon which relief can be granted because the attachments to Plaintiff's Petition are not an enforceable contract under Missouri law pursuant to Mo. Rev. Stat. § 432.070.

3.    Even if the exhibits to Plaintiff's Petition constitute contracts under Missouri law, which they do not, the District did not breach the terms of the RFQs attached to Plaintiff's Petition as the RFQs explicitly allow for termination of an agreement for "nonperformance, poor performance, late delivery, or other cause" . . . and "[t]he decision to termination rests solely with the District and/or duly appointed representative."

4.    Plaintiff's claim is barred by the doctrine of consent, laches, waiver, and/or estoppel.

5.    Plaintiff's claim is barred by Plaintiff's failure to mitigate its damages.

6.    The District is the owner of the following property in Plaintiff's possession: (a) 46 cases of paper towels; (b) 560 cases of toilet paper; (c) 113 cases of hand soap; (d) 96 cases of 33x40 trash liners; (e) 268 cases of 40x48 trash liners; and (a) 181 of razor chemicals. This

property is a portion of the property purchased pursuant to invoices attached hereto as Exhibit A. Even if the exhibits to Plaintiff's Petition constitute contracts under Missouri law, which they do not, the District is entitled to a setoff in the amount of $124,423.15.

7.    Defendant incorporates each and every additional affirmative defense that may be uncovered or made known during the investigation and discovery in this case.

WHEREFORE, Defendant respectfully request that this Court enter its Order dismissing all claims against Defendant Wentzville R-IV School District with prejudice, awarding Defendant Wentzville R-IV School District its costs incurred in defending this matter, and granting such further relief as this Court deems just and proper.

## COUNTERCLAIM

COMES NOW Defendant/Counterclaim Plaintiff Wentzville R-IV School District ("the District"), by and through its attorneys, Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C., and for its Counterclaim against Plaintiff/Counterclaim Defendant, SJB Industrial Supply, LLC ("SJB Industrial"), states as follows:

1.    The District is school district and a political subdivision of the State of Missouri, organized and existing under and by virtue of the laws of the State of Missouri and is located in St. Charles County, Missouri.

2.    SJB Industrial is a limited liability company organized and existing under and by virtue of the laws of the State of Missouri. SJB Industrial's principal place of business is located in St. Charles County, Missouri.

3.    Jurisdiction and venue are proper in this Court pursuant to Mo. Rev. Stat. §§ 533.240; 508.010; 478.070.

8

## COUNT I – Replevin

4.      The District incorporates Paragraphs 1-2 of its Counterclaim as if fully set forth herein.

5.      The District is the owner of the following property located St. Charles County, Missouri: (a) 289 cases of paper towels; (b) 769 cases of toilet paper; (c) 273 cases of hand soap; (d) 146 cases of 33x40 trash liners; (e) 406 cases of 40x48 trash liners; (f) 446 cases of 43x67 trash bags; and (g) 193 cases of razor chemicals. This property is a portion of the property purchased pursuant to invoices attached hereto as Exhibit A.

6.      Upon information and belief, this property is located in SJB Industrial's warehouse and has not been released to the District by SJB Industrial.

7.      The District has requested SJB Industrial release this property to the District; however, SJB Industrial has failed to surrender the property from its possession and return it to the District.

8.      The property is now unlawfully being detained by SJB Industrial.

9.      The present value of the property is $124,423.15.

10.      The District is the owner of the property and is entitled to immediate possession of the property. The District has demanded from SJB Industrial possession of the property, but SJB Industrial has failed and refused and continues to fail and refuse to give the District such rightful possession and wrongfully continues to detain the property.

11.      The property has not been taken for any tax, assessment, or fine levied by virtue of the laws of the State of Missouri against the District or the property of the District, nor seized under any legal process against the goods and chattel of the District, subject to such lawful process, nor held by virtue of any order of replevin against the District.

WHEREFORE, the District prays for the court to enter an Order for Replevin granting the District: (a) immediate possession of the property described in Paragraph 4 of the District's Counterclaim; (b) the value of the property described in Paragraph 4 that is not delivered; (c) damages for retention by SJB Industrial of the property described in Paragraph 4, and (d) such other and further relief as the Court deems proper, necessary, and appropriate.

**COUNT II – Conversion**

12.    The District incorporates Paragraphs 1-10 of its Counterclaim as if fully set forth herein.

13.    On or about April 11, 2023, the District ordered and paid for the following property from SJB Industrial: (a) 46 cases of paper towels; (b) 560 cases of toilet paper; (c) 113 cases of hand soap; (d) 96 cases of 33x40 trash liners; (e) 268 cases of 40x48 trash liners; and (a) 181 of razor chemicals. This property is a portion of the property purchased pursuant to invoices attached hereto as Exhibit A.

14.    SJB Industrial has taken possession of the District's property and has maintained possession of the District's property to the exclusion of the District's right, title, and interest.

15.    The District has demanded SJB Industrial return the property; however, to date, SJB Industrial has intentionally failed and refused to return possession of the property to the District, to the District's damage in the sum of $124,423.15.

16.    SJB Industrial's actions as described herein were outrageous because of its evil motive or reckless indifference to the District's rights, because SJB Industrial improperly and illegally retaliated against the District for declining to continue using SJB Industrial as a vendor for industrial supplies, despite the District tendering all charges and fees then due and owing to SJB Industrial for the Property, all to the District's injury and damage in excess of $124,423.15.

WHEREFORE, the District prays for an award of actual and punitive damages in an amount deemed fair and reasonable, the District's costs, and such other and further relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED,

TUETH KEENEY COOPER MOHAN
& JACKSTADT, P.C.

By:    /s/ Mandi D. Moutray
Celynda Brasher, #38243
Mandi D. Moutray, #66096
Shannon M. Orbe, #71107
34 N. Meramec Avenue, Suite 600
St. Louis, MO 63105
Telephone: (314) 880.3600
Facsimile: (314) 880.3601
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
sorbe@tuethkeeney.com

*Attorneys for Wentzville R-IV School District*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the court's electronic filing system on January 13, 2025, upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com

/s/ Mandi D. Moutray

12

Electronically Filed - ST CHARLES CIRCUIT DIV - January 13, 2025 - 12:42 PM

Original Copy
(DUPLICATE)

**Bill To:** Wentzville R-IV School District
280 Interstate Drive
Wentzville, MO 63385
Phone: (636) 327-3800
Fax: (636) 327-3092
Email: slsfin@wsdr4.org

Tax Exempt Number: 12622818

PO Type:

| | |
|---|---|
| Page No: | 1 |
| P.O.Date: | 04/11/23 |
| Delivery Date: | ASAP |
| Bid/Quote No: | |
| Requisition No: | |
| Purchase Order No: | 23-9360-0596 |

**Vendor:** SJB INDUSTRIAL SUPPLY LLC
SCOTT BOETTLER
1521 SWANTNERVILLE DR
WENTZVILLE MO 63385

Phone: (314) 399-2932
Vendor ID: S039470
Vendor Email: sboettler@sjbindustrial.com

**Ship to:** Administrative Center Annex
Attn: Diana Moore
290 Interstate Drive
Wentzville, MO 63385
Phone: (636) 327-5090
Fax: (636) 327-3985

| Terms: | | | Ship Via: | | Render invoices in duplicate, enclosing one copy with merchandise and mailing other copy to central office ('BILL TO' address above). For all equipment purchases, serial numbers must be indicated on the invoice. | |
|---|---|---|---|---|---|---|

| Line | Qty | Unit | Part No. and Description | Unit Price | Amount |
|---|---|---|---|---|---|

Note: This PO is only VALID for the 2022-23 school year: JULY 1, 2022 through JUNE 30, 2023.

Summer hours and no deliveries on Fridays between the dates of 06/10/2022 until 08/05/2022.

Reminder: Please mail invoices to 280 Interstate Dr, Wentzville MO 63385

| Line | Qty | Unit | Part No. and Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | 1250.00 | Ctn | NTC19230 Tissue Toilet 2 ply / Jumbo 1000'' roll 12/cs 100-2542-6411-9360-00883-1-00 | 38.58 | 48,225.00 |
| 2. | 1927.00 | Ctn | NTC40800 Roll Towels Natural 8x800 6 rolls/cs 100-2542-6411-9360-00883-1-00 | 31.66 | 61,008.82 |
| 3. | 500.00 | Ctn | N404816CR Liners 40x48 250/cs 100-2542-6411-9360-00883-1-00 | 38.64 | 14,320.00 |
| 4. | 500.00 | Ctn | H334013CR Liners 33x40 250/cs 100-2542-6411-9360-00883-1-00 | 31.04 | 15,520.00 |
| 5. | 700.00 | Ctn | SJB434715B Liners Black 43x47 100/cs 100-2542-6411-9360-00883-1-00 | 23.70 | 16,590.00 |
| 6. | 1250.00 | Ea. | ASU1L Asul Hand Soap Foam 1000 ml 6/cs 100-2542-6411-9360-00883-1-00 | 35.45 | 44,312.50 |

Order Total -----------> $199,976.32

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2411-CC01335 |
| | ) | |
| v. | ) | |
| | ) | |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff/Counterclaim Defendant SJB Industrial Supply, LLC, hereby certifies that on the 11th day of February, 2025, a copy of SJB Industrial Supply, LLC's *First Set of Interrogatories Directed to Defendant Wentzville R-IV School District* and *First Request for Production to Defendant Wentzville R-IV School District* were sent via e-mail, in both PDF and Work format to the following counsel of record:

Celynda Brasher
Mandi D. Moutray
Shannon M. Orbe
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
sorbe@tuethkeeney.com
*Attorneys for Defendant/Counterclaim Plaintiff*

The undersigned hereby certifies that on this 11th day of February, 2025, the foregoing Certificate was also filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon the parties.

Electronically Filed - ST CHARLES CIRCUIT DIV - February 11, 2025 - 11:23 AM

Respectfully submitted,

McCARTHY, LEONARD, & KAEMMERER, L.C.

By: */s/Brian E. McGovern*
Brian E. McGovern, #34677
bmcgovern@mlklaw.com
Tyler S. Manuel, #74927
tmanuel@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town and Country, Missouri 63017
Telephone: (314) 392-5200
Facsimile: (314) 392-5221
*Attorneys for Plaintiff/Counterclaim Defendant*

Electronically Filed - ST CHARLES CIRCUIT DIV - February 11, 2025 - 11:23 AM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Cause No. 2411-CC01335 |
| | ) |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Alexander J. Lindley of the law firm McCarthy, Leonard & Kaemmerer, LC, and hereby enters his appearance on behalf of Plaintiff SJB Industrial Supply, LLC in the above-referenced cause of action.

Respectfully submitted,

MCCARTHY, LEONARD & KAEMMERER, L.C.

By: */s/ Alexander J. Lindley*
Alexander J. Lindley #71053
alindley@mlklaw.com
825 Maryville Centre, Suite 300
Town & Country, MO  63017-5946
Ph: 314-392-5200
Fax: 314-392-5221

*Attorney for Plaintiff*

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,                    )
                                               )
    Plaintiff/Counterclaim Defendant,          )
                                               )
v.                                             )    Cause No. 2411-CC01335
                                               )
WENTZVILLE R-IV SCHOOL DISTRICT,               )
                                               )
    Defendant/Counterclaimant.                 )

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

**COMES NOW** Plaintiff/Counterclaim Defendant SJB Industrial Supply, LLC ("SJB"), by and through the undersigned counsel and submits the following Answer and Affirmative Defenses to the Counterclaim ("Counterclaim") of Defendant/Counterclaimant Wentzville R-IV School District ("Wentzville"):

## ANSWER

1.    SJB admits the allegations contained in Paragraph 1.

2.    SJB admits the allegations contained in Paragraph 2.

3.    The allegations contained in Paragraph 3 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

## COUNT I - Replevin

4.    SJB restates and incorporates its answers to all preceding Paragraphs as if fully set forth herein.

5.    SJB states that the Exhibit A referenced in this Paragraph is the best evidence of the contents contained therein and SJB denies any allegations contained in this Paragraph which are inconsistent with the terms of the same. Answering further, the allegations contained in Paragraph 5

Electronically Filed - ST CHARLES CIRCUIT DIV - February 11, 2025 - 01:30 PM

consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

6. The allegations contained in Paragraph 6 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

7. SJB denies the allegations contained in Paragraph 7.

8. The allegations contained in Paragraph 8 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

9. The allegations contained in Paragraph 9 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

10. The allegations contained in Paragraph 10 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

11. The allegations contained in Paragraph 11 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

## COUNT II - Conversion

12. SJB restates and incorporates its answers to all preceding Paragraphs as if fully set forth herein.

13. SJB states that the Exhibit A referenced in this Paragraph is the best evidence of the contents contained therein and SJB denies any allegations contained in this Paragraph which are inconsistent with the terms of the same. Answering further, the allegations contained in Paragraph 13

consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

14.    The allegations contained in Paragraph 14 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

15.    The allegations contained in Paragraph 15 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

16.    The allegations contained in Paragraph 16 consist of arguments and legal conclusions to which no response is required. To the extent this Court requires a response, SJB denies the allegations contained in this Paragraph.

WHEREFORE, having fully answered the allegations set forth in the Counterclaim, SJB respectfully request that the Court dismiss the Counterclaim, with costs assessed against Counterclaimant, and for such other and further relief as the Court deems just and proper under the circumstances.

## **AFFIRMATIVE DEFENSES**

By setting forth the following affirmative defenses, SJB does not assume any burden of proof as to any fact issue or other element of any cause of action that properly belongs to Counterclaimant. SJB reserves the right to assert and plead additional affirmative defenses if and when facts supporting said affirmative defenses become known and available to them during the course of litigation.

1.    Answering further and for its First Affirmative Defense, SJB states that Wentzville's recovery is barred or limited based on equitable principles, including but not limited to fairness, proportionality, equity, avoidance of unjust enrichment, mutuality, duty to mitigate

damages, and unclean hands, Wentzville wrongfully possesses hundreds of thousands of dollars in SJB's property.

2.    Answering further and for its Second Affirmative Defense, SJB states that Wentzville's claims are barred by consent, permission, estoppel or acquiescence.

3.    SJB reserves the right to assert and plead additional affirmative defenses if and when facts supporting said affirmative defenses become known and available to them during the course of litigation.

WHEREFORE, having fully responded to Counterclaimant's Counterclaim, SJB moves this Court for an Order dismissing the Counterclaim with prejudice, and for their costs incurred and expended herein, and for such further relief as the Court may deem just and proper.

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

By:    /s/ Brian E. McGovern
Brian E. McGovern, #34677
bmcgovern@mlklaw.com
Alexander J. Lindley, #71053
alindley@mlklaw.com
Tyler S. Manuel, #74927
tmanuel@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
Phone: 314-392-5200
Fax:    314-392-5221

*Attorneys for Plaintiff*

Electronically Filed - ST CHARLES CIRCUIT DIV - February 11, 2025 - 01:30 PM

## CERTIFICATE OF SERVICE

I, the undersigned, on the 11th day of February, 2025, electronically filed this document with the St. Charles County Circuit Court, State of Missouri, to be served upon all counsel of record.

*/s/ Brian E. McGovern*

Electronically Filed - ST CHARLES CIRCUIT DIV - February 11, 2025 - 01:30 PM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Cause No. 2411-CC01335 |
| | ) |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO STRIKE AFFIRMATIVE DEFENSES**

**COMES NOW** Plaintiff SJB Industrial Supply, LLC ("SJB"), by and through the undersigned counsel and hereby moves the Court to Strike the affirmative defenses of Defendant Wentzville R-IV School District ("Wentzville"):

1.    Wentzville plead six purported affirmative defenses to SJB's Petition.

2.    An "affirmative defense" is "[a] defendant's assertion of facts and arguments that, if true, will defeat the plaintiff's ... claim, even if all the allegations in the complaint are true." *Ressler v. Clay County*, 375 S.W.3d 132, 140 (Mo.App.2012) (quoting BLACK'S LAW DICTIONARY 482 (9th ed.2009)).[1] However, Wentzville's first "affirmative defense" is merely a general denial of "any allegation of fact and/or conclusion of law" that was not expressly and specifically admitted by Wentzville.

3.    Wentzville's second "affirmative defense" that Plaintiff "fails to state a claim" is not an accepted affirmative defense but rather a conclusory statement which must be raised in a motion to dismiss.

---

[1] Under Missouri's pleading rules, an affirmative defense is a matter that is asserted to avoid liability, even if the facts pleaded in the petition are proved." *Boone Nat'l Savings & Loan Ass'n, F.A. v. Crouch*, 47 S.W.3d 371, 375, (Mo. banc 2001).

4.      Rule 55.08 requires that all applicable affirmative defenses be pled in the responsive pleadings along with "a short and plain statement of the facts showing that the pleader is entitled to the defense," or else it will be considered generally waived. *Holdener v. Fieser*, 971 S.W.2d 946, 950 (Mo. App. E.D. 1998). Wentzville's third "affirmative defense" lacks sufficient fact or argument sufficient to show why Wentzville did not breach the contract(s) at issue.

5.      Wentzville's fourth "affirmative defense" is merely a legal conclusion that four separate equitable doctrines are appliable. Similarly, Wentzville's fifth "affirmative defense" concludes that SJB "failed to mitigate its damages". "A pleading is insufficient where it is merely a legal conclusion." *Peterson v. Discover Property & Casualty Insurance Co.*, 460 S.W.3d 393, 411 (Mo.App.2015). Wentzville failed to plead any facts or argument indicating how any of these defenses would apply.

6.      Wentzville has asserted, however, a cause of action for the first time in 2024 asserting a claim for punitive damages. It is an "initial pleading" and improperly contains claims for punitive damages.

7.      As a result of Wentzville's failure to meet Missouri's pleading requirements, SJB requests that the Court strike Paragraphs 1-5 of Wentzville's affirmative defenses.

WHEREFORE, SJB requests that the Court grant the foregoing motion to strike; that the Court strike Paragraphs 1-5 of Wentzville's affirmative defenses; and for any other further or additional relief this Court deems just and proper.

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

By:  /s/ Brian E. McGovern
Brian E. McGovern, #34677
bmcgovern@mlklaw.com
Alexander J. Lindley, #71053
alindley@mlklaw.com
Tyler S. Manuel, #74927
tmanuel@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
Phone: 314-392-5200
Fax:    314-392-5221
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, on the 11th day of February, 2025, electronically filed this document with the St. Charles County Circuit Court, State of Missouri, to be served upon all counsel of record.

*/s/  Brian E. McGovern*

Electronically Filed - ST CHARLES CIRCUIT DIV - February 11, 2025 - 01:30 PM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

|                                            |   |                          |
|--------------------------------------------|---|--------------------------|
| SJB INDUSTRIAL SUPPLY, LLC,                | ) |                          |
|                                            | ) |                          |
| Plaintiff/Counterclaim Defendant,          | ) |                          |
|                                            | ) |                          |
| v.                                         | ) | Cause No. 2411-CC01335   |
|                                            | ) |                          |
| WENTZVILLE R-IV SCHOOL DISTRICT,           | ) |                          |
|                                            | ) |                          |
| Defendant/Counterclaimant.                 | ) |                          |

**MOTION TO STRIKE CLAIM FOR PUNITIVE DAMAGES**

**COMES NOW** Plaintiff/Counterclaim Defendant SJB Industrial Supply, LLC ("SJB"), by and through the undersigned counsel and hereby moves the Court to Strike the claim for punitive damages made in the Counterclaim ("Counterclaim") of Defendant/Counterclaimant Wentzville R-IV School District ("Wentzville"):

1.      Wentzville's request for relief in Count II of its Counterclaim seeks punitive damages against SJB.

2.      Section 510.262, RSMo made changes regarding punitive damages for "causes of action filed on or after August 28, 2020." *Largent v. Pelikan*, 628 S.W.3d 162, 165 (Mo. App. E.D. 2021).

3.      Under § 510.261, RSMo: "No initial pleading in a civil action shall contain a claim for a punitive damage award. Any later pleading containing a claim for a punitive damage award may be filed only with leave of the court."

4.      This proceeding is a civil action.

5.      Wentzville has asserted, however, a cause of action for the first time in 2024 asserting a claim for punitive damages. It is an "initial pleading" and improperly contains claims for punitive damages.

6.     Therefore, SJB requests that the Court strike all requests for, and references to, punitive damages in the Counterclaim.

7.     Even assuming *arguendo,* the Counterclaim is not considered an "initial pleading", Wentzville may not assert a claim for punitive damages without leave of court. Wentzville did not seek or obtain leave of Court to assert a claim for punitive damages in its Counterclaim.

8.     Rule 55.27(e) allows the Court to strike from "any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

WHEREFORE, SJB requests that the Court grant the foregoing motion to strike; that the Court strike Wentzville's claims for punitive damages; and for any other further or additional relief this Court deems just and proper.

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

By:     /s/ Brian E. McGovern
         Brian E. McGovern, #34677
         bmcgovern@mlklaw.com
         Tyler S. Manuel, #74927
         tmanuel@mlklaw.com
         825 Maryville Centre Drive, Suite 300
         Town & Country, MO 63017
         Phone: 314-392-5200
         Fax:   314-392-5221
         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, on the 11th day of February, 2025, electronically filed this document with the St. Charles County Circuit Court, State of Missouri, to be served upon all counsel of record.

*/s/ Brian E. McGovern*

Electronically Filed - ST CHARLES CIRCUIT DIV - February 11, 2025 - 01:30 PM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2411-CC01335 |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) |
| Defendant. | ) |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 3, 2025, Defendant Wentzville R-IV School District served its Answers and Objections to Plaintiff's First Set Interrogatories Directed to Defendant and its Responses and Objections to Plaintiff's First Requests for Production Directed to Defendant via email on all counsel of record.

RESPECTFULLY SUBMITTED,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.

By: /s/ Mandi D. Moutray
Celynda L. Brasher, #38243
Mandi D. Moutray, #66096
Shannon M. Orbe, #71107
34 N. Meramec, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
sorbe@tuethkeeney.com

*Attorneys for Defendant*

1

Electronically Filed - ST CHARLES CIRCUIT DIV - April 04, 2025 - 09:46 AM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent to the Court's electronic filing system on this 4th day of April 2025 and upon Plaintiff's attorney of record.

/s/ Mandi D. Moutray

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,  )
)
Plaintiff,  )
)
v.  )  Case No. 2411-CC01335
)
WENTZVILLE R-IV SCHOOL DISTRICT,  )
)
Defendant.  )

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Reid S. Simpson of TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C. hereby enters

his appearance on behalf of Defendant Wentzville R-IV School District

Shannon M. Orbe of TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C. hereby

withdraws as counsel for Defendant Wentzville R-IV School District.

All future communication should be directed to Ms. Celynda L. Brasher, Ms. Mandi D.

Moutray, and Mr. Reid S. Simpson, as indicated below.

Electronically Filed - ST CHARLES CIRCUIT DIV - May 30, 2025 - 03:00 PM

Respectfully submitted,

TUETH KEENEY COOPER MOHAN
& JACKSTADT, P.C.

/s/ Reid S. Simpson
Celynda L. Brasher, #38243
Mandi D. Moutray, #66096
Reid S. Simpson, #73943
34 North Meramec Ave., Suite 600
St. Louis, MO  63105
Telephone: (314) 880-3600
Facsimile: (314) 880-3601
cbrasher@tuethkeeney.com
mmoutray@tuethkeeney.com
rsimpson@tuethkeeney.com

*Attorneys for Wentzville R-IV School District*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the court's electronic filing system on May 30, 2025, upon the following:

Brian E. McGovern
Tyler S. Manuel
McCarthy Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017
bmcgovern@mlklaw.com
tmanuel@mlklaw.com

/s/ Reid S. Simpson

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,        )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        Cause No. 2411-CC01335
                                   )
WENTZVILLE R-IV SCHOOL DISTRICT,   )
                                   )
        Defendant.                 )

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE ITS FIRST AMENDED PETITION**

COMES NOW Plaintiff SJB Industrial Supply, LLC ("Plaintiff"), by and through its undersigned counsel, pursuant to Missouri Supreme Court Rule 55.33, without opposition from Defendant, and hereby move for leave to file its First Amended Petition, and in support thereof states as follows:

1.    On October 31, 2024, Plaintiff filed its Petition.

2.    The parties have just began written discovery, have conducted no oral discovery, and trial has not been scheduled.

3.    Pursuant to Mo. Sup. Ct. R. 55.33(a), a pleading may be amended by leave of Court at any time. As the rule provides, "leave shall be freely given when justice so requires." *See Oak Bluff Condominium Owner's Ass'n, Inc. v. Oak Bluff Partners, Inc.,* 263 S.W.3d 714, 718-19 (Mo. App. S.D. 2008) (permitting party to file amended pleading on the day of trial).

4.    In granting leave to amend a pleading, the trial court has discretion to consider the hardships to the moving party if the request is denied, the reasons for failure to include the matter in a designated pleading, and the prejudice caused to the opposing party when the request is granted. *See Ferrellgas, Inc. v. Edward A. Smith, P.C.,* 190 S.W.3d 615, 619 (Mo. App. W.D. 2006) (finding no

1

surprise and, thus, no prejudice or harm to plaintiff in granting leave to defendant to amend answer on the day of trial to state with more particularity the affirmative defense of statute of limitations).

5.     Plaintiff will suffer hardship if this Court does not allow it to amend their pleading as such denial could deprive Plaintiff of a viable cause of action.

6.     Plaintiff seeks to add claims and allegations based on arguments and defenses raised by Defendant as to the viability of Plaintiff's existing claims.

7.     "Prejudice is not measured by whether one party on the other stand would suffer financial loss as a result of the court ruling, but is measured by whether a party is deprived of a legitimate claim or defense because the motion for leave to amend caught that party by surprise after it had developed its strategy." Id. In this case, Defendant will not be surprised by amendment as the claims to be amended and/or added are obvious to Defendant, evidenced by its affirmative defenses raised in this case, and the conduct they personally committed.

8.     The foregoing factors weigh strongly in favor of permitting Plaintiff to amend its pleading. Justice requires that the Plaintiff's Motion be granted.

9.     Plaintiff's Proposed Amended Petition is attached hereto as **Exhibit 1**.

10.    A proposed order granting this Motion is attached hereto as **Exhibit 2**.

11.    Counsel for Plaintiff has spoken with counsel for Defendant, and counsel for Defendant has advised that Defendant has no objection to Plaintiff obtaining leave to file its First Amended Petition.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that its Unopposed Motion for Leave to file its First Amended Petition be Granted as set forth in the proposed order (**Exhibit 2**) and that Plaintiff's Amended Petition ( **Exhibit 1**) be deemed filed upon entry of said Order, and for such further relief as this Court deems just and proper.

2

Respectfully Submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

BY:  /s/ Alexander J. Lindley
     Brian E. McGovern, #34677
     Alexander J. Lindley, #71053
     Tyler S. Manuel, #74927
     bmcgovern@mlklaw.com
     alindley@mlklaw.com
     tmanuel@mlklaw.com
     825 Maryville Centre Drive, Suite 300
     Town & Country, MO 63017
     Phone: 314-392-5200
     Fax:    314-392-5221

     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the court's efiling system on all attorney(s) of record on this 12th day of June, 2025.

/s/ Alexander J. Lindley

EXHIBIT 1

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| SJB INDUSTRIAL SUPPLY, LLC, | ) |
| Plaintiff, | ) |
| v. | )    Cause No.2411-CC01335 |
| WENTZVILLE R-IV SCHOOL DISTRICT, | ) |
| Defendant. | ) |

**AMENDED PETITION**

COMES NOW Plaintiff SJB Industrial Supply, LLC ("SJB Industrial"), by and through its undersigned counsel, and for its Petition against Defendant Wentzville R-IV School District ("Wentzville School District") in the above-captioned cause of action, states to the Court as follows:

**JURISDICTION AND VENUE**

1.    Plaintiff SJB Industrial is a limited liability company in good standing with the Missouri Secretary of State with its principal place of business in St. Charles County, Missouri.

2.    Defendant Wentzville School District is a political subdivision of the State of Missouri that maintains its principal place of business in St. Charles County, Missouri which consists of approximately twenty two (22) schools, and various administrative buildings.

3.    Plaintiff SJB Industrial was first injured by the actions of Defendant Wentzville School District alleged herein in St. Charles County, Missouri, and the parties also entered into contracts in St. Charles County, Missouri

4.    Jurisdiction and venue are proper in this Court pursuant to R.S.Mo. § 508.010.4.

**BACKGROUND**

5.    On or about May 29, 2019, Defendant Wentzville School District released a Request for Bid ("RFB") for a three-year contract for custodial supplies, with the option to extend for an

1

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

additional two years (the "Custodial Supplies Bid"). A true and accurate copy of the Custodial

Supplies Bid is attached hereto as **Exhibit 1** and incorporated herein by reference.

6.      In response to Defendant Wentzville School District's May 29, 2019 RFB, Plaintiff

SJB Industrial submitted its bid proposal for the Custodial Supplies Bid pursuant to the RFB. *See*

Custodial Supplies Bid submission confirmation email, attached hereto as **Exhibit 2** and

incorporated herein by reference.

7.      On or about June 11, 2019, Hasan Nasufovic, then Director of Custodial Services for

Defendant Wentzville School District, sent a correspondence to the Wentzville School District Board

of Education (the "Board") recommending that Plaintiff SJB Industrial be awarded the Custodial

Supplies Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as

**Exhibit 3** and incorporated herein by reference.

8.      On or about June 20, 2019, the Board memorialized its approval of Mr. Nasufovic's

recommendation that Plaintiff SJB Industrial be awarded the Custodial Supplies Bid contract through

a consent agenda in the Board minutes. *See* June 20, 2019 Board minutes, pg. 8, a true and accurate

copy of which are attached hereto as **Exhibit 4** and incorporated herein by reference.

9.      On or about March 10, 2021, Defendant Wentzville School District released a RFB

for a three-year contract for cleaning chemicals, with the option to extend for an additional two years

(the "Cleaning Chemicals Bid"). A true and accurate copy of the Cleaning Chemicals Bid is attached

hereto as **Exhibit 5** and incorporated herein by reference.

10.     In response to Defendant Wentzville School District's March 10, 2021 RFB,

Plaintiff SJB Industrial submitted its bid proposal for the Cleaning Chemicals Bid pursuant to the

RFB. *See* Cleaning Chemicals Bid submission confirmation email, attached hereto as **Exhibit 6**

and incorporated herein by reference.

11.     On or about May 13, 2021, Diana Moore, then Director of Custodial Services for Defendant Wentzville School District, sent a correspondence to the Board recommending that Plaintiff SJB Industrial be awarded the Cleaning Chemicals Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 7** and incorporated herein by reference.

12.     On or about May 20, 2021, the Board memorialized its approval of Ms. Moore's recommendation that Plaintiff SJB Industrial be awarded the Cleaning Chemicals Bid contract through a consent agenda in the Board minutes. *See* May 20, 2021 Board minutes, pg. 8, a true and accurate copy of which are attached hereto as **Exhibit 8** and incorporated herein by reference.

13.     On or about April 6, 2022, Defendant Wentzville School District released a RFB for the 2022-2023 school year for ware wash, chemical, and 3-compartment sink chemicals (the "Ware Wash Bid"). A true and accurate copy of the Ware Wash Bid is attached hereto as **Exhibit 9** and incorporated herein by reference.

14.     In response to Defendant Wentzville School District's April 6, 2022 RFB, Plaintiff SJB Industrial submitted its bid proposal for the Ware Wash Bid pursuant to the RFB. *See* Ware Wash Bid submission confirmation email, attached hereto as **Exhibit 10** and incorporated herein by reference.

15.     On or about June 1, 2022, Gwen Doyle, then Director of Child Nutrition Services for Defendant Wentzville School District, sent a correspondence to the Board recommending that Plaintiff SJB Industrial be awarded the Ware Wash Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 11** and incorporated herein by reference.

16.     On or about June 16, 2022, the Board memorialized its approval of Ms. Doyle's recommendation that Plaintiff SJB Industrial be awarded the Ware Wash Bid contract through a

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

consent agenda in the Board minutes. *See* June 16, 2022 Board Minutes, pg. 6, a true and accurate copy of which are attached hereto as **Exhibit 12** and incorporated herein by reference.

17.     On July 17, 2024, Brian Bishop emailed SJB an "outline" of "the necessary steps to finalize the business relationship between" Wentzville and SJB. Mr. Bishop requested that SJB provide a list of all dispensers currently in Defendant's buildings and advised that "[u]pon receipt of this list, [Defendant's] maintenance team will begin uninstalling these dispensers." Mr. Bishop explained, "[o]nce the dispersers are ready, I will notify you to arrange one or more dates and times for their retrieval." A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 15** and incorporated herein by reference.

18.     Mr. Bishop concluded the email stating that Defendant expects that Plaintiff will facilitate Defendant's retrieval of its remaining inventory in Plaintiff's possession once Plaintiff has received the payment and retrieved Plaintiff's dispensers.

19.     On July 26, 2024, SJB emailed Mr. Bishop providing the requested list of all dispensers currently in Defendant's buildings. SJB explained that, with Defendant's school year fast approaching, SJB planned to retrieve its dispensers from Defendant by the second week of August. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 16** and incorporated herein by reference.

20.     After its July 26, 2024 email was ignored, SJB followed up with Defendant regarding collection of the dispensers on July 30, 2024 and, after receiving no response, again on August 6, 2024. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 17** and incorporated herein by reference.

21.     On August 8, 2024, Defendant responded, abandoning its agreement to facilitate collection of Plaintiff's dispensers, and directing SJB to communicate with Defendant through its attorneys moving forward. *Id*.

**COUNT I**
**BREACH OF CONTRACT (CUSTODIAL SUPPLIES BID)**

22.     Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

23.     On or about June 11, 2019, Defendant Wentzville School District announced (via its Director of Custodial Services – Mr. Hasan Nasufovic) that Plaintiff SJB Industrial was being awarded its Custodial Supplies Bid contract for a three (3) year duration with an option to extend for an additional two (2) years.  *See* **Exhibits 3** and **4**.

24.     The Custodial Supplies Bid contract covered items such as trash liners, toilet paper, hand soap, roll towels, etc. for use through Defendant Wentzville School District's facilities.

25.     Plaintiff SJB Industrial was the lowest bidder at an annual cost of $276,602.94 amongst a total of nine (9) companies that submitted qualified bids for the Custodial Supplies Bid contract.

26.     Upon expiration of the three-year original term of the Custodial Supplies Bid contract around June 2022, Defendant Wentzville School District continued to order supplies covered by this contract and therefore extended the contract for an additional two years through at least June 2024.

27.     On October 6, 2023, Mr. Joshua M. Schaffer (then Executive Director of Facilities for Defendant Wentzville School District) sent Plaintiff SJB Industrial the correspondence attached hereto as **Exhibit 13** which notified it that Defendant Wentzville School District would "no longer

conduct any form of business with SJB, including but not limited to purchasing supplies, equipment, and repair services." *See* **Exhibit 13.**

28.   Given that the Custodial Supplies Bid contract ran until at least June 2024, Defendant Wentzville School District breached the Custodial Supplies Bid contract with Plaintiff SJB Industrial without cause or any notice that the goods and services provided in connection therewith were deficient or non-conforming in any manner.

29.   Rather, it appears that Mr. Schaffer acted irrationally and solely out of personal animus toward the owner of Plaintiff SJB Industrial (i.e. Mr. Scott Boettler) when making the decision to terminate the Custodial Supplies Bid contract.

30.   Plaintiff SJB Industrial has suffered damages as a direct and proximate result of Defendant Wentzville School District's unauthorized breach it its Custodial Supplies Bid contract in the form of the lost profits that it would have earned by virtue of the sale of additional supplies under this contract until its expiration in June 2024.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

<u>COUNT II</u>
**BREACH OF CONTRACT (CLEANING CHEMICALS BID)**

31.   Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

32.   On or about May 13, 2021, Defendant Wentzville School District announced (via its Director of Custodial Services – Ms. Diana Moore) that Plaintiff SJB Industrial was being

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

awarded its Cleaning Chemicals Bid contract for a three (3) year duration with an option to extend for an additional two (2) years. *See* **Exhibits 7 and 8**.

33.    The Cleaning Chemicals Bid contract covered items such as glass cleaner, general purpose cleaner, and pH neutral floor cleaner for use through Defendant Wentzville School District's facilities.

34.    Plaintiff SJB Industrial was the lowest bidder at a total of $38,836.20 amongst a total of nine (9) companies that submitted qualified bids for the Cleaning Chemicals Bid contract.

35.    On October 6, 2023, Mr. Joshua M. Schaffer (the Executive Director of Defendant Wentzville School District) sent Plaintiff SJB Industrial the correspondence attached hereto as **Exhibit 13** which notified it that Defendant Wentzville School District would "no longer conduct any form of business with SJB, including but not limited to purchasing supplies, equipment, and repair services." *See* **Exhibit 13**.

36.    Given that the Cleaning Chemicals Bid contract ran until June 1, 2024, Defendant Wentzville School District breached the Cleaning Chemicals Bid contract with Plaintiff SJB Industrial without cause or any notice that the goods and services provided in connection therewith were deficient or non-conforming in any manner.

37.    Rather, it appears that Mr. Schaffer acted irrationally and solely out of personal animus toward the owner of Plaintiff SJB Industrial (i.e. Mr. Scott Boettler) when making the decision to terminate the Cleaning Chemicals Bid contract.

38.    Plaintiff SJB Industrial has suffered damages as a direct and proximate result of Defendant Wentzville School District's unauthorized breach it its Cleaning Chemicals Bid contract in the form of the lost profits that it would have earned by virtue of the sale of additional supplies under this contract until its expiration on June 1, 2024.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

<u>COUNT III</u>
**BREACH OF CONTRACT (ALL BIDS)**

39.    Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

40.    Between approximately May 1, 2023 and October 10, 2023, Defendant Wentzville School District requested and Plaintiff SJB Industrial provided certain custodial and other supplies pursuant to the Custodial Supplies Bid, Cleaning Chemicals Bid, and Ware Wash Bid that it had previously bid and was awarded to become a supplier to the school district.

41.    Between these same dates, Plaintiff SJB Industrial also rented certain pieces of industrial equipment to Defendant Wentzville School District at its request and direction.

42.    After providing the equipment and supplies referenced above, Plaintiff SJB Industrial sent invoices 4840, 4839, 4549, 4693, 4767, 4795, 4796, 4794, 4801, and 4807 to Defendant Wentzville School District which detailed the precise goods and equipment rentals had been provided to it, true and accurate copies of which are attached hereto as **Exhibit 14** and incorporated by reference.

43.    These invoices totaled $41,818.79 and Plaintiff SJB Industrial has demanded payment for this amount, but Defendant Wentzville School District has failed and refused to pay this amount.

44.     Accordingly, Defendant Wentzville School District has breached its contracts with Plaintiff SJB Industrial, and this breach is the direct and proximate result of Plaintiff SJB Industrial's damages.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

## COUNT IV
## BREACH OF CONTRACT (ALL BIDS)

45.     Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

46.     In connection with the Custodial Supplies Bid contract, Cleaning Chemicals Bid contract, and Ware Wash Bid contract between Plaintiff SJB Industrial and Defendant Wentzville School District referenced infra, Plaintiff SJB Industrial purchased ancillary items such as dispensing units for these supplies in furtherance of Plaintiff SJB Industrial's performance of the aforementioned contracts.

47.     Specifically, Plaintiff SJB Industrial purchased and installed the following dispensing units at schools and other buildings owned and operated by Defendant Wentzville School District for the Custodial Supplies Bid contract:

| Item | Number |
|------|--------|
| a.  Roll Towel dispensers | 3,380 |
| b.  Toilet paper dispensers | 2,236 |
| c.  Hand soap dispensers | 4,264 |

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

d.  Sanitizer dispensers      5,000

48.  Further, Plaintiff SJB Industrial purchased and installed the following dispensing units at schools and other buildings owned and operated by Defendant Wentzville School District for the Ware Wash Bid contract:

a.  Zep chemical dispensers:   157

b.  Warewash pumps:        21

c.  3-sink dispensers:       21

49.  Additionally, Plaintiff SJB Industrial provided Defendant Wentzville School District with 14 propane tanks that cost it a total of $2,099.72.

50.  After providing the equipment and services referenced above, Defendant Wentzville School District failed and refused to either provide payment to Plaintiff SJB Industrial or to return the aforementioned equipment to Plaintiff SJB Industrial.

51.  Accordingly, Defendant Wentzville School District has breached its contracts with Plaintiff SJB Industrial, and these breaches are the direct and proximate result of Plaintiff SJB Industrial's damages.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

**COUNT V**
**TAKING WITHOUT JUST COMPENSATION**
**(VIOLATION OF U.S. CONST. AMEND. V, XIV AND MO CONST. ART. I, §§ 26, 28)**

52.  Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

10

53.     Plaintiff's property interest in the SJB property described in Paragraphs 47-49 is protectable under the Fifth and Fourteenth Amendments to the United States Constitution and under Article I, §§ 26 and 28 of the Missouri Constitution.

54.     Defendant's refusal and failure to return this property, constitutes an impermissible taking of Plaintiff's property.

55.     Defendant has failed to show that the taking of Plaintiff's property is for any legitimate public use or purpose.

56.     Defendant has never made any good faith efforts to compensate Plaintiff for taking such property interests and, accordingly, Defendant's taking and continued retention constitutes a violation of both the Fifth and Fourteenth Amendments of the United States Constitution and of Article I, Sections 26 and 28 of the Missouri Constitution.

Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

By:    /s/ *Brian E. McGovern*
       Brian E. McGovern, #34677
       bmcgovern@mlklaw.com
       Alexander J. Lindley, #71053
       alindley@mlklaw.com
       Tyler S. Manuel, #74927
       tmanuel@mlklaw.com
       825 Maryville Centre Drive, Suite 300
       Town & Country, MO 63017

Phone: 314-392-5200

Fax:   314-392-5221

*Attorneys for Plaintiff*

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,        )

    Plaintiff,                  )

v.                            )      Cause No. 2411-CC01335

                           )

WENTZVILLE R-IV SCHOOL DISTRICT,  )

                           )

    Defendant.            )

### ORDER

Upon consideration of Plaintiff SJB Industrial Supply, LLC's Unopposed Motion for Leave to file its First Amended Petition and being fully advised on the premise, the Court hereby **GRANTS** the Motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Amended Petition, which was proposed as **Exhibit 1** to the Motion, shall be deemed filed and operative upon entry of this Order. Defendant shall answer or otherwise respond to Plaintiff's First Amended Petition within ten (10) days of this Order.

**SO ORDERED, this __ day of June, 2025.**

_____
**Hon. Dwayne A. Johnson**
**Circuit Court Judge**
**Division 7**

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,              )

    Plaintiff,                              )

v.                                       )     Cause No. 2411-CC01335

WENTZVILLE R-IV SCHOOL DISTRICT,         )

    Defendant.                              )

**FILED**

06/24/2025

Cheryl Crowder
CLERK, CIRCUIT COURT
ST CHARLES COUNTY

### ORDER

Upon consideration of Plaintiff SJB Industrial Supply, LLC's Unopposed Motion for Leave to file its First Amended Petition and being fully advised on the premise, the Court hereby **GRANTS** the Motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Amended Petition, which was proposed as **Exhibit 1** to the Motion, shall be deemed filed and operative upon entry of this Order. Defendant shall answer or otherwise respond to Plaintiff's First Amended Petition within ten (10) days of this Order.

**SO ORDERED, this** 24 **day of June, 2025.**

_____
**Hon. Dwayne A. Johnson**
**Circuit Court Judge**
**Division 7**

EXHIBIT 1

**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

SJB INDUSTRIAL SUPPLY, LLC,          )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )          Cause No.2411-CC01335
                                     )
WENTZVILLE R-IV SCHOOL DISTRICT,     )
                                     )
        Defendant.                   )

**AMENDED PETITION**

COMES NOW Plaintiff SJB Industrial Supply, LLC ("SJB Industrial"), by and through its

undersigned counsel, and for its Petition against Defendant Wentzville R-IV School District

("Wentzville School District") in the above-captioned cause of action, states to the Court as follows:

**JURISDICTION AND VENUE**

1.      Plaintiff SJB Industrial is a limited liability company in good standing with the

Missouri Secretary of State with its principal place of business in St. Charles County, Missouri.

2.      Defendant Wentzville School District is a political subdivision of the State of Missouri

that maintains its principal place of business in St. Charles County, Missouri which consists of

approximately twenty two (22) schools, and various administrative buildings.

3.      Plaintiff SJB Industrial was first injured by the actions of Defendant Wentzville

School District alleged herein in St. Charles County, Missouri, and the parties also entered into

contracts in St. Charles County, Missouri

4.      Jurisdiction and venue are proper in this Court pursuant to R.S.Mo. § 508.010.4.

**BACKGROUND**

5.      On or about May 29, 2019, Defendant Wentzville School District released a Request

for Bid ("RFB") for a three-year contract for custodial supplies, with the option to extend for an

1

additional two years (the "Custodial Supplies Bid"). A true and accurate copy of the Custodial Supplies Bid is attached hereto as **Exhibit 1** and incorporated herein by reference.

6.     In response to Defendant Wentzville School District's May 29, 2019 RFB, Plaintiff SJB Industrial submitted its bid proposal for the Custodial Supplies Bid pursuant to the RFB. *See* Custodial Supplies Bid submission confirmation email, attached hereto as **Exhibit 2** and incorporated herein by reference.

7.     On or about June 11, 2019, Hasan Nasufovic, then Director of Custodial Services for Defendant Wentzville School District, sent a correspondence to the Wentzville School District Board of Education (the "Board") recommending that Plaintiff SJB Industrial be awarded the Custodial Supplies Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 3** and incorporated herein by reference.

8.     On or about June 20, 2019, the Board memorialized its approval of Mr. Nasufovic's recommendation that Plaintiff SJB Industrial be awarded the Custodial Supplies Bid contract through a consent agenda in the Board minutes. *See* June 20, 2019 Board minutes, pg. 8, a true and accurate copy of which are attached hereto as **Exhibit 4** and incorporated herein by reference.

9.     On or about March 10, 2021, Defendant Wentzville School District released a RFB for a three-year contract for cleaning chemicals, with the option to extend for an additional two years (the "Cleaning Chemicals Bid"). A true and accurate copy of the Cleaning Chemicals Bid is attached hereto as **Exhibit 5** and incorporated herein by reference.

10.     In response to Defendant Wentzville School District's March 10, 2021 RFB, Plaintiff SJB Industrial submitted its bid proposal for the Cleaning Chemicals Bid pursuant to the RFB. *See* Cleaning Chemicals Bid submission confirmation email, attached hereto as **Exhibit 6** and incorporated herein by reference.

11.     On or about May 13, 2021, Diana Moore, then Director of Custodial Services for Defendant Wentzville School District, sent a correspondence to the Board recommending that Plaintiff SJB Industrial be awarded the Cleaning Chemicals Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 7** and incorporated herein by reference.

12.     On or about May 20, 2021, the Board memorialized its approval of Ms. Moore's recommendation that Plaintiff SJB Industrial be awarded the Cleaning Chemicals Bid contract through a consent agenda in the Board minutes. *See* May 20, 2021 Board minutes, pg. 8, a true and accurate copy of which are attached hereto as **Exhibit 8** and incorporated herein by reference.

13.     On or about April 6, 2022, Defendant Wentzville School District released a RFB for the 2022-2023 school year for ware wash, chemical, and 3-compartment sink chemicals (the "Ware Wash Bid"). A true and accurate copy of the Ware Wash Bid is attached hereto as **Exhibit 9** and incorporated herein by reference.

14.     In response to Defendant Wentzville School District's April 6, 2022 RFB, Plaintiff SJB Industrial submitted its bid proposal for the Ware Wash Bid pursuant to the RFB. *See* Ware Wash Bid submission confirmation email, attached hereto as **Exhibit 10** and incorporated herein by reference.

15.     On or about June 1, 2022, Gwen Doyle, then Director of Child Nutrition Services for Defendant Wentzville School District, sent a correspondence to the Board recommending that Plaintiff SJB Industrial be awarded the Ware Wash Bid. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 11** and incorporated herein by reference.

16.     On or about June 16, 2022, the Board memorialized its approval of Ms. Doyle's recommendation that Plaintiff SJB Industrial be awarded the Ware Wash Bid contract through a

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

consent agenda in the Board minutes. *See* June 16, 2022 Board Minutes, pg. 6, a true and accurate copy of which are attached hereto as **Exhibit 12** and incorporated herein by reference.

17.    On July 17, 2024, Brian Bishop emailed SJB an "outline" of "the necessary steps to finalize the business relationship between" Wentzville and SJB. Mr. Bishop requested that SJB provide a list of all dispensers currently in Defendant's buildings and advised that "[u]pon receipt of this list, [Defendant's] maintenance team will begin uninstalling these dispensers." Mr. Bishop explained,"[o]nce the dispersers are ready, I will notify you to arrange one or more dates and times for their retrieval." A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 15** and incorporated herein by reference.

18.    Mr. Bishop concluded the email stating that Defendant expects that Plaintiff will facilitate Defendant's retrieval of its remaining inventory in Plaintiff's possession once Plaintiff has received the payment and retrieved Plaintiff's dispensers.

19.    On July 26, 2024, SJB emailed Mr. Bishop providing the requested list of all dispensers currently in Defendant's buildings. SJB explained that, with Defendant's school year fast approaching, SJB planned to retrieve its dispensers from Defendant by the second week of August. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 16** and incorporated herein by reference.

20.    After its July 26, 2024 email was ignored, SJB followed up with Defendant regarding collection of the dispensers on July 30, 2024 and, after receiving no response, again on August 6, 2024. A true and accurate copy of the aforementioned correspondence is attached hereto as **Exhibit 17** and incorporated herein by reference.

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

21.    On August 8, 2024, Defendant responded, abandoning its agreement to facilitate collection of Plaintiff's dispensers, and directing SJB to communicate with Defendant through its attorneys moving forward. *Id*.

**COUNT I**
**BREACH OF CONTRACT (CUSTODIAL SUPPLIES BID)**

22.    Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

23.    On or about June 11, 2019, Defendant Wentzville School District announced (via its Director of Custodial Services – Mr. Hasan Nasufovic) that Plaintiff SJB Industrial was being awarded its Custodial Supplies Bid contract for a three (3) year duration with an option to extend for an additional two (2) years.  *See* **Exhibits 3** and **4**.

24.    The Custodial Supplies Bid contract covered items such as trash liners, toilet paper, hand soap, roll towels, etc. for use through Defendant Wentzville School District's facilities.

25.    Plaintiff SJB Industrial was the lowest bidder at an annual cost of $276,602.94 amongst a total of nine (9) companies that submitted qualified bids for the Custodial Supplies Bid contract.

26.    Upon expiration of the three-year original term of the Custodial Supplies Bid contract around June 2022, Defendant Wentzville School District continued to order supplies covered by this contract and therefore extended the contract for an additional two years through at least June 2024.

27.    On October 6, 2023, Mr. Joshua M. Schaffer (then Executive Director of Facilities for Defendant Wentzville School District) sent Plaintiff SJB Industrial the correspondence attached hereto as **Exhibit 13** which notified it that Defendant Wentzville School District would "no longer

conduct any form of business with SJB, including but not limited to purchasing supplies, equipment, and repair services." *See* **Exhibit 13.**

28.     Given that the Custodial Supplies Bid contract ran until at least June 2024, Defendant Wentzville School District breached the Custodial Supplies Bid contract with Plaintiff SJB Industrial without cause or any notice that the goods and services provided in connection therewith were deficient or non-conforming in any manner.

29.     Rather, it appears that Mr. Schaffer acted irrationally and solely out of personal animus toward the owner of Plaintiff SJB Industrial (i.e. Mr. Scott Boettler) when making the decision to terminate the Custodial Supplies Bid contract.

30.     Plaintiff SJB Industrial has suffered damages as a direct and proximate result of Defendant Wentzville School District's unauthorized breach it its Custodial Supplies Bid contract in the form of the lost profits that it would have earned by virtue of the sale of additional supplies under this contract until its expiration in June 2024.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

## COUNT II
### BREACH OF CONTRACT (CLEANING CHEMICALS BID)

31.     Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

32.     On or about May 13, 2021, Defendant Wentzville School District announced (via its Director of Custodial Services – Ms. Diana Moore) that Plaintiff SJB Industrial was being

awarded its Cleaning Chemicals Bid contract for a three (3) year duration with an option to extend for an additional two (2) years. *See* **Exhibits 7 and 8**.

33.    The Cleaning Chemicals Bid contract covered items such as glass cleaner, general purpose cleaner, and pH neutral floor cleaner for use through Defendant Wentzville School District's facilities.

34.    Plaintiff SJB Industrial was the lowest bidder at a total of $38,836.20 amongst a total of nine (9) companies that submitted qualified bids for the Cleaning Chemicals Bid contract.

35.    On October 6, 2023, Mr. Joshua M. Schaffer (the Executive Director of Defendant Wentzville School District) sent Plaintiff SJB Industrial the correspondence attached hereto as **Exhibit 13** which notified it that Defendant Wentzville School District would "no longer conduct any form of business with SJB, including but not limited to purchasing supplies, equipment, and repair services." *See* **Exhibit 13**.

36.    Given that the Cleaning Chemicals Bid contract ran until June 1, 2024, Defendant Wentzville School District breached the Cleaning Chemicals Bid contract with Plaintiff SJB Industrial without cause or any notice that the goods and services provided in connection therewith were deficient or non-conforming in any manner.

37.    Rather, it appears that Mr. Schaffer acted irrationally and solely out of personal animus toward the owner of Plaintiff SJB Industrial (i.e. Mr. Scott Boettler) when making the decision to terminate the Cleaning Chemicals Bid contract.

38.    Plaintiff SJB Industrial has suffered damages as a direct and proximate result of Defendant Wentzville School District's unauthorized breach it its Cleaning Chemicals Bid contract in the form of the lost profits that it would have earned by virtue of the sale of additional supplies under this contract until its expiration on June 1, 2024.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

<u>COUNT III</u>
**BREACH OF CONTRACT (ALL BIDS)**

39.　　Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

40.　　Between approximately May 1, 2023 and October 10, 2023, Defendant Wentzville School District requested and Plaintiff SJB Industrial provided certain custodial and other supplies pursuant to the Custodial Supplies Bid, Cleaning Chemicals Bid, and Ware Wash Bid that it had previously bid and was awarded to become a supplier to the school district.

41.　　Between these same dates, Plaintiff SJB Industrial also rented certain pieces of industrial equipment to Defendant Wentzville School District at its request and direction.

42.　　After providing the equipment and supplies referenced above, Plaintiff SJB Industrial sent invoices 4840, 4839, 4549, 4693, 4767, 4795, 4796, 4794, 4801, and 4807 to Defendant Wentzville School District which detailed the precise goods and equipment rentals had been provided to it, true and accurate copies of which are attached hereto as **Exhibit 14** and incorporated by reference.

43.　　These invoices totaled $41,818.79 and Plaintiff SJB Industrial has demanded payment for this amount, but Defendant Wentzville School District has failed and refused to pay this amount.

44.     Accordingly, Defendant Wentzville School District has breached its contracts with Plaintiff SJB Industrial, and this breach is the direct and proximate result of Plaintiff SJB Industrial's damages.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

## COUNT IV
## BREACH OF CONTRACT (ALL BIDS)

45.     Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

46.     In connection with the Custodial Supplies Bid contract, Cleaning Chemicals Bid contract, and Ware Wash Bid contract between Plaintiff SJB Industrial and Defendant Wentzville School District referenced infra, Plaintiff SJB Industrial purchased ancillary items such as dispensing units for these supplies in furtherance of Plaintiff SJB Industrial's performance of the aforementioned contracts.

47.     Specifically, Plaintiff SJB Industrial purchased and installed the following dispensing units at schools and other buildings owned and operated by Defendant Wentzville School District for the Custodial Supplies Bid contract:

| Item | Number |
|------|--------|
| a.  Roll Towel dispensers | 3,380 |
| b.  Toilet paper dispensers | 2,236 |
| c.  Hand soap dispensers | 4,264 |

d.   Sanitizer dispensers         5,000

48.   Further, Plaintiff SJB Industrial purchased and installed the following dispensing units at schools and other buildings owned and operated by Defendant Wentzville School District for the Ware Wash Bid contract:

a.   Zep chemical dispensers:   157

b.   Warewash pumps:            21

c.   3-sink dispensers:          21

49.   Additionally, Plaintiff SJB Industrial provided Defendant Wentzville School District with 14 propane tanks that cost it a total of $2,099.72.

50.   After providing the equipment and services referenced above, Defendant Wentzville School District failed and refused to either provide payment to Plaintiff SJB Industrial or to return the aforementioned equipment to Plaintiff SJB Industrial.

51.   Accordingly, Defendant Wentzville School District has breached its contracts with Plaintiff SJB Industrial, and these breaches are the direct and proximate result of Plaintiff SJB Industrial's damages.

WHEREFORE, Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

<u>COUNT V</u>
**TAKING WITHOUT JUST COMPENSATION**
**(VIOLATION OF U.S. CONST. AMEND. V, XIV AND MO CONST. ART. I, §§ 26, 28)**

52.   Plaintiff SJB Industrial incorporates all of the preceding paragraphs of its Petition by reference as if set forth fully herein.

Electronically Filed - ST CHARLES CIRCUIT DIV - June 12, 2025 - 02:11 PM

53.    Plaintiff's property interest in the SJB property described in Paragraphs 47-49 is protectable under the Fifth and Fourteenth Amendments to the United States Constitution and under Article I, §§ 26 and 28 of the Missouri Constitution.

54.    Defendant's refusal and failure to return this property, constitutes an impermissible taking of Plaintiff's property.

55.    Defendant has failed to show that the taking of Plaintiff's property is for any legitimate public use or purpose.

56.    Defendant has never made any good faith efforts to compensate Plaintiff for taking such property interests and, accordingly, Defendant's taking and continued retention constitutes a violation of both the Fifth and Fourteenth Amendments of the United States Constitution and of Article I, Sections 26 and 28 of the Missouri Constitution.

Plaintiff SJB Industrial Supply, LLC respectfully prays this Court enter a Judgment in its favor and against Defendant Wentzville R-IV School District, and award it damages in an amount to be proven to be fair and reasonable in excess of $25,000.00, for pre-judgment and post-judgment interest at the statutory rate, for its costs and attorney's fees incurred herein, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

By:    /s/ Brian E. McGovern
Brian E. McGovern, #34677
bmcgovern@mlklaw.com
Alexander J. Lindley, #71053
alindley@mlklaw.com
Tyler S. Manuel, #74927
tmanuel@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017

11

Phone: 314-392-5200
Fax:    314-392-5221

*Attorneys for Plaintiff*